

AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA

**v.**                                          **EXHIBIT AND WITNESS LIST**

NEDELTCHO VLADIMIROV

Case Number: 2:20-mj-00013

| PRESIDING JUDGE Honorable Dwane L. Tinsley | PLAINTIFF'S ATTORNEY Andrew Tessman | DEFENDANT'S ATTORNEY Rachel Zimarowski |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER Courtflow | COURTROOM DEPUTY Dawna R. Goodson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| X | | 2-13-20 | | | Terry Hedrick, USSS Special Agent |
| X | | 2-13-20 | | | Justin Gibson, Senior United States Probation Officer |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____1____ Pages