UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

vs.  CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

**O R D E R**

On the 10th day of March 2020, the Grand Jury, after retiring to its chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion made by the United States, it is hereby ORDERED that a bench warrant be issued forthwith for the defendant. Law enforcement officers shall be authorized to take necessary and appropriate measures to effect defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

ENTER: March 10, 2020

Omar J. Aboulhosn
United States Magistrate Judge