IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, | ) |
| Defendant. | ) |

## ORDER

The Federal Grand Jury has returned an Indictment against the above-named Defendant. Accordingly, it is hereby **ORDERED** that an Initial Appearance and Arraignment Hearing shall take place before the undersigned Magistrate Judge on **Monday**, **March 16, 2020** at **11:30 a.m.** in **Charleston (District Courtroom A-5000).**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; and to the United States Probation Office; and to the Office of the United States Marshals.

**ENTERED**: March 13, 2020.

Omar J. Aboulhosn
United States Magistrate Judge