# Courtroom Minute Entry

Room: WVSCHADCR03711  Case No.: 2:20-cr-00054  Type: IA & AR
Caption: USA v. Nedeltcho Vladimirov  Judge: Omar Aboulhosn

Started: 3/16/2020 11:32:25 AM
Ends:    3/16/2020 11:41:24 AM    Length: 00:09:00

| Time | Event |
|---|---|
| 11:32:28 AM | Judge Omar Aboulhosn |
| 11:32:29 AM | Courtroom Deputy Tammy Davis |
| 11:32:30 AM | AUSA Andrew Tessman |
| 11:32:31 AM | AFPD Rachel Zimarowski |
| 11:32:32 AM | Defendant Nedeltcho Vladimirov |
| 11:32:32 AM | U.S. Probation Officer Assistant Justin Arthur |
| 11:32:57 AM | INITIAL APPEARANCE & ARRAIGNMENT HEARING ON INDICTMENT |
| 11:36:19 AM | Judge Omar Aboulhosn |
| 11:36:21 AM | Called case |
| 11:36:31 AM | AUSA Andrew Tessman |
| 11:36:32 AM | Stated appearance on behalf of the government |
| 11:36:33 AM | AFPD Rachel Zimarowski |
| 11:36:35 AM | Stated appearance on behalf of the defendant with defendant seated to her right |
| 11:36:37 AM | Defendant placed under oath by Courtroom Deputy |
| 11:36:48 AM | Judge Omar Aboulhosn |
| 11:36:50 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:37:12 AM | Defendant stated personal information |
| 11:37:34 AM | Judge Omar Aboulhosn |
| 11:37:36 AM | The Court notes the defendant was appointed counsel when this matter was a Criminal Complaint |
| 11:37:39 AM | Ms. Zimarowski was appointed by Judge Tinsley |
| 11:37:54 AM | Stated additional rights of defendant and defendant acknowledged these rights |
| 11:38:01 AM | Stated violation(s) in charging document and possible penalties |
| 11:38:24 AM | Questions defendant about Indictment related matters |
| 11:38:38 AM | Defendant pleads NOT GUILTY to charge(s) contained in the Indictment |
| 11:38:44 AM | Your case has been assigned to United States District Judge Irene C. Berger |
| 11:38:45 AM | Your trial is scheduled for May 11, 2020 at 9:00 a.m. in Charleston |
| 11:39:00 AM | There will be a pretrial motions hearing held on April 20, 2020 at 11:00 a.m. before me. |
| 11:39:09 AM | Counsel, I assume your client does not waive his right to appear at the pretrial motions hearing. |
| 11:39:12 AM | AFPD Rachel Zimarowski |
| 11:39:13 AM | Defendant does not waive the right to be present at the pretrial motions hearing, your honor. |
| 11:39:15 AM | Judge Omar Aboulhosn |
| 11:39:23 AM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates |
| 11:39:31 AM | given. I remind counsel to make sure chambers receives a copy of all motions filed with the Clerk |
| 11:39:38 AM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the |
| 11:39:40 AM | court's technology staff five business days prior to commencement of the proceeding |
| 11:39:41 AM | An Addendum will also be entered in this matter. |
| 11:40:19 AM | Advised counsel to give United States Marshals Service 30 days notice for out-of-custody |
| 11:40:22 AM | defendants/witnesses and cancel when unnecessary |
| 11:40:27 AM | Court and parties review and discuss Pretrial Services Report |
| 11:40:35 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:40:39 AM | Directs probation to provide the criminal history section of the Pretrial Services Report to counsel |
| 11:40:46 AM | It is my understanding the Detention Hearing was held before Judge Tinsley and the defendant |
| 11:41:00 AM | was ordered detained |
| 11:41:01 AM | AFPD Rachel Zimarowski |
| 11:41:02 AM | Discusses defendant's health issues. |
| 11:41:10 AM | I may be filing a motion at a later time your honor but not today. |
| 11:41:15 AM | Judge Omar Aboulhosn |
| 11:41:16 AM | The defendant is ordered remanded to the custody of the United States Marshals pending trial. Hearing adjourned |