

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

    Defendant.

## ADDENDUM TO ARRAIGNMENT ORDER AND STANDARD DISCOVERY REQUESTS

The deadline for filing superseding indictments, if any, shall be **thirty (30) days** before the trial date. The Court notes the government's objection.

The parties are **ORDERED** to notify the Court of any proposed plea agreement in sufficient time so that a plea hearing may be scheduled by the Court not later than one week before the scheduled trial. Furthermore, the parties are put on notice that should a proposed plea hearing not be completed, the Court will not entertain a motion to continue the trial based upon the parties not being prepared for trial.

ENTERED: March 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE