IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

          Defendant.

**ORDER**

The Court has reviewed the Defendant's *Motion to Continue Trial and All Case Related Action* (Document 35) filed in the above-styled matter. Therein, the Defendant moves for a continuance of the trial and related deadlines on the grounds, *inter alia*, that additional time is needed to conduct investigation, for attorney-client consultation, and for trial preparation, delayed both by the COVID-19 pandemic and the fact that the Defendant's primary language is Bulgarian.

The requested delay is not attributable to lack of diligent preparation or failure to obtain evidence or witnesses on the part of the Government, or to congestion of the Court's calendar.

WHEREFORE, finding that the interest of the public and the Defendant in a speedy trial is outweighed by the ends of justice served by granting a continuance, the Court, for good cause shown as set forth in the motion, and without objection from the Government, does hereby **ORDER** that the motion (Document 35) be **GRANTED**. The trial, previously scheduled for May 11, 2020, is **CONTINUED** to **July 13, 2020, at 9:00 a.m.**, in Charleston, West Virginia. Counsel should be

1

prepared to select a jury **on the preceding Friday** if so ordered by the Court.   The Court **ORDERS** that the deadline for filing superseding indictments, if any, shall be thirty days prior to the trial date and that the parties submit their respective witness lists and any proposed voir dire and jury instructions no later than **June 29, 2020**.

The Court further **ORDERS** that the pretrial motions hearing, previously scheduled for April 20, 2020, be **CONTINUED** to **June 23, 2020, at 11:00 a.m.**, in Charleston, West Virginia, before the Honorable Omar J. Aboulhosn, and that any motions to be addressed at the pretrial motions hearing, as well as any motions in limine, shall be filed no later than **June 16, 2020**.

The parties are **ORDERED** to notify the Court of any proposed plea agreement in sufficient time such that a plea hearing may be scheduled by the Court no later than a week before trial.  Furthermore, the parties are put on notice that, should a scheduled plea hearing not be completed, the Court will not consider the same to be good cause to support a continuance of the trial.

The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to the aforesaid court proceedings.

The Court **FINDS** that the time between May 11, 2020, and July 13, 2020, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:    April 14, 2020

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA