IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

The Court has reviewed the *Motion to Continue Trial and All Case Related Action* (Document 43) filed in this matter. Therein, the Defendant moves for a continuance of the trial and related deadlines on the grounds, *inter alia*, that, due to the continuing COVID-19 pandemic, additional time is needed for locating and interviewing witnesses, for investigation, and for attorney-client consultation in advance of trial. The requested delay is not attributable to lack of diligent preparation or failure to obtain evidence or witnesses on the part of the Government, or to congestion of the Court's calendar.

WHEREFORE, finding that the interest of the public and the Defendant in a speedy trial is outweighed by the ends of justice served by granting a continuance, the Court, for good cause shown as set forth in the motion, and without objection from the Government, does hereby **ORDER** that the motion (Document 43) be **GRANTED**. The trial, previously scheduled for August 17, 2020, is **CONTINUED** to **October 19, 2020, at 9:00 a.m.**, in Charleston, West Virginia. Counsel should be

prepared to select a jury **on the preceding Friday** if so ordered by the Court. The Court **ORDERS** that the deadline for filing superseding indictments, if any, shall be thirty days prior to the trial date and that the parties submit their respective witness lists and any proposed voir dire and jury instructions no later than **October 5, 2020**.

The Court further **ORDERS** a pretrial motions hearing be **SCHEDULED** for **September 28, 2020, at 11:00 a.m.**, in Charleston, West Virginia, before the Honorable Omar J. Aboulhosn, and that any motions to be addressed at the pretrial motions hearing, as well as any motions in limine, shall be filed no later than **September 21, 2020**.

The parties are **ORDERED** to notify the Court of any proposed plea agreement in sufficient time such that a plea hearing may be scheduled by the Court no later than a week before trial. Furthermore, the parties are put on notice that, should a scheduled plea hearing not be completed, the Court will not consider the same to be good cause to support a continuance of the trial.

The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to the aforesaid court proceedings.

The Court **FINDS** that the time between August 17, 2020, and October 19, 2020, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: July 21, 2020

*[Signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA