IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, | ) |
| Defendant. | ) |

## ORDER

It appearing to the Court that there are no pretrial motions to be resolved by the undersigned that necessitate a hearing in this matter[1] therefore, the motions hearing scheduled for July 27, 2020 at 11:00 a.m. in Charleston is **CANCELLED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshals Service.

**ENTERED**:   July 24, 2020.

Omar J. Aboulhosn
United States Magistrate Judge

---

[1] The Defendant has filed a Motion for the undersigned to reopen his detention hearing which the undersigned has referred to the USPO to conduct a follow-up investigation that will be reported back to the undersigned.   Should the Court, or the parties, desire a hearing on the motion to reopen once the USPO has concluded the follow-up investigation, the undersigned will promptly schedule said hearing.