IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                             Criminal No. 2:20-00054

NEDELTCHO VLADIMIROV

## MOTION TO BE RELIEVED OF APPOINTMENT AS COUNSEL

Comes now Assistant Federal Public Defender Rachel E. Zimarowski, appointed counsel for Nedeltcho Vladimirov in the above-styled matter, and moves this Honorable Court to permit her to withdraw as counsel for the defendant and, in support of this motion, states as follows:

1. The defendant has advised that he no longer wishes to be represented by undersigned counsel.

2. It appears that an irreconcilable breakdown in communications has occurred between counsel and defendant and it would be in Mr. Vladimirov's best interests for him to have other counsel.

WHEREFORE, counsel respectfully requests that she permitted to withdraw from her representation of the defendant and that new counsel be appointed to represent him in this matter.

Should the Court wish a further explanation, counsel requests leave to present that explanation <u>ex parte</u> and <u>in camera</u>.

Date: February 25, 2021.                            Respectfully submitted,

                                                                     **NEDELTCHO VLADIMIROV**

                                                                     By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/Rachel E. Zimarowski**
Rachel E. Zimarowski, WV Bar No. 11415
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: Rachel_Zimarowski@fd.org