IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 ) |
| NEDELTCHO VLADIMIROV, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant's sealed letter-form ***Motion for New Counsel*** (ECF No. 57) and Defendant's Counsel's ***Motion to be Relieved of Appointment as Counsel*** (ECF No. 60). After reviewing the said pleadings, the Court does hereby **GRANT** counsel's motion and hereby relieves Rachel E. Zimarowski, AFPD from further reprensentation of the Defendant in this matter.  Furthermore, the Court does hereby **GRANT** Defendant's Motion and hereby appoints the Defendant new counsel, to-wit:   Timothy J. Lafon, CJA Panel Attorney.

The Clerk is hereby directed to send a copy of this Order to all counsel.

**ENTERED**:   February 25, 2021.



Omar J. Aboulhosn
United States Magistrate Judge