# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, ) | |
| Defendant. ) | |

## ORDER

The Federal Grand Jury has returned a Superseding Indictment against the above-named Defendant. Accordingly, it is hereby **ORDERED** that an Initial Appearance and Arraignment Hearing shall take place before the undersigned Magistrate Judge on **Thursday**, **March 4, 2021** at **1:00 p.m.** in **Charleston (District Courtroom A-5000)**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshals Service.

**ENTERED**: February 26, 2021.

Omar J. Aboulhosn
United States Magistrate Judge