IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, | ) |
| Defendant. | ) |

## ADDENDUM TO ARRAIGNMENT ORDER AND STANDARD DISCOVERY REQUESTS

The deadline for filing superseding indictments, if any, shall be **thirty (30) days** before the trial date. The Court notes the government's objection.

The parties are **ORDERED** to notify the Court of any proposed plea agreement in sufficient time so that a plea hearing may be scheduled by the Court not later than one week before the scheduled trial. Furthermore, the parties are put on notice that should a proposed plea hearing not be completed, the Court will not entertain a motion to continue the trial based upon the parties not being prepared for trial.

ENTERED: March 4, 2021

Omar J. Aboulhosn
United States Magistrate Judge