# Courtroom Minute Entry

**Room:** WVSCHADCR03711  **Case No.:** 2:20-cr-00054  **Type:** IA & AR
**Caption:** USA v. Nedeltcho Vladimirov  **Judge:** Omar Aboulhosn

**Started:** 3/4/2021 1:02:07 PM
**Ends:** 3/4/2021 1:07:35 PM  **Length:** 00:05:29

|  |  |
|---|---|
|  | Judge Omar Aboulhosn |
|  | Courtroom Deputy Tammy Davis |
|  | AUSA Andrew J. Tessman & AUSA Erik S. Goes |
|  | CJA Panel Attorney Timothy J. Lafon |
|  | Defendant Nedeltcho Vladimirov |
|  | USPO Assistant Justin Arthur |
|  | Court Reporter CourtSmart |
|  | **INITIAL APPEARANCE ON SUPERSEDING INDICTMENT** |
| 1:02:16 PM | Judge Omar Aboulhosn |
| 1:02:17 PM | Calls case |
| 1:02:21 PM | AUSA Andrew J. Tessman |
| 1:02:22 PM | AUSA Erik S. Goes |
| 1:02:33 PM | Note their appearance for the record on behalf of the United States. |
| 1:02:38 PM | CJA Panel Attorney Timothy J. Lafon |
| 1:02:39 PM | Notes his appearance for the record on behalf of the defendant who is seated to my right. |
| 1:02:53 PM | Judge Omar Aboulhosn |
| 1:02:56 PM | Places the defendant under oath |
| 1:03:03 PM | States rights of defendant and defendant acknowledges these rights. |
| 1:03:32 PM | Defendant Nedeltcho Vladimirov |
| 1:03:35 PM | States personal information |
| 1:03:59 PM | Judge Omar Aboulhosn |
| 1:04:01 PM | Counsel, do we need an interpreter? |
| 1:04:06 PM | CJA Panel Attorney Timothy J. Lafon |
| 1:04:06 PM | I do not believe so, your honor. I have talked with him and believe he understands for today's hearing. |
| 1:04:21 PM | Judge Omar Aboulhosn |
| 1:04:22 PM | Do you agree with what your attorney just said, Mr. Vladimirov? |
| 1:04:30 PM | Defendant Nedeltcho Vladimirov |
| 1:04:31 PM | Yes |
| 1:04:33 PM | Judge Omar Aboulhosn |
| 1:04:36 PM | States additional rights of defendant and defendant acknowledges these rights. |
| 1:04:57 PM | **ARRAIGNMENT HEARING** |
| 1:05:00 PM | States violation(s) in charging document and possible penalties |
| 1:05:05 PM | Questions defendant about Superseding Indictment related matters |
| 1:05:14 PM | Defendant pleads NOT GUILTY to charge(s) contained in the Superseding Indictment. |
| 1:05:33 PM | **This case has been assigned to United States District Judge Irene C. Berger** |
| 1:05:35 PM | **Your trial is scheduled for April 19, 2021 at 9:00 a.m.** |
| 1:05:42 PM | There will be a pretrial motions hearing held on March 29, 2021 at 11:30 a.m. before me in Charleston. |
| 1:06:01 PM | Counsel, I assume your client does not waive his right to appear at the pretrial motions hearing? |
| 1:06:02 PM | CJA Panel Attorney Timothy J. Lafon |
| 1:06:04 PM | Defendant does not waive the right to be present at the pretrial motions hearing, your honor. |
| 1:06:05 PM | Judge Omar Aboulhosn |
| 1:06:08 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given. |
| 1:06:09 PM | The Court will also enter an Addendum to the Arraignment Order and notes the government's objection. |
| 1:06:38 PM | I remind counsel to make sure chambers receives a copy of all motions filed with the Clerk |
| 1:06:41 PM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's |
| 1:06:46 PM | technology staff five business days prior to commencement of the proceeding |
| 1:06:54 PM | Advised counsel to give United States Marshals Service 30 days notice for out-of-custody defendants |
| 1:06:57 PM | and/or witnesses and cancel when unnecessary. |
| 1:06:59 PM | Discusses *Brady v. Maryland* Order |
| 1:07:21 PM | The Court notes the defendant was previously detained. |
| 1:07:29 PM | Is there anything else we need to take care of today? |
| 1:07:30 PM | Hearing adjourned |