AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



FILED
MAR - 9 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20-cr-00054 |
| | ) | |
| Nedeltcho Vladimirov | ) | |
| Defendant | ) | |

REC'D USMS CHARLESTON, WV
MAR 11 2020 AM10:37

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nedeltcho Vladimirov,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud Conspiracy
Interstate Transportation of Stolen Goods
International Money Laundering

Date: 03/10/2020

*Rory L. Perry II* by msa
*Issuing officer's signature*

City and state: Beckley, WV

RORY L. PERRY II, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/10/2020, and the person was arrested on *(date)* 3/16/2020
at *(city and state)* Charleston WV.

Date: 3/16/2020

*Fredrick W Lamey*
*Arresting officer's signature*

Fredrick W. Lamey SDUSM
*Printed name and title*