IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, | ) ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is ***Defendant's Motion to Extend the Deadline for Pretrial Motions and the Pretrial*** (ECF Document 71). The Court hereby **GRANTS** an extension of Pretrial Motions filing deadline from March 22, 2021 to **April 5, 2021** and the Pretrial Motions Hearing from March 29, 2021 to **April 12, 2021 at 11:00 a.m.**

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshals Service.

**ENTERED**: March 23, 2021.

Omar J. Aboulhosn
United States Magistrate Judge