**AllItemsListedWithBuyers**

| Auction Type | Currency | Item ID | Item Location | Item Price | Listing IP | Purchase Date | Purchase Price | Quantity Listed | Quantity Purchased | Total Sale | Registration Country | Sale Creation Date/Time | Sale End Date/Time | Sale Start Date/Time | Seller User ID | Shipping Country | Shipping State/Provence | Title | Transaction ID | User ID | User Status | Recipient's PayPal email address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store Fixed Price | USD | 2227783 | US | 32.98 | 75.109.12 | 01 Jan 2018 18 | 32.98 | 3 | 1 | 32.98 | United States | 01 Jan 2018 16:25:41 | 02 Jan 2018 14:29:0 | 01 Jan 2018 16:25:41 | nedined | US | WA | Prevagen Extra Stren 201743267301 | zagman | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227783 | US | 32.98 | 75.109.12 | 02 Jan 2018 14 | 32.98 | 3 | 2 | 65.96 | United States | 01 Jan 2018 16:25:41 | 02 Jan 2018 14:29:0 | 01 Jan 2018 16:25:41 | nedined | US | FL | Prevagen Extra Stren 201775488501 | foodog8 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229725 | US | 85.99 | 75.109.12 | 02 Jan 2018 16 | 85.99 | 2 | 1 | 85.99 | United States | 01 Jan 2018 16:29:52 | 03 Jan 2018 04:39:1 | 01 Jan 2018 16:29:52 | nedined | US | TN | CELLUCOR P6 ULTI 185078651901 | ddensu | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229725 | US | 57.95 | 75.109.12 | 02 Jan 2018 21 | 57.95 | 1 | 1 | 57.95 | United States | 01 Jan 2018 16:33:32 | 02 Jan 2018 21:20:3 | 01 Jan 2018 16:33:32 | nedined | US | CA | Nugenix Ultimate Tes 185090207601 | duppie6 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229625 | US | 139.99 | 75.109.12 | 02 Jan 2018 21 | 139.99 | 1 | 1 | 139.99 | United States | 27 Dec 2017 16:15:55 | 02 Jan 2018 21:24:4 | 27 Dec 2017 16:15:55 | nedined | US | OH | LidCam Lightweight 1185090376301 | flags-ea | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229534 | US | 42.95 | 75.109.12 | 02 Jan 2018 23 | 42.95 | 1 | 1 | 42.95 | United States | 22 Dec 2017 21:40:06 | 02 Jan 2018 23:07:5 | 22 Dec 2017 21:40:07 | nedined | US | FL | Advanced Nutrition S 185094254201 | country7 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229725 | US | 85.99 | 75.109.12 | 03 Jan 2018 04 | 85.99 | 2 | 1 | 85.99 | United States | 01 Jan 2018 16:29:52 | 03 Jan 2018 04:39:1 | 01 Jan 2018 16:29:52 | nedined | US | RI | CELLUCOR P6 ULTI 185102838001 | lcdugga | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229747 | US | 49.95 | 75.109.12 | 03 Jan 2018 05 | 49.95 | 1 | 1 | 49.95 | United States | 02 Jan 2018 19:51:09 | 03 Jan 2018 05:50:2 | 02 Jan 2018 19:51:10 | nedined | US | CT | Apple iPhone 6 - 16G 185104104601 | nunez4c | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 03 Jan 2018 16 | 47.98 | 17 | 1 | 47.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | TX | Roku Streaming Stick 201825043501 | mxalex_ | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 03 Jan 2018 18 | 47.98 | 17 | 1 | 47.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | NV | Roku Streaming Stick 201828767301 | electron | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229766 | US | 17.98 | 75.109.12 | 03 Jan 2018 20 | 17.98 | 4 | 1 | 17.98 | United States | 03 Jan 2018 17:39:00 | 04 Jan 2018 07:22:1 | 03 Jan 2018 17:39:00 | nedined | US | IA | Microsoft Xbox 360 V 185128613001 | dlbloom | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 03 Jan 2018 21 | 47.99 | 17 | 1 | 47.99 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | GA | Roku Streaming Stick 201837142501 | csstruck | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 03 Jan 2018 21 | 47.99 | 17 | 1 | 47.99 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | NY | Roku Streaming Stick 201837466601 | nexus10 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 03 Jan 2018 23 | 47.99 | 17 | 1 | 47.99 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | FL | Roku Streaming Stick 201842619101 | luffup47 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229766 | US | 17.98 | 75.109.12 | 03 Jan 2018 23 | 17.98 | 4 | 1 | 17.98 | United States | 03 Jan 2018 17:39:00 | 04 Jan 2018 07:22:1 | 03 Jan 2018 17:39:00 | nedined | US | GA | Microsoft Xbox 360 V 185136951801 | daniewa | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 00 | 47.99 | 17 | 1 | 47.99 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | TX | Roku Streaming Stick 201845232401 | 2005an | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 05 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | CT | Roku Streaming Stick 201845598401 | ccur.cu | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 05 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | MD | Roku Streaming Stick 201852494901 | greenist | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229766 | US | 17.98 | 75.109.12 | 04 Jan 2018 05 | 17.98 | 4 | 1 | 17.98 | United States | 03 Jan 2018 17:39:00 | 04 Jan 2018 07:22:1 | 03 Jan 2018 17:39:00 | nedined | US | PA | Microsoft Xbox 360 V 185144762901 | saraabb | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227811 | US | 7.99 | 75.109.12 | 04 Jan 2018 05 | 7.99 | 1 | 1 | 7.99 | United States | 03 Jan 2018 19:46:52 | 04 Jan 2018 05:11:4 | 03 Jan 2018 19:46:52 | nedined | US | WA | Original Microsoft Xb 201852671001 | bardsm | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229766 | US | 17.98 | 75.109.12 | 04 Jan 2018 07 | 17.98 | 4 | 1 | 17.98 | United States | 03 Jan 2018 17:39:00 | 04 Jan 2018 07:22:1 | 03 Jan 2018 17:39:00 | nedined | US | CA | Microsoft Xbox 360 V 185147093001 | brightbo | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 11 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | IL | Roku Streaming Stick 201860881001 | robertrr | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 12 | 48.98 | 17 | 2 | 97.96 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | MI | Roku Streaming Stick 201862601001 | kaycom | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229673 | US | 164.95 | 75.109.12 | 04 Jan 2018 12 | 164.95 | 1 | 1 | 164.95 | United States | 29 Dec 2017 17:20:00 | 04 Jan 2018 12:44:1 | 29 Dec 2017 17:20:01 | nedined | US | FL | Actron Auto Scanner 185153971401 | tbass10 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 12 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | VA | Roku Streaming Stick 201862984501 | durosric | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 13 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | KY | Roku Streaming Stick 201863943201 | doug_n | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 16 | 48.98 | 17 | 1 | 48.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | NC | Roku Streaming Stick 201870005101 | nccdmv | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229766 | US | 42.98 | 75.109.12 | 04 Jan 2018 18 | 42.98 | 1 | 1 | 42.98 | United States | 03 Jan 2018 17:43:5 | 04 Jan 2018 15:17:59 | nedined | US | MA | Alli FDA-Approved W 185168023001 | aprfls | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229707 | US | 248.99 | 75.109.12 | 04 Jan 2018 18 | 248.99 | 2 | 1 | 248.99 | United States | 31 Dec 2017 16:06:04 | 04 Jan 2018 18:38:2 | 31 Dec 2017 16:06:04 | nedined | US | GA | Dyson Ball Multi Floo 185164780501 | valebelk | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229787 | US | 29.98 | 75.109.12 | 04 Jan 2018 18 | 29.98 | 1 | 1 | 29.98 | United States | 04 Jan 2018 16:46:11 | 04 Jan 2018 18:12:3 | 04 Jan 2018 16:46:12 | nedined | US | WA | Alli Weight Loss FDA 185164930101 | andejen | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229707 | US | 248.99 | 75.109.12 | 04 Jan 2018 18 | 248.99 | 2 | 1 | 248.99 | United States | 31 Dec 2017 16:06:04 | 04 Jan 2018 18:38:2 | 31 Dec 2017 16:06:04 | nedined | US | NY | Dyson Ball Multi Floo 185165960401 | two5boy | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229788 | US | 29.99 | 75.109.12 | 04 Jan 2018 18 | 29.99 | 1 | 1 | 29.99 | United States | 04 Jan 2018 17:47:25 | 04 Jan 2018 18:48:5 | 04 Jan 2018 17:47:25 | nedined | US | NE | Microsoft Xbox One E 185166397301 | hammer | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 04 Jan 2018 19 | 49.98 | 17 | 1 | 49.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | CA | Roku Streaming Stick 201878429001 | miecz77 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227646 | US | 57.98 | 75.109.12 | 04 Jan 2018 20 | 57.98 | 2 | 1 | 57.98 | United States | 21 Dec 2017 17:11:26 | 16 Jan 2018 09:30:4 | 21 Dec 2017 17:11:27 | nedined | US | OK | NDS Nutrition Dual In 201880977301 | romanh | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 05 Jan 2018 01 | 49.98 | 17 | 1 | 49.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | VA | Roku Streaming Stick 201892681901 | cheappr | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227823 | US | 89.98 | 75.109.12 | 05 Jan 2018 01 | 89.98 | 1 | 1 | 89.98 | United States | 04 Jan 2018 17:01:59 | 05 Jan 2018 01:37:3 | 04 Jan 2018 17:01:59 | nedined | US | VA | Roku Ultra 4K HD Str 201893037701 | mariacri | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 49.98 | 75.109.12 | 05 Jan 2018 03 | 49.98 | 17 | 1 | 49.98 | United States | 03 Jan 2018 15:09:57 | 05 Jan 2018 03:27:5 | 03 Jan 2018 15:09:58 | nedined | US | CT | Roku Streaming Stick 201896107101 | desimor | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229792 | US | 113.99 | 75.109.12 | 05 Jan 2018 03 | 113.99 | 1 | 1 | 113.99 | United States | 04 Jan 2018 23:16:30 | 05 Jan 2018 03:30:0 | 04 Jan 2018 23:16:30 | nedined | US | TX | Nest Thermostat V-1 185183964301 | flickas3 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229787 | US | 89.98 | 75.109.12 | 05 Jan 2018 12 | 89.98 | 1 | 1 | 89.98 | United States | 04 Jan 2018 16:38:36 | 05 Jan 2018 12:33:2 | 04 Jan 2018 16:38:36 | nedined | US | OH | Cellucor P6 Red Extri 185194965801 | kiwi_stu | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229785 | US | 119.99 | 75.109.12 | 05 Jan 2018 14 | 119.99 | 1 | 1 | 119.99 | United States | 04 Jan 2018 19:06:15 | 05 Jan 2018 14:36:4 | 04 Jan 2018 19:06:16 | nedined | US | FL | Arris SURFboard Cab 185198473901 | cjmgk | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229807 | US | 49.98 | 75.109.12 | 05 Jan 2018 17 | 49.98 | 3 | 1 | 49.98 | United States | 05 Jan 2018 16:06:55 | 05 Jan 2018 19:57:1 | 05 Jan 2018 16:06:55 | nedined | US | NY | Roku Streaming Stick 185203927801 | mohsen | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227838 | US | 102.98 | 75.109.12 | 05 Jan 2018 18 | 102.98 | 1 | 1 | 102.98 | United States | 05 Jan 2018 16:50:00 | 05 Jan 2018 18:11:3 | 05 Jan 2018 16:50:00 | nedined | US | PA | WD 4TB My Passport 201920550601 | sapussp | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229807 | US | 49.98 | 75.109.12 | 05 Jan 2018 19 | 49.98 | 3 | 1 | 49.98 | United States | 05 Jan 2018 16:06:55 | 05 Jan 2018 19:57:1 | 05 Jan 2018 16:06:55 | nedined | US | DC | Roku Streaming Stick 185209623101 | yikzu-cr | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229807 | US | 49.98 | 75.109.12 | 05 Jan 2018 19 | 49.98 | 3 | 1 | 49.98 | United States | 05 Jan 2018 16:06:55 | 05 Jan 2018 19:57:1 | 05 Jan 2018 16:06:55 | nedined | US | FL | Roku Streaming Stick 185210109301 | mergers | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229981 | US | 189.99 | 75.109.12 | 05 Jan 2018 20 | 189.99 | 1 | 1 | 189.99 | United States | 05 Jan 2018 19:04:33 | 05 Jan 2018 20:42:1 | 05 Jan 2018 19:04:34 | nedined | US | MI | Razor Hovertrax 1.5 185211886601 | colirenn | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229806 | US | 62.95 | 75.109.12 | 05 Jan 2018 21 | 62.95 | 1 | 1 | 62.95 | United States | 05 Jan 2018 17:01:28 | 05 Jan 2018 21:06:1 | 05 Jan 2018 17:01:28 | nedined | US | TX | WD 2TB My Passport 185212812141 | itudor | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227835 | US | 94.95 | 75.109.12 | 06 Jan 2018 00 | 94.95 | 1 | 1 | 94.95 | United States | 05 Jan 2018 16:58:05 | 06 Jan 2018 00:29:0 | 05 Jan 2018 16:58:05 | nedined | US | IN | Seagate Backup Plus 201935382601 | reddogk | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229672 | US | 129.95 | 75.109.12 | 06 Jan 2018 02 | 129.99 | 1 | 1 | 129.99 | United States | 29 Dec 2017 16:10:58 | 06 Jan 2018 02:19:2 | 29 Dec 2017 16:10:58 | nedined | US | FL | Blue Parrot C400-XT 185222105701 | loco327 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229726 | US | 59.95 | 75.109.12 | 06 Jan 2018 02 | 59.95 | 1 | 1 | 59.95 | United States | 01 Jan 2018 17:32:22 | 06 Jan 2018 02:45:0 | 01 Jan 2018 17:32:23 | nedined | US | WI | Cellucor P6 Ergogeni 185222673801 | ubaldde | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229786 | US | 85.99 | 75.109.12 | 06 Jan 2018 05 | 85.99 | 1 | 1 | 85.99 | United States | 04 Jan 2018 15:24:15 | 06 Jan 2018 05:14:1 | 04 Jan 2018 15:24:15 | nedined | APO/FPO | AE | CELLUCOR P6 ULTI 185225571901 | pepelux | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229836 | US | 57.95 | 75.109.12 | 06 Jan 2018 06 | 57.95 | 2 | 1 | 57.95 | United States | 06 Jan 2018 16:05:11 | 06 Jan 2018 18:44:5 | 06 Jan 2018 16:05:11 | nedined | US | AL | Ecobee Room Senso 185245958101 | b00st33 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229836 | US | 57.95 | 75.109.12 | 06 Jan 2018 06 | 57.95 | 2 | 1 | 57.95 | United States | 06 Jan 2018 16:05:11 | 06 Jan 2018 18:44:5 | 06 Jan 2018 16:05:11 | nedined | US | PA | Ecobee Room Senso 185247575301 | emindia | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229832 | US | 139.98 | 75.109.12 | 06 Jan 2018 19 | 139.98 | 2 | 1 | 139.98 | United States | 06 Jan 2018 18:52:15 | 08 Jan 2018 10:56:2 | 06 Jan 2018 18:52:16 | nedined | US | TX | SportDOG Brand Fiel 185248933601 | sirandre | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229808 | US | 62.99 | 75.109.12 | 06 Jan 2018 22 | 62.99 | 1 | 1 | 62.99 | United States | 06 Jan 2018 22:25:4 | 05 Jan 2018 17:11:03 | nedined | US | NJ | WD 2TB My Passport 185256697801 | cellardo | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227823 | US | 13.95 | | 06 Jan 2018 22 | 13.95 | 1 | 1 | 13.95 | United States | 04 Jan 2018 15:57:10 | 06 Jan 2018 22:57:5 | 04 Jan 2018 15:57:10 | nedined | US | OH | Sheffield OEM 500 L 201977783101 | scscob_ | Confirmed | nedined@hotmail.com |
| | USD | 3229825 | US | 19.98 | 75.109.12 | 06 Jan 2018 23 | 19.98 | 1 | 1 | 19.98 | United States | 06 Jan 2018 15:08:06 | 06 Jan 2018 23:16:5 | 06 Jan 2018 15:08:05 | nedined | NA | Deleted | Force Factor - Test X 185258484801 | 121086 | Deleted | |
| Store Fixed Price | USD | 3229493 | US | 749.95 | | 07 Jan 2018 00 | 749.95 | 1 | 1 | 749.95 | United States | 20 Dec 2017 17:27:07 | 07 Jan 2018 00:53:4 | 20 Dec 2017 17:27:07 | nedined | US | CA | Fendi Brown Leather 185261325701 | naomint | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229833 | US | 61.98 | 75.109.12 | 07 Jan 2018 08 | 61.98 | 2 | 1 | 61.98 | United States | 06 Jan 2018 16:59:20 | 07 Jan 2018 13:42:2 | 06 Jan 2018 16:59:21 | nedined | US | SC | KWICKSET Smartcoc 185270666101 | only_sol | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229833 | US | 61.98 | 75.109.12 | 07 Jan 2018 13 | 61.98 | 2 | 1 | 61.98 | United States | 06 Jan 2018 16:59:20 | 07 Jan 2018 13:42:2 | 06 Jan 2018 16:59:21 | nedined | US | IN | KWICKSET Smartcoc 185279039101 | centerst | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 84.95 | 75.109.12 | 07 Jan 2018 15 | 84.95 | 3 | 1 | 84.95 | United States | 03 Jan 2018 15:40:50 | 12 Jan 2018 04:14:2 | 03 Jan 2018 15:40:50 | nedined | US | TX | Polaroid Snap 10.0 M 202004606301 | theearth | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229807 | US | 129.99 | 75.109.12 | 07 Jan 2018 22 | 129.99 | 2 | 1 | 129.99 | United States | 05 Jan 2018 16:34:25 | 10 Jan 2018 01:14:5 | 05 Jan 2018 16:34:26 | nedined | US | GA | Linksys AC1900 Max- 185304264801 | jbrockle | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229825 | US | 19.98 | 75.109.12 | 07 Jan 2018 22 | 19.98 | 1 | 1 | 19.98 | United States | 07 Jan 2018 22:37:3 | 07 Jan 2018 22:11:06 | nedined | US | IL | Force Factor Test x1 185305244201 | alalassa | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227866 | US | 87.99 | 75.109.12 | 08 Jan 2018 00 | 87.99 | 1 | 1 | 87.99 | United States | 07 Jan 2018 21:41:20 | 08 Jan 2018 00:13:1 | 07 Jan 2018 21:41:21 | nedined | US | GA | PetSafe Wireless Pet 202033116801 | bmitchel | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227866 | US | 38.99 | 75.109.12 | 08 Jan 2018 02 | 38.99 | 1 | 1 | 38.99 | United States | 07 Jan 2018 21:18:48 | 08 Jan 2018 02:09:5 | 07 Jan 2018 21:18:48 | nedined | US | ME | Milwaukee M18 REDI 185312229201 | lonnie2 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227866 | US | 29.99 | 75.109.12 | 08 Jan 2018 07 | 29.99 | 1 | 1 | 29.99 | United States | 07 Jan 2018 21:54:17 | 08 Jan 2018 07:48:2 | 07 Jan 2018 21:54:18 | nedined | US | TX | Force Factor Factor 2 202045235901 | jnr6321 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229832 | US | 139.98 | 75.109.12 | 08 Jan 2018 10 | 139.98 | 2 | 1 | 139.98 | United States | 06 Jan 2018 18:52:15 | 08 Jan 2018 10:56:2 | 06 Jan 2018 18:52:16 | nedined | US | SC | SportDOG Brand Fiel 185323465201 | dieselbc | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227866 | US | 48.98 | 75.109.12 | 08 Jan 2018 16 | 48.98 | 1 | 1 | 48.98 | United States | 07 Jan 2018 20:57:41 | 08 Jan 2018 16:21:4 | 07 Jan 2018 20:57:41 | nedined | US | OH | PORTER-CABLE 20- 202060862301 | marbury | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227787 | US | 32.98 | 75.109.12 | 08 Jan 2018 17 | 32.98 | 3 | 3 | 98.94 | United States | 07 Jan 2018 23:30:59 | 08 Jan 2018 17:23:5 | 07 Jan 2018 23:30:59 | nedined | US | OH | Prevagen Extra Stren 202063558501 | janning | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229875 | US | 32.98 | 75.109.12 | 08 Jan 2018 21 | 32.98 | 1 | 1 | 32.98 | United States | 08 Jan 2018 18:06:25 | 08 Jan 2018 21:07:2 | 08 Jan 2018 18:06:26 | nedined | US | IL | Prevagen Extra Stren 185345644401 | kasiasdi | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227866 | US | 52.95 | 75.109.12 | 09 Jan 2018 00 | 52.95 | 1 | 1 | 52.95 | United States | 08 Jan 2018 18:29:04 | 09 Jan 2018 00:47:2 | 08 Jan 2018 18:29:04 | nedined | US | CA | Force Factor Test X1 185353466801 | salsalu0 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229854 | US | 54.95 | 75.109.12 | 09 Jan 2018 01 | 54.95 | 1 | 1 | 54.95 | United States | 07 Jan 2018 20:03:19 | 09 Jan 2018 01:16:0 | 07 Jan 2018 20:03:19 | nedined | US | IA | DEWALT 18 Volt XRF 185354235501 | gor.jogo | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227851 | US | 89.98 | 75.109.12 | 09 Jan 2018 14 | 89.98 | 3 | 1 | 89.98 | United States | 22 Dec 2017 15:14:54 | 12 Jan 2018 23:57:0 | 22 Dec 2017 15:14:54 | nedined | US | MS | Nugenix - Maxx Test 202103362401 | kkim_us | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229854 | US | 372.99 | 75.109.12 | 09 Jan 2018 16 | 372.99 | 1 | 1 | 372.99 | United States | 07 Jan 2018 20:46:04 | 09 Jan 2018 16:11:2 | 07 Jan 2018 20:46:05 | nedined | US | KS | Dyson - V8 Animal B: 185375447301 | kendallk | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227799 | US | 29.99 | 75.109.12 | 09 Jan 2018 17 | 29.99 | 1 | 1 | 29.99 | United States | 02 Jan 2018 18:49:51 | 09 Jan 2018 17:26:5 | 02 Jan 2018 18:49:51 | nedined | US | TN | Collectible $1000 Dol 202110574201 | highrolle | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227853 | US | 159.99 | 75.109.12 | 09 Jan 2018 23 | 159.99 | 1 | 1 | 159.99 | United States | 06 Jan 2018 18:30:49 | 09 Jan 2018 23:44:4 | 06 Jan 2018 18:30:50 | nedined | US | FL | Kwikset SmartCode 9202127360701 | wiawil.n | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229807 | US | 129.99 | 75.109.12 | 10 Jan 2018 01 | 129.99 | 2 | 1 | 129.99 | United States | 05 Jan 2018 16:34:25 | 10 Jan 2018 01:14:5 | 05 Jan 2018 16:34:26 | nedined | US | LA | Linksys AC1900 Max- 185395863501 | llmauldi | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229401 | US | 17.99 | | 10 Jan 2018 03 | 17.99 | 1 | 1 | 17.99 | United States | 15 Dec 2017 01:24:30 | 10 Jan 2018 03:14:1 | 15 Dec 2017 01:24:30 | nedined | US | GA | Columbia River CRK 185398864201 | tjw1982 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 84.95 | 75.109.12 | 10 Jan 2018 07 | 84.95 | 3 | 1 | 84.95 | United States | 03 Jan 2018 15:40:50 | 12 Jan 2018 04:14:2 | 03 Jan 2018 15:40:50 | nedined | US | OR | Polaroid Snap 10.0 M 202138240001 | tomibox | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227798 | US | 49.95 | 75.109.12 | 10 Jan 2018 17 | 49.95 | 1 | 1 | 49.95 | United States | 02 Jan 2018 20:12:05 | 10 Jan 2018 17:55:3 | 02 Jan 2018 20:12:06 | nedined | US | MA | OMRON 10 Series Pl 202157824401 | imaging | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227799 | US | 27.95 | 75.109.12 | 10 Jan 2018 22 | 27.95 | 1 | 1 | 27.95 | United States | 10 Jan 2018 22:56:0 | 10 Jan 2018 17:11:25 | nedined | US | PA | 1881-O Morgan Silve 202171600601 | charlebr | Suspended | |
| Store Fixed Price | USD | 2227657 | US | 89.98 | 75.109.12 | 11 Jan 2018 17 | 89.98 | 3 | 1 | 89.98 | United States | 22 Dec 2017 15:14:54 | 12 Jan 2018 23:57:0 | 22 Dec 2017 15:14:54 | nedined | US | AR | Nugenix - Maxx Test 202200250420 | yayyelit | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229853 | US | 23.95 | 75.109.12 | 12 Jan 2018 02 | 23.95 | 1 | 1 | 23.95 | United States | 08 Jan 2018 19:23:17 | 12 Jan 2018 02:48:3 | 07 Jan 2018 19:23:17 | nedined | US | TX | Nugenix PM ZMA Tes 185481364701 | airdrum | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227806 | US | 84.95 | 75.109.12 | 12 Jan 2018 04 | 84.95 | 3 | 1 | 84.95 | United States | 03 Jan 2018 15:40:50 | 12 Jan 2018 04:14:2 | 03 Jan 2018 15:40:50 | nedined | US | IL | Polaroid Snap 10.0 M 202226697401 | bmwma | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227851 | US | 169.99 | 75.109.12 | 12 Jan 2018 06 | 169.99 | 2 | 1 | 169.99 | United States | 06 Jan 2018 15:45:24 | 13 Jan 2018 21:21:4 | 06 Jan 2018 15:45:24 | nedined | US | MO | Cobra 4 Channel Win 202229434201 | sheilac5 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227933 | US | 89.95 | 75.109.12 | 12 Jan 2018 16 | 89.95 | 1 | 1 | 89.95 | United States | 12 Jan 2018 16:47:31 | 12 Jan 2018 16:59:4 | 12 Jan 2018 16:47:32 | nedined | US | WI | Texas Instruments TI- 202247861201 | tyveksle | Confirmed | nedined@hotmail.com |
| Chinese Auction | USD | 2227798 | US | 62 | 75.109.12 | 12 Jan 2018 20 | 62 | 1 | 1 | 62 | United States | 02 Jan 2018 20:11:25 | 12 Jan 2018 20:11:25 | nedined | US | NJ | Dixon 27" Scale Hour 0 | moaning | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227657 | US | 89.98 | 75.109.12 | 12 Jan 2018 23 | 89.98 | 3 | 1 | 89.98 | United States | 22 Dec 2017 15:14:54 | 12 Jan 2018 23:57:0 | 22 Dec 2017 15:14:54 | nedined | US | MA | Nugenix - Maxx Test 202265193001 | todyaa | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227915 | US | 89.99 | 75.109.12 | 13 Jan 2018 00 | 89.99 | 2 | 1 | 89.99 | United States | 11 Jan 2018 16:18:38 | 13 Jan 2018 03:00:5 | 11 Jan 2018 16:18:39 | nedined | US | IL | RokBlok Wireless Poi 202266009301 | brewski | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227634 | US | 24.99 | | 13 Jan 2018 00 | 24.99 | 1 | 1 | 24.99 | United States | 20 Dec 2017 17:27:25 | 13 Jan 2018 00:27:5 | 20 Dec 2017 17:27:26 | nedined | US | ID | NINCO Fiat Punto Su 202266133901 | beefma | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227915 | US | 89.99 | 75.109.12 | 13 Jan 2018 03 | 89.99 | 2 | 1 | 89.99 | United States | 11 Jan 2018 16:18:38 | 13 Jan 2018 03:00:5 | 11 Jan 2018 16:18:39 | nedined | US | OH | RokBlok Wireless Poi 202270230901 | joe69qu | Confirmed | nedined@hotmail.com |

| Type | Currency | Item # | Price | Date1 | Date2 | Sale Price | Qty | Qty2 | Total | Country | Order Date | Ship Date | Buyer | CC | State | Item Desc | Trans ID | User | Status | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store Fixed Price | USD | 2227851US | 169.99 | 75.109.12 | 13 Jan 2018 21 | 169.99 | 2 | 1 | 169.99 | United States | 06 Jan 2018 15:45:24 | 13 Jan 2018 21:21:41 06 Jan 2018 15:45:24 | nedined | US | PA | Cobra 4 Channel Win | 202306791601 | delbstev | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227893US | 348.99 | 75.109.12 | 13 Jan 2018 22 | 348.99 | 1 | 1 | 348.99 | United States | 09 Jan 2018 16:20:33 | 13 Jan 2018 22:56:21 09 Jan 2018 16:20:33 | nedined | US | FL | Dyson - Pure Cool Lir | 202310952201 | francl_ay | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227947US | 71.95 | 75.109.12 | 14 Jan 2018 13 | 71.95 | 2 | 1 | 71.95 | United States | 13 Jan 2018 16:01:02 | 17 Jan 2018 01:32:41 13 Jan 2018 16:01:02 | nedined | US | MD | Leatherman Wave 17 | 202335049501 | gmwhee | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229725US | 36.98 | 75.109.12 | 14 Jan 2018 15 | 36.98 | 1 | 1 | 36.98 | United States | 01 Jan 2018 17:08:49 | 14 Jan 2018 15:51:0 01 Jan 2018 17:08:50 | nedined | US | SC | ANS (Advanced Nutri | 185589102701 | kban981 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230013US | 14.95 | 75.109.12 | 14 Jan 2018 19 | 14.95 | 1 | 1 | 14.95 | United States | 14 Jan 2018 19:19:33 | 15 Jan 2018 02:39:2 14 Jan 2018 19:19:34 | nedined | US | NV | SanDisk SDMS-128 | 185622300101 | sandych | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230013US | 199.98 | 75.109.12 | 15 Jan 2018 14 | 199.98 | 1 | 1 | 199.98 | United States | 14 Jan 2018 19:19:09 | 15 Jan 2018 14:46:0 14 Jan 2018 19:19:10 | nedined | US | MI | Dyson Light Ball Mult | 185639662201 | thomask | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227881US | 87.99 | 75.109.12 | 15 Jan 2018 21 | 80 | 1 | 1 | 80 | United States | 13 Jan 2018 18:33:45 | 15 Jan 2018 21:46:4 08 Jan 2018 18:33:46 | nedined | US | NJ | Beyond Raw Anabolic | 202418839201 | remohar | Suspended | nedined@hotmail.com |
| Store Fixed Price | USD | 3230038US | 89.99 | 75.109.12 | 15 Jan 2018 22 | 89.99 | 1 | 1 | 89.99 | United States | 15 Jan 2018 19:57:12 | 15 Jan 2018 22:12:5 15 Jan 2018 19:57:12 | nedined | US | IN | RokBlok Wireless Por | 185658787901 | michael | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227634US | 57.95 | 75.109.12 | 15 Jan 2018 23 | 57.95 | 1 | 1 | 57.95 | United States | 20 Dec 2017 17:17:48 | 15 Jan 2018 23:16:2 20 Dec 2017 17:17:49 | nedined | US | NC | GNC Pro Performanc | 202422616501 | alberma | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227797US | 38.98 | 75.109.12 | 16 Jan 2018 00 | 38.98 | 1 | 1 | 38.98 | United States | 15 Jan 2018 20:44:15 | 16 Jan 2018 00:16:0 15 Jan 2018 20:44:15 | nedined | US | FL | New In Package Gen | 202424604701 | niche33 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229725US | 38.99 | 75.109.12 | 16 Jan 2018 04 | 38.99 | 1 | 1 | 38.99 | United States | 01 Jan 2018 17:54:06 | 16 Jan 2018 04:51:3 01 Jan 2018 17:54:06 | nedined | US | TX | High T HighT Black H | 185669831001 | sandma | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227647US | 57.98 | 75.109.12 | 16 Jan 2018 09 | 57.98 | 2 | 1 | 57.98 | United States | 21 Dec 2017 17:11:26 | 16 Jan 2018 09:30:4 21 Dec 2017 17:11:27 | nedined | US | NJ | NDS Nutrition Dual In | 202438185001 | nrmnj | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229853US | 199.99 | | 16 Jan 2018 10 | 199.99 | 2 | 1 | 199.99 | United States | 07 Jan 2018 19:26:40 | 06 Feb 2018 19:26:4 07 Jan 2018 19:26:40 | nedined | US | FL | Wacom DTU1031-X L | 185676597701 | tommy2 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227799US | 339.95 | 75.109.12 | 16 Jan 2018 14 | 339.95 | 1 | 1 | 339.95 | United States | 02 Jan 2018 16:41:10 | 16 Jan 2018 14:14:1 02 Jan 2018 16:41:11 | nedined | US | IN | Rand McNally IntelliR | 202446331801 | lori_koo | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227634US | 14.99 | 75.109.12 | 16 Jan 2018 14 | 14.99 | 1 | 1 | 14.99 | United States | 20 Dec 2017 17:47:13 | 16 Jan 2018 14:38:4 20 Dec 2017 17:47:14 | nedined | US | NC | PROCERA Memory § | 202447173801 | davesvir | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227974US | 799.95 | 75.109.12 | 16 Jan 2018 15 | 799.95 | 1 | 1 | 799.95 | United States | 15 Jan 2018 17:06:47 | 16 Jan 2018 15:44:1 15 Jan 2018 17:06:48 | nedined | US | NY | Apple iMac 4K 21.5" | 202449550701 | briagol | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230055US | 91.98 | 75.109.12 | 16 Jan 2018 17 | 91.98 | 1 | 1 | 91.98 | United States | 16 Jan 2018 16:07:08 | 16 Jan 2018 17:20:4 16 Jan 2018 16:07:08 | nedined | US | WI | Texas Instruments TI- | 185688982101 | tyveksle | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230057US | 33.98 | 75.109.12 | 16 Jan 2018 23 | 33.98 | 1 | 1 | 33.98 | United States | 16 Jan 2018 15:28:29 | 18 Jan 2018 23:02:3 16 Jan 2018 15:28:29 | nedined | US | NC | Prevagen Extra Stren | 185703271801 | basstoy | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230058US | 139.98 | 75.109.12 | 16 Jan 2018 23 | 139.98 | 1 | 1 | 139.98 | United States | 16 Jan 2018 16:50:52 | 16 Jan 2018 23:50:0 16 Jan 2018 16:50:52 | nedined | US | TX | ecobee3 lite Smart Tr | 185704732501 | uscg-ch | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230057US | 22.98 | 75.109.12 | 17 Jan 2018 00 | 22.98 | 1 | 1 | 22.98 | United States | 16 Jan 2018 15:32:09 | 17 Jan 2018 00:40:5 16 Jan 2018 15:32:09 | nedined | US | WA | Prevagen Regular Str | 185706133901 | dpgom | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227947US | 71.95 | 75.109.12 | 17 Jan 2018 01 | 71.95 | 2 | 1 | 71.95 | United States | 13 Jan 2018 16:01:02 | 17 Jan 2018 01:32:4 13 Jan 2018 16:01:02 | nedined | US | OH | Leatherman Wave 17 | 202473983001 | 2014khc | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227824US | 64.99 | 75.109.12 | 18 Jan 2018 00 | 64.99 | 1 | 1 | 64.99 | United States | 04 Jan 2018 17:39:46 | 18 Jan 2018 00:06:4 04 Jan 2018 17:39:46 | nedined | US | CA | Leatherman Super To | 202518963201 | perejuli | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227974US | 24.99 | 75.109.12 | 18 Jan 2018 23 | 24.99 | 1 | 1 | 24.99 | United States | 15 Jan 2018 16:39:25 | 18 Jan 2018 01:52:2 15 Jan 2018 16:39:25 | nedined | US | TX | Men's Van Heusen St | 202522074401 | rankine5 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228001US | 329.99 | 75.109.12 | 18 Jan 2018 02 | 329.99 | 1 | 1 | 329.99 | United States | 17 Jan 2018 22:40:25 | 18 Jan 2018 02:28:0 17 Jan 2018 22:40:25 | nedined | US | NY | Dyson AM09 Hot & C | 202523129701 | smillerni | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227825US | 104.9 | 75.109.12 | 18 Jan 2018 04 | 104.9 | 1 | 1 | 104.9 | United States | 04 Jan 2018 18:51:37 | 18 Jan 2018 04:07:4 04 Jan 2018 18:51:37 | nedined | US | KS | JBL LINK 10 Smart P | 202525720801 | rehole11 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228013US | 42.98 | 75.109.12 | 18 Jan 2018 23 | 42.98 | 2 | 1 | 42.98 | United States | 18 Jan 2018 15:27:27 | 19 Jan 2018 00:46:2 18 Jan 2018 15:27:27 | nedined | US | TX | Alli FDA-Approved W | 202563136001 | pablo73 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228013US | 89.99 | 75.109.12 | 18 Jan 2018 23 | 89.99 | 1 | 1 | 89.99 | United States | 18 Jan 2018 15:32:04 | 18 Jan 2018 23:31:4 18 Jan 2018 15:32:04 | nedined | US | TN | RokBlok Wireless Por | 202564198201 | xbacons | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228013US | 42.98 | 75.109.12 | 19 Jan 2018 00 | 42.98 | 2 | 1 | 42.98 | United States | 18 Jan 2018 15:27:27 | 19 Jan 2018 00:46:2 18 Jan 2018 15:27:27 | nedined | US | WV | Alli FDA-Approved W | 202566443501 | pawpaw | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228000US | 129.9 | 75.109.12 | 19 Jan 2018 01 | 129.9 | 1 | 1 | 129.9 | United States | 17 Jan 2018 15:40:42 | 19 Jan 2018 01:47:0 17 Jan 2018 15:40:42 | nedined | US | PA | Schlage Connect Tou | 185680183801 | kavlainc | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230115US | 154.99 | 75.109.12 | 19 Jan 2018 01 | 154.99 | 1 | 1 | 154.99 | United States | 18 Jan 2018 21:15:17 | 19 Jan 2018 01:47:0 18 Jan 2018 21:15:18 | nedined | US | PA | Netgear Orbi Wireles | 185792918501 | kavlainc | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230142US | 32.98 | 75.109.12 | 19 Jan 2018 15 | 32.98 | 1 | 1 | 32.98 | United States | 19 Jan 2018 15:20:17 | 19 Jan 2018 15:41:5 19 Jan 2018 15:20:18 | nedined | US | OH | Oral-B Pro 1000 Cros | 185812874501 | sake937 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230142US | 51.95 | 75.109.12 | 19 Jan 2018 16 | 51.95 | 8 | 6 | 311.7 | United States | 19 Jan 2018 15:02:37 | 20 Jan 2018 03:07:4 19 Jan 2018 15:02:38 | nedined | US | IN | Roku Streaming Stick | 185814799701 | cyberst | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230055US | 44.97 | 75.109.12 | 19 Jan 2018 18 | 44.97 | 3 | 1 | 44.97 | United States | 16 Jan 2018 16:34:00 | 23 Jan 2018 05:01:0 16 Jan 2018 16:34:00 | nedined | US | OK | GNC Mega Men Heal | 185818761401 | darrelm | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3229554US | 11.66 | 75.109.12 | 19 Jan 2018 21 | 11.66 | 2 | 1 | 11.66 | United States | 23 Dec 2017 23:08:18 | 22 Jan 2018 23:08:1 23 Dec 2017 23:08:18 | nedined | US | CT | Nature's Bounty Activ | 185826301001 | dchu705 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227976US | 39.9 | 75.109.12 | 20 Jan 2018 02 | 39.9 | 1 | 1 | 39.9 | United States | 15 Jan 2018 20:27:07 | 20 Jan 2018 02:45:1 15 Jan 2018 20:27:08 | nedined | US | FL | New In Package Gen | 202614613401 | c3vision | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230142US | 51.95 | 75.109.12 | 20 Jan 2018 03 | 51.95 | 8 | 1 | 51.95 | United States | 19 Jan 2018 15:02:37 | 20 Jan 2018 03:07:4 19 Jan 2018 15:02:38 | nedined | US | NM | Roku Streaming Stick | 185835806301 | lbyrd771 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230142US | 51.95 | 75.109.12 | 20 Jan 2018 03 | 51.95 | 8 | 1 | 51.95 | United States | 19 Jan 2018 15:02:37 | 20 Jan 2018 03:07:4 19 Jan 2018 15:02:38 | nedined | US | CT | Roku Streaming Stick | 185835865201 | dean92f | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 20 Jan 2018 16 | 52.98 | 11 | 2 | 105.96 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | AR | Roku Streaming Stick | 185856602001 | sagreen | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228027US | 129.9 | 75.109.12 | 20 Jan 2018 16 | 129.9 | 1 | 1 | 129.9 | United States | 19 Jan 2018 16:30:06 | 20 Jan 2018 16:50:1 19 Jan 2018 16:30:06 | nedined | US | NM | Schlage Connect Tou | 202638298901 | mcwil_c | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227955US | 48.98 | 75.109.12 | 20 Jan 2018 16 | 48.98 | 1 | 1 | 48.98 | United States | 14 Jan 2018 16:34:46 | 20 Jan 2018 16:56:4 14 Jan 2018 16:34:46 | nedined | US | PA | PORTER-CABLE 20- | 202638588101 | jjoe_us | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228030US | 168.95 | 75.109.12 | 20 Jan 2018 17 | 168.95 | 1 | 1 | 168.95 | United States | 19 Jan 2018 20:22:41 | 20 Jan 2018 17:21:0 19 Jan 2018 20:22:41 | nedined | US | IL | NETGEAR Nighthawk | 202639685401 | unpredic | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228030US | 59.98 | 75.109.12 | 20 Jan 2018 21 | 59.98 | 1 | 1 | 59.98 | United States | 19 Jan 2018 20:39:02 | 20 Jan 2018 21:19:0 19 Jan 2018 20:39:02 | nedined | US | NC | ONN 10" Bluetooth P | 202651163801 | bikersar | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230168US | 21.99 | 75.109.12 | 20 Jan 2018 23 | 21.99 | 1 | 1 | 21.99 | United States | 20 Jan 2018 16:01:20 | 20 Jan 2018 23:44:4 20 Jan 2018 16:01:20 | nedined | US | OK | Milwaukee 100-Lume | 185874055801 | lesliecla | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228030US | 21.98 | 75.109.12 | 21 Jan 2018 00 | 21.98 | 1 | 1 | 21.98 | United States | 20 Jan 2018 15:12:20 | 21 Jan 2018 00:18:2 20 Jan 2018 15:12:20 | nedined | US | CA | Oral-B Pro 500 Powe | 202658135301 | jim_stod | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230055US | 44.97 | 75.109.12 | 21 Jan 2018 02 | 44.97 | 3 | 1 | 44.97 | United States | 16 Jan 2018 16:34:00 | 23 Jan 2018 05:01:0 16 Jan 2018 16:34:00 | nedined | US | MI | GNC Mega Men Heal | 185878003401 | avlk613 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227784US | 59.95 | 75.109.12 | 21 Jan 2018 04 | 59.95 | 1 | 1 | 59.95 | United States | 01 Jan 2018 17:41:31 | 21 Jan 2018 04:06:2 01 Jan 2018 17:41:31 | nedined | US | CA | Garmin DriveSmart 6 | 202664464901 | uscar_jx | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227660US | 29.99 | | 21 Jan 2018 06 | 29.99 | 1 | 1 | 29.99 | United States | 22 Dec 2017 20:22:22 | 21 Jan 2018 06:34:5 22 Dec 2017 20:22:23 | nedined | JP | なし | Ninco 50101 Renault | 202667372401 | kazuakh | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230009US | 196.95 | 75.109.12 | 21 Jan 2018 07 | 196.95 | 1 | 1 | 196.95 | United States | 17 Jan 2018 22:23:19 | 21 Jan 2018 07:27:2 17 Jan 2018 22:23:19 | nedined | US | DE | Dyson V6 Slim Origin | 185884094301 | hijungkh | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 21 Jan 2018 08 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | VA | Roku Streaming Stick | 185885080601 | kurdista | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 21 Jan 2018 14 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | PA | Roku Streaming Stick | 185897864101 | flawless | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230168US | 124.9 | 75.109.12 | 21 Jan 2018 15 | 124.9 | 1 | 1 | 124.9 | United States | 20 Jan 2018 16:21:47 | 21 Jan 2018 15:48:1 20 Jan 2018 16:21:47 | nedined | US | FL | Dyson V6 Trigger Ori | 185901352901 | chaihyrr | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228030US | 68.99 | 75.109.12 | 21 Jan 2018 22 | 68.99 | 1 | 1 | 68.99 | United States | 20 Jan 2018 15:51:21 | 21 Jan 2018 22:02:3 20 Jan 2018 15:51:21 | nedined | US | VA | Milwaukee 700 Lume | 202713393101 | riggerch | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227682US | 44.96 | 75.109.12 | 22 Jan 2018 00 | 44.96 | 2 | 1 | 44.96 | United States | 24 Dec 2017 17:15:04 | 23 Jan 2018 17:15:0 24 Dec 2017 17:15:04 | nedined | US | TX | Milwaukee M12 12-V | 202720047101 | buba_8f | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228030US | 58.99 | 75.109.12 | 21 Jan 2018 22 | 58.99 | 1 | 1 | 58.99 | United States | 20 Jan 2018 15:27:36 | 21 Jan 2018 03:50:4 20 Jan 2018 15:27:36 | nedined | US | CA | Milwaukee 475-Lum | 202726552601 | nos.us_1 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228051US | 26.98 | 75.109.12 | 22 Jan 2018 06 | 26.98 | 1 | 1 | 26.98 | United States | 21 Jan 2018 15:37:38 | 22 Jan 2018 06:21:1 21 Jan 2018 15:37:38 | nedined | US | GA | Philips Norelco OneB | 202729858601 | d-jajam- | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230217US | 89.99 | 75.109.12 | 22 Jan 2018 19 | 89.99 | 12 | 1 | 89.99 | United States | 22 Jan 2018 15:22:56 | 06 Feb 2018 17:10:2 22 Jan 2018 15:22:56 | nedined | US | KS | RokBlok Wireless Por | 185965378101 | tjggal-ht | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 22 Jan 2018 23 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | IL | Roku Streaming Stick | 185973813401 | polarislc | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 22 Jan 2018 23 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | LA | Roku Streaming Stick | 185976365801 | jgag849 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230217US | 89.99 | 75.109.12 | 23 Jan 2018 00 | 89.99 | 12 | 1 | 89.99 | United States | 22 Jan 2018 15:22:56 | 06 Feb 2018 17:10:2 22 Jan 2018 15:22:56 | nedined | US | OR | RokBlok Wireless Por | 185976783701 | toxifera | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228051US | 179.95 | 75.109.12 | 23 Jan 2018 01 | 179.95 | 1 | 1 | 179.95 | United States | 21 Jan 2018 16:11:40 | 23 Jan 2018 01:38:3 21 Jan 2018 16:11:40 | nedined | US | LA | Cobra 8 Channel Sur | 202772456101 | lindaturr | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230055US | 44.97 | 75.109.12 | 23 Jan 2018 05 | 44.97 | 3 | 1 | 44.97 | United States | 16 Jan 2018 16:34:00 | 23 Jan 2018 05:01:0 16 Jan 2018 16:34:00 | nedined | US | OK | GNC Mega Men Heal | 185983014101 | darrelm | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 23 Jan 2018 12 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | FL | Roku Streaming Stick | 185992090101 | rodorodi | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 23 Jan 2018 15 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | TX | Roku Streaming Stick | 185997572801 | jakespaj | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 23 Jan 2018 17 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | CA | Roku Streaming Stick | 186002010801 | hreid200 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230217US | 89.99 | 75.109.12 | 23 Jan 2018 18 | 89.99 | 12 | 1 | 89.99 | United States | 22 Jan 2018 15:22:56 | 06 Feb 2018 17:10:2 22 Jan 2018 15:22:56 | nedined | US | CA | RokBlok Wireless Por | 186005115701 | bbnz | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228082US | 29.98 | 107.77.20 | 23 Jan 2018 21 | 29.98 | 2 | 1 | 29.98 | United States | 23 Jan 2018 21:01:40 | 24 Jan 2018 00:00:0 23 Jan 2018 21:01:41 | nedined | US | NY | Alli Weight Loss FDA- | 202812094301 | sif0020: | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228082US | 42.98 | 107.77.20 | 23 Jan 2018 23 | 42.98 | 2 | 1 | 42.98 | United States | 23 Jan 2018 20:55:04 | 23 Jan 2018 23:48:5 23 Jan 2018 20:55:04 | nedined | US | FL | Alli FDA-Approved W | 202812361501 | kakelad | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 23 Jan 2018 23 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | NY | Roku Streaming Stick | 186015395701 | mendez | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 52.98 | 75.109.12 | 23 Jan 2018 23 | 52.98 | 11 | 1 | 52.98 | United States | 20 Jan 2018 15:10:29 | 23 Jan 2018 23:11:1 20 Jan 2018 15:10:29 | nedined | US | FL | Roku Streaming Stick | 186017567501 | oildude4 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228082US | 42.98 | 107.77.20 | 24 Jan 2018 23 | 42.98 | 2 | 1 | 42.98 | United States | 23 Jan 2018 20:55:04 | 23 Jan 2018 23:48:5 23 Jan 2018 20:55:04 | nedined | US | CT | Alli FDA-Approved W | 202816836301 | 24rt351 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228082US | 29.98 | 107.77.20 | 24 Jan 2018 00 | 29.98 | 2 | 1 | 29.98 | United States | 23 Jan 2018 21:01:40 | 24 Jan 2018 00:00:0 23 Jan 2018 21:01:41 | nedined | US | IN | Alli Weight Loss FDA- | 202817190101 | putnam | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 124.99 | 75.109.12 | 24 Jan 2018 02 | 124.99 | 2 | 1 | 124.99 | United States | 20 Jan 2018 15:18:48 | 23 Jan 2018 16:1 20 Jan 2018 15:18:48 | nedined | US | WA | Linksys AC1900 Max | 186023599401 | bobbins | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228075US | 9.9 | 75.109.12 | 24 Jan 2018 03 | 9.9 | 4 | 1 | 9.9 | United States | 23 Jan 2018 16:38:08 | 28 Jan 2018 18:57:0 23 Jan 2018 16:38:09 | nedined | US | NY | Genuine Epson DUR | 202822798601 | tylerkyle | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230114US | 138.9 | 75.109.12 | 24 Jan 2018 08 | 138.9 | 1 | 1 | 138.9 | United States | 18 Jan 2018 15:49:45 | 24 Jan 2018 08:31:4 18 Jan 2018 15:49:45 | nedined | US | CA | Linksys EA8300 Max- | 186030115501 | morema | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2227838US | 144.95 | 75.109.12 | 24 Jan 2018 14 | 144.95 | 1 | 1 | 144.95 | United States | 05 Jan 2018 16:41:09 | 24 Jan 2018 14:31:5 05 Jan 2018 16:41:09 | nedined | US | CA | Rand McNally DashC | 202839677801 | thurm-ta | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230245US | 48.98 | 107.77.20 | 24 Jan 2018 18 | 48.98 | 2 | 1 | 48.98 | United States | 23 Jan 2018 21:04:31 | 03 Feb 2018 04:30:4 23 Jan 2018 21:04:31 | nedined | US | MO | PORTER-CABLE 20- | 186047137101 | mddirnb | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228062US | 34.9 | 75.109.12 | 24 Jan 2018 18 | 34.9 | 1 | 1 | 34.9 | United States | 24 Jan 2018 17:02:44 | 28 Jan 2018 18:26:4 24 Jan 2018 17:02:44 | nedined | US | IL | Oral-B Pro 1000 Cros | 202849273501 | cvalkovi | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228003US | 104.95 | 75.109.12 | 24 Jan 2018 19 | 104.95 | 2 | 1 | 104.95 | United States | 17 Jan 2018 19:40:59 | 25 Jan 2018 02:34:5 17 Jan 2018 19:40:59 | nedined | US | GA | Philips Norelco 7500 | 202852735601 | 104041_ | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230167US | 124.99 | 75.109.12 | 24 Jan 2018 23 | 124.99 | 2 | 1 | 124.99 | United States | 20 Jan 2018 15:18:48 | 23 Jan 2018 16:1 20 Jan 2018 15:18:48 | nedined | US | WI | Linksys AC1900 Max- | 186060380701 | mpmpt_ | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228003US | 104.95 | 75.109.12 | 25 Jan 2018 02 | 104.95 | 2 | 1 | 104.95 | United States | 17 Jan 2018 19:40:59 | 25 Jan 2018 02:34:5 17 Jan 2018 19:40:59 | nedined | US | FL | Philips Norelco 7500 | 202868977901 | joedark1 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230142US | 99.99 | 75.109.12 | 25 Jan 2018 03 | 99.99 | 1 | 1 | 99.99 | United States | 19 Jan 2018 15:54:00 | 23 Jan 2018 03:58:1 19 Jan 2018 15:54:01 | nedined | US | TX | Nikon 16343 Buckma | 186067776301 | smd6 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230217US | 89.99 | 75.109.12 | 25 Jan 2018 04 | 89.99 | 12 | 1 | 89.99 | United States | 22 Jan 2018 15:22:56 | 06 Feb 2018 17:10:2 22 Jan 2018 15:22:56 | nedined | US | AZ | RokBlok Wireless Por | 186068548501 | diamon | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228075US | 9.9 | 75.109.12 | 25 Jan 2018 05 | 9.9 | 4 | 2 | 19.8 | United States | 23 Jan 2018 16:38:08 | 28 Jan 2018 18:57:0 23 Jan 2018 16:38:09 | nedined | US | FL | Genuine Epson DUR | 202872803501 | gjp941 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228040US | 13.45 | 75.109.12 | 25 Jan 2018 13 | 13.45 | 6 | 1 | 13.45 | United States | 20 Jan 2018 16:39:48 | 01 Feb 2018 17:57:3 20 Jan 2018 16:39:48 | nedined | US | MS | Lipozene 1500mg Ma | 202885381801 | asa3_us | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230294US | 139.9 | 75.109.12 | 25 Jan 2018 19 | 139.9 | 2 | 1 | 139.9 | United States | 25 Jan 2018 17:16:17 | 25 Jan 2018 22:48:1 25 Jan 2018 17:16:17 | nedined | US | ME | Apple TV 32GB 4th ( | 186093770901 | kee_ka | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228081US | 24.99 | 75.109.12 | 25 Jan 2018 20 | 24.99 | 4 | 2 | 49.98 | United States | 23 Jan 2018 20:02:35 | 28 Jan 2018 20:02:3 23 Jan 2018 20:02:35 | nedined | US | TX | SCX Pro 45 Ohm Ha | 202902870801 | crawley! | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228043US | 22.98 | 75.109.12 | 25 Jan 2018 20 | 22.98 | 2 | 1 | 22.98 | United States | 20 Jan 2018 16:59:24 | 02 Feb 2018 18:20:5 20 Jan 2018 16:59:24 | nedined | US | NY | Aleve Direct Therapy | 202903572801 | jgpsales | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230191US | 179.95 | 75.109.12 | 25 Jan 2018 21 | 179.95 | 2 | 1 | 179.95 | United States | 21 Jan 2018 15:30:23 | 26 Jan 2018 14:36:0 21 Jan 2018 15:30:24 | nedined | US | PA | Cobra 4 Channel Win | 186097659001 | cpooh20 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228051US | 204.9 | 75.109.12 | 25 Jan 2018 21 | 204.9 | 1 | 1 | 204.9 | United States | 21 Jan 2018 15:46:56 | 21 Jan 2018 15:3 21 Jan 2018 15:46:56 | nedined | US | MD | Nest T3016US Learn | 202904604801 | misirian | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230294US | 139.9 | 75.109.12 | 25 Jan 2018 22 | 139.9 | 2 | 1 | 139.9 | United States | 25 Jan 2018 17:16:17 | 25 Jan 2018 22:48:1 25 Jan 2018 17:16:17 | nedined | US | IL | Apple TV 32GB 4th G | 186101706201 | preach9 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228100US | 72.98 | 75.109.12 | 25 Jan 2018 22 | 72.98 | 1 | 1 | 72.98 | United States | 25 Jan 2018 17:34:39 | 25 Jan 2018 22:52:0 25 Jan 2018 17:34:39 | nedined | US | OH | Lutron Lighting Switc | 202908779401 | net826 | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228093US | 54.95 | 75.109.12 | 26 Jan 2018 00 | 54.95 | 1 | 1 | 54.95 | United States | 24 Jan 2018 18:58:46 | 26 Jan 2018 00:23:0 24 Jan 2018 18:58:46 | nedined | US | NJ | Garmin DriveSmart 6 | 202911736101 | onlinext | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230217US | 89.99 | 75.109.12 | 26 Jan 2018 07 | 89.99 | 12 | 1 | 89.99 | United States | 22 Jan 2018 15:22:56 | 06 Feb 2018 17:10:2 22 Jan 2018 15:22:56 | nedined | US | CT | RokBlok Wireless Por | 186114421501 | usdav-i | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 3230191US | 179.95 | 75.109.12 | 26 Jan 2018 14 | 179.95 | 2 | 1 | 179.95 | United States | 21 Jan 2018 15:30:23 | 26 Jan 2018 14:36:0 21 Jan 2018 15:30:24 | nedined | US | LA | Cobra 4 Channel Win | 186124591501 | targetan | Confirmed | nedined@hotmail.com |
| Store Fixed Price | USD | 2228117US | 154.99 | 75.109.12 | 26 Jan 2018 16 | 154.99 | 2 | 2 | 309.98 | Hong Kong | 26 Jan 2018 15:25:57 | 26 Jan 2018 16:10:3 26 Jan 2018 15:25:58 | nedined | US | OR | Apple TV 4K 32GB M | 202937456701 | 5che_sa | Confirmed | nedined@hotmail.com |