**BOOSTER NAME - STEVEN ANDERSON**

**TIME PERIOD OF THEFTS: MARCH 2018 TO JULY 2019**

| ITEM | NUMBER OF ITEM SOLD ON NEDINED EBAY ACCOUNT | AMOUNT OF EBAY SALES |
|---|---|---|
| SEAGATE HARD DRIVES | 121 | $10,440.56 |
| NEST VIDEO DOORBELLS | 21 | $3,803.78 |
| APPLE 4K TV | 36 | $6,293.78 |
| PREVEGEN | 369 | $10,824.26 |
| DYSON SWEEPERS | 72 | $20,559.78 |