## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

UNITED STATES OF AMERICA,

v.                                                        Case No.  2:20-cr-00054

NEDELTCHO VLADIMIROV,

      Defendant.

### <u>MOTION IN LIMINE NO. 5</u>

Now comes the Defendant, Nedeltcho Vladimirov, by counsel, Timothy J. LaFon, and moves in *Limine* this Honorable Court to enter an Order limiting the United States' ability to discuss in opening and or present any evidence of text messages and/or e-mails allegedly from the Defendant unless the same have been properly authenticated pursuant to Rule 901 of the Federal Rules of Evidence.

**WHEREFORE**, the Defendant requests the Honorable Court to enter an Order preventing the United States' ability to discuss in opening and or present any evidence of text messages and/or e-mails allegedly from the Defendant unless the same have been properly authenticated pursuant to Rule 901 of the Federal Rules of Evidence.  The Defendant requests such other and further relief as this Court deems just.

<u>**NEDELTCHO VLADIMIROV**</u>

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT CHARLESTON**

**UNITED STATES OF AMERICA,**

**v.**                                                                    **Case No.  2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

>   **Defendant.**

**CERTIFICATE OF SERVICE**

I, Timothy J. LaFon, do hereby certify that the foregoing **"Motion in Limine No. 5"** has

been served upon all parties via the Court's electronic filing system on the 29th day of June, 2021:

>   Andrew Tessman, Esquire
>   United States Attorney's Office
>   P.O. Box 1713
>   Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
>   Timothy J. LaFon (WV #2123)
>   Attorney for Defendant

S:\Debby\Clients\Vladimirov, Nedeltcho\2021-6-26 - Motion in Limine No. 3.docx