IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00054 |
| NEDELTCHO VLADIMIROV, | ) ) ) |
| Defendant. | ) |

### ORDER

It appearing to the Court that there are no pretrial motions to be resolved by the undersigned[1] in this matter, the motions hearing scheduled for July 7, 2021 at 11:00 a.m. in Charleston is **CANCELLED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshals Service.

**ENTERED**:   June 30, 2021.



Omar J. Aboulhosn
United States Magistrate Judge

---

[1] Pursuant to the Order of Reference (ECF No. 26), motions to continue, motions to suppress evidence and motions in limine are reserved for resolution by District Judge Irene Berger.