# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.  2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

     **Defendant.**

### DEFENDANT'S WITNESS LIST

1.     Nedeltcho Vladimirov

2.     Kevin Young
   166 Cline Avenue, Hurricane, WV  25526

3.     Rosseitsa Zbrozkoea, Girlfriend

4.     Terry Hedrick

5.     James Grant

6.     Mike Doss

7.     Sharon Patrick

8.     Kayla Powers

9.     Brittany Sierra

10.     Sara Rayner

11.     Daniel Utt

12.     Sharon Harper

13.     Terrell Martin

14.     Jason Spear

15.     Any and all witnesses listed and or called by the United States.

16.     Aaron Dunbar

17.     Stephane Miller

**NEDELTCHO VLADIMIROV**,

By Counsel.

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon_____
    Timothy J. LaFon (#2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304)344-4440
    Attorney for Defendant

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                                  **Case No.  2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

      **Defendant.**

### CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"Defendant's Witness List"** has

been served upon all parties via the Court's electronic filing system on the 6th day of July, 2021:

> Andrew Tessman, Esquire
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**


By:_/s/Timothy J. LaFon_____
   Timothy J. LaFon (#2123)
   Attorney for Defendant


S:\Debby\Clients\Vladimirov, Nedeltcho\2021-7-6 - Witness List.docx