# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                         Criminal Case No. 2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

       **Defendant.**

## VERDICT FORM

We, the Jury, after due deliberation, find the following unanimous verdict on the charge in the indictment:

**Count One: Money Laundering Conspiracy**

                Not Guilty _____   Guilty _____

**Count Two: Money Laundering**

                Not Guilty _____   Guilty _____

**Count Three: Money Laundering**

                Not Guilty _____   Guilty _____

**Count Four: Money Laundering**

                Not Guilty _____   Guilty _____

**Count Five: Fraud Conspiracy**

                Not Guilty _____   Guilty _____

_____                    _____
Date                                                                                **FOREPERSON**