IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:20-cr-00054

**NEDELTCHO VLADIMIROV**

### RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION IN LIMINE NO. 3

The United States of America offers the following response to Defendant's Motion in Limine No. 3 (exclusion of testimony about Defendant's knowledge) (ECF 81).

Defendant seeks an order seeking to prohibit witnesses from testifying as to whether Defendant "knew" the items he received from co-conspirators were stolen. ECF 81. The United States acknowledges that a question at trial that asks a witness what Defendant "knew" at a given point in time would call for improper speculation from that witness. However, the United States can establish inferences from the surrounding facts and circumstances that the Defendant knew or should have known that the items were stolen.

Defendant's request is better addressed on a question by question basis. A general order prohibiting such a question is

unnecessary and impractical without hearing the objectionable question.

## **CONCLUSION**

The United States respectfully requests that the Court deny Defendant's Motion in Limine No. 3 (exclusion of testimony about Defendant's knowledge) (ECF 81).

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:
/s/Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
WV State Bar No. 13734
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: andrew.tessman@usdoj.gov


/s/Erik S. Goes
ERIK S. GOES
Assistant United States Attorney
WV Bar No. 6893
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION IN LIMINE NO. 3," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 6th day of July, 2021 to:

    Timothy J. LaFon
    CICCARELLO DELGIUDICE & LAFON
    1219 Virginia Street, East, Suite 100
    Charleston, WV 25301
    E-mail: tlafon@cdlwv.com

    /s/Andrew J. Tessman
    ANDREW J. TESSMAN
    Assistant United States Attorney
    WV State Bar No. 13734
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    E-mail: andrew.tessman@usdoj.gov

    /s/Erik S. Goes
    ERIK S. GOES
    Assistant United States Attorney
    WV Bar No. 6893
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    E-mail: erik.goes@usdoj.gov