L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**UNITED STATES OF AMERICA**

**NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY**

v.

**CRIM. ACTION NUMBER 2:20-cr-00054**

**NEDELTCHO VLADIMIROV**

Comes now the **United States of America**, by counsel, and do(es) hereby certify pursuant to **LR Cr P 12.1(e)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology **at the trial of this** action set for July 19, 2021.

Anticipated Equipment Usage (select all that apply):

- ☐ VCR/DVD Player
- ☑ Document Camera
- ☑ Laptop
- ☐ Annotation System

☑ I request training/testing of anticipated equipment before the date of the use.

☐ I do not require training/testing.

s/Andrew J. Tessman

ANDREW J. TESSMAN
Assistant United States Attorney West
Virginia Bar No. 13734
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200    Fax: 304-347-5104
Email: andrew.tessman@usdoj.gov