IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

For health and safety reasons, this Court is implementing new procedures for the presentation of evidence during trials. These new procedures are designed to prevent the unnecessary handling of exhibits.

In connection with the trial scheduled in this matter on July 19, 2021, the Court **ORDERS** as follows:

1) On the morning of trial, counsel for each side shall submit to the Court **two** trial notebooks that contain copies of all proposed trial exhibits. Counsel shall also provide a copy of the exhibit notebook to opposing counsel. All such exhibits shall be pre-marked, **using numbers** not letters, and shall include the **case number** and **case style**;

2) Counsel shall retain a working copy of all exhibits during the trial for use with witnesses and presentation to the jury;

3) During the trial, counsel wishing to publish an exhibit to the jury must first seek the admission of the exhibit, and then specifically request that the exhibit be published;

1

4)       The courtroom deputy will maintain the trial notebook that will be submitted to the jury. At the conclusion of the evidence, and prior to jury deliberation, counsel for both sides shall verify that all admitted exhibits have been tendered to the Court and have been included in the trial notebook managed by the courtroom deputy. Once all admitted exhibits have been verified, the trial notebook will be submitted to the jury for use during deliberations.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel and to the United States Attorney.

ENTER:     July 12, 2021

_[signature: Irene C. Berger]_
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA