# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to:  Charleston**



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

## COVID-19 JUROR QUESTIONNAIRE

      Pursuant to the authority of the United States District Court for the Southern District of West Virginia, you are **DIRECTED** to answer and return this questionnaire on or before **Wednesday, July 7, 2021**. If you elect to return your questionnaire by mail, you may for that purpose use the enclosed addressed and pre-stamped envelope. You can also return your questionnaire by email to chasjury@wvsd.uscourts.gov or fax to (304) 347-3027. Your responses are **confidential but will be read by the parties in the case and their counsel.**

1. A trial is expected to take place beginning Monday, July 12, 2021, and continuing for approximately two (2) days.  Do you have any reason not already listed in your other juror questionnaire why you are not able to serve on a jury for those dates?

    Check One: Yes _____     No _____

    If yes, briefly explain:

    _____
    _____
    _____

2. Do you object to participating in a jury trial as a result of the COVID-19 pandemic?

    Check One: Yes _____     No _____

    If yes, briefly explain:

    _____
    _____
    _____

3. Have you or someone you live with experienced symptoms of COVID-19, such as fever, nausea, or a cough within the last 14 days?

   Check One: Yes _____   No _____

   If yes, briefly explain:

   _____
   _____
   _____

4. Have you or someone you live with tested positive for COVID-19?

   Check One: Yes _____   No _____

   If yes, state when and briefly explain:

   _____
   _____
   _____

5. Have you or someone you live with come in contact with someone who has been diagnosed with COVID-19 in the last 14 days?

   Check One: Yes _____   No _____

   If yes, briefly explain:

   _____
   _____
   _____

6. Have you and those you live with substantially complied with state and federal guidance regarding social distancing and other preventative safety measures during the COVID-19 pandemic?

   Check One: Yes _____   No _____

   If no, briefly explain:

   _____
   _____
   _____

7. Do you have any personal belief or physical condition that would prevent you from wearing a face mask indoors for extended periods of time?

   Check One: Yes _____   No _____

   If yes, briefly explain:

   _____
   _____
   _____

8. Are you a healthcare worker or first responder directly involved with the treatment of COVID-19?

   Check One: Yes _____     No _____

   If yes, briefly explain:

   _____
   _____
   _____

9. Do you work in a job that places you in direct contact with individuals diagnosed with COVID-19 or do you live with anyone who is?

   Check One: Yes _____     No _____

   If yes, briefly explain:

   _____
   _____
   _____

10. Have you traveled out-of-state at any time on or after June 30, 2021, or do you plan to engage in such travel prior to July 12, 2021?

    Check One: Yes _____     No _____

11. Have you received the COVID vaccination?

    Check One: Yes _____     No _____

12. If Yes to question 11 above, did you receive both doses, or, in the alternative, did you receive a vaccine that does not require two doses?

    Both doses _____     Dates received: _____

    Singular dose (two not required) _____   Date received: _____

    N – no dose(s) _____