IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

By prior orders entered in this matter (see Documents 30, 36, 41, 45, 66, 74), the parties were advised that they should be prepared to select a jury on the Friday before trial if so ordered by the Court. For reasons appearing to the Court, it is **ORDERED** that jury selection will be held on **Friday, July 16, at 9:00 a.m.**

The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to the aforesaid court proceeding.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:       July 13, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA