Case No. 2:20-cr-00054

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Kevin Young, 166 Cline Circle Hurricane, WV 25526 was received by me on *(date)* July 14, 2021.

☒ I served the subpoena by delivering a copy to the named person as follows: Kevin Young; personal service, my hand to his at his place of employment, West Virginia State University located in Institute, West Virginia on *(date)* 7/16/2021 at 9:10 am ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 16, 2021

*Server's signature*

Tim Stricker Private Investigator
*Printed name and title*

2751 Daniels Avenue South Charleston, West Virginia 25303
*Server's address*

Additional information regarding attempted service, etc: