# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 7/16/2021  Case Number 2:20-cr-00054

| | |
|---|---|
| Case Style | USA vs. Nedeltcho Vladimirov |
| Type of hearing | Voir Dire/Jury Selection |

Before the Honorable: 2516-Berger

| | | | |
|---|---|---|---|
| Court Reporter | Lisa Cook | Courtroom Deputy | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government

Andrew Tessman & Erik Goes

Attorney(s) for the Defendant(s)

Timothy LaFon

Law Clerk  Claire Jarrell

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 8:30 AM | 9:00 AM | Court actively conducting trial proceedings/Contested proceedings |
| 9:28 AM | 11:01 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:14 AM | 11:47 AM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 02:36

## Courtroom Notes

VOIR DIRE / JURY SELECTION

Scheduled Start 8:30 a.m.
Actual Start 8:30 a.m.

Parties present for voir dire/jury selection.
Defendant present in person and by counsel.
Counsel note appearances on the record.
Mr. LaFon addresses Defendant's previously filed pro-se motions.
Court Ex 1 (pro-se motions) marked; motions DENIED.
Mr. LaFon requests in-camera hearing with the Court.
Court holds in-camera hearing; this portion of hearing is SEALED.
USA returns to courtroom.
Court ORDERS sequestration of witnesses.
Court addresses additional preliminary matters with counsel.
Court recessed at 9:00 a.m.

Resumed at 9:28 a.m.
41 jurors present (#42 on the way).

Counsel note appearances on the record before the jury.
Jurors given oath on voir dire.
Court goes over voir dire questions with jurors.
Court addresses defense motions to strike for cause.
Juror #2 excused for cause.
Court follows-up with individual voir dire.
Juror #32 replaces juror #2; Juror #32 excused for cause.
Juror #33 replaces juror #32 in seat 2.
Recessed at 11:01 a.m.

Court resumed at 11:14 a.m.
Counsel make strikes.
Stricken jurors excused.
Jury of 13 (including 1 alternate) seated to try issue.
Voir dire/jury selection completed at 11:36 a.m.
Court addresses additional matters with counsel.
Court takes recess at 11:47 a.m.

Jury Utilization Summary:
42 jurors reported
2 jurors excused for cause
18 jurors stuck by counsel
13 jurors seated
9 jurors unused