COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 2:20-CR-54
DATE: 7-16-2021

NEDELTCHO VLADIMIROV
SCRJ - 3650653
1001 CENTRE WAY
CHARLESTON, WV 25309

TO THE HONORABLE JUDGE IRENE C. BERGER
ROBERT C. BYRD U.S. COURTHOUSE
300 VIRGINIA STREET EAST
SUITE 5009
CHARLESTON, WV 25301

CHARLESTON WV 250
13 JUL 2021 PM 3 L



-2-

07/12/2021

To the Honorable Judge Irene C. Berger

From Nedeltcho Vladimirov

Criminal Case: 2:20-cr-00054

**DECLARATION No 2**

Your Honor, with this Declaration No 2, I'd like to bring up to your attantion and declare the coming trial on July 19, 2021 as illegal due to the fact that my constitutional 4th, 5th, 6th and 14th sec. 1 Amendments rights, Civil Rights Act of 1964 - end discrimination on national origin, Federal Rules of Criminal Procedure, Federal Rules of Evidence, Due Process and other Civil Rights have been violated as follow.

1. On Feb. 10th, 2020 I was kidnaped at gun point from my home in Cross Lanes, WV rather then arrested by what appeard low enforcement agents and a SWAT team to be as no one has identify who he is, why I'm being handcufed/arrested. No one has read my Merinda rights yet a lot of qupstions have been asked. I was only told that they have a warrant that someone put in front of my face for about 1 second where I was unable to read anything on it nor even to verify it was a proper warrant at all. So I was left compleatley blank and until today 07/12/2021 I still haven't seen it. To my best recolection, the 1st time my

-2-

Merinda rights were read to me was by the judge at my first hearing that was more then an hour later. As guns were pointed at my head I was fearing for my life and the possibility to be kield for any reason during this whole time. I asked them number of times "What's going on?" but no answer was ever giving to me. I was just told — "We will tell you later". I consider this as an act of teror as this is exactly how I felt without knowing what they are doing to me, why and who they even are. I was deprived of my rights to life, liberty or property without due process of law.

2. I also was arrested without a probable cause and I still don't know why. The control sale to me doesn't show any illegal activity on my part as even the chief investigator Terry Hedrick in the preliminary and detention hearing on 02/13/2020 admited that (I'm paraphrasing) I was never told the items were stollen. I was also told that I've been investigated and GPS tracked/followed for one whole year, yet that investigation doesn't show any wrong doing on my part. All it shows is the legal exercise of my freedom to buy and sale from whomever I want to whomever I want and that is not a probable cause for my arrest. I've been living life acording to the rules and law of the U.S.A.

3. On 09/22/2020 after 4 continuances of my trial

THE SCHEDULED TRIAL FOR OCT. 19, 2020 WAS CONTINUED GENERALY AND TO BE RESCHEDULED BY FUTURE ORDER. THIS ORDER VIOLATES MY 4TH, 5TH, 6TH AMENDMENTS AND POSSIBLY OTHER RIGHTS AS IT PUTS ME IN JAIL FOR INDEFINITE PERIOD OF TIME, DEPRIVING ME OF MY CIVIL RIGHTS OF LIFE, LIBERTY AND PROCEEDING OF HAPPINES, DEPRIVING ME OF MY RIGHT OF A SPEEDY TRIAL AND PUTING ME IN JEOPARDY OF GETING COVID 19 AND DYING FROM IT OR BEING KILLED BY ANOTHER INMATE AS THIS IS HAPPENING IN JAILS AROUND THE U.S. AT ALL THE TIME. IT HAS HAPPENED TO ME TOO ON July 5, 2020 ONLY I WAS ABLE TO SURVIVE WITH BROKEN BLOODY NOSE, BROKEN CHEEK BONE, CONCUSSION, BRUISES TO MY HEAD AND ENTIRE BODY AND A LOTS OF PAIN AND SUFFERING. NO REASON WAS GIVING AS TO WHY I'M REMEINING BEING INCARCERATED. I'VE BEEN LIVING IN HORROR AND TERROR OF NOT KNOWING WHAT IS GOING TO HAPPEND TO ME, AM I LEFT HERE TO DIE, WHEN AM I GOING TO HAVE ANOTHER CHANCE FOR A TRIAL OR IF I'M GOING TO HAVE ONE AT ALL ETC.

4. ANOTHER VIOLATION AND QUITE FRANKLY A HATE CRIME OF MY CIVIL RIGHTS IS THE DESCRIMI-NATION BASED ON MY FOREIGN NATIONAL ORIGIN AND XENOPHOBIA CLEARLY EXPRESSED BY THE RETAILERS TARGET, CVS AND KROGER AND THE U.S. GOVER-NMENT WHO CREATED SOME KIND OF MOCKING PICTURE OF ME PORTRAYING ME WITH WHAT IT LOOKS LIKE A MEXICAN STYLE MUSTASHES AND

-4-

LOOKING LIKE GREEDY LEPRECHAUN GRABBING GOLD COINS AND PICTURES OF THE BMW LOGO, A VACUUM AND OTHER AROUND ME, TITLED AMONG OTHER NAMES - "THE BULGARIAN". THEY ALSO NAMED THEIR OPERATION "NORTH OF GREECE" POINTING OUT AGAIN TO MY FOREIGN NATIONAL ORIGIN AS NORTH OF GREECE IS LOCATED MY COUNTRY OF BIRTH - BULGARIA. FURTHERMORE INDICATIVE AS A NATIONAL ORIGIN DISCRIMINATION IS THE FACT THAT NO OTHER ONE (AN AMERICAN BORN) HAS BEEN CHARGED IN CONJUNCTION WITH THIS INVESTIGATION BUT ONLY ME - "THE BULGARIAN". THESE FACTS CLEARY SHOW THEIR HATE TO PEOPLE OF FOREIGN NATIONAL ORIGIN AND IN THIS CASE - ME. SUCH PEOPLE SHOULD NOT BE PERMITED TO TESTIFY IN THE TRIAL. THESE EVIDENCES ARE IN THE DISCOVERY AND SO FAR ARE PERMITED AS EVIDENCES OF MY "GUILT" IN THE TRIAL TOO.

5. ANOTHER VIOLATION OF MY RIGHTS OR A CRIME IS THE FACT THAT I'M DEPRIVED OF THE ABILITY TO ACCESS A LAW LIBRARY AS SCRJ DOESN'T HAVE ONE. THIS WAY I'M NOT ABLE TO PROPERLY PREPARE TO DEFEND MYSELF IN THE TRIAL.

YOU HONOR, THERE IS A HIGH NUMBER OF OTHER VIOLATIONS AND CRIMES COMMITED TO ME BY TARGET, CVC, KROGER AND THE FEDERAL GOVERNMEN THAT I CAN IN SHORT CAN WRITE ABOUT AND EXPLAIN IN AT LEAST 10 MORE PAGES AND I'LL DO IT IF THIS BECOMES NESSESSARY BUT FOR NOW I

— 5 —

BELIVE THESE HERE ARE ENAUGH TO SHOW THAT MY RIGHTS HAVE BEEN VIOLATED ON MANY LEVELS. WHEREFORE I, NEDELTCHO VLADIMIROV PRAY THAT THE CRIMINAL CASE 2:20-CR-00054 BE DISMISSED. SHELL THE TRIAL ON July 19, 2021 STILL TAKE PLACE DESPITE OF ALL THE VIOLATIONS, DISCRIMINATIONS AND CRIMES COMMITED AGAINST ME, I WILL STILL COOPERATE 100% WITH IT AND IF GIVEN THE CHANCE TO DEFEND MYSELF I'LL POINT OUT AND EXPOSE ALL THE LIES AND FABRICATED EVIDENCES THAT ARE STILL SOMEHOW PERMITED IN THE COURT AS FACTS WITHOUT ANY PROVE OF BEING SUCH AND THUS CLEAR MY NAME OF ANY WRONG DOING.

I APPRECIATE YOUR ATTENTION IN THIS MATTER

RESPECTFULLY
NEDELTCHO VLADIMIROV         07/12/2021

07/12/2021

To the Honorable Judge Irene C. Berger

From Nedeltcho Vladimirov
Criminal Case: 2:20-cr-00054

DECLARATION No 1

Your Honor, with this Declaration No 1, I'd like to bring up to Your attention and declare the coming Trial on July 19, 2021 as illegal due to the fact that my Constitutional 6th Amendment Rights to a Speedy Trial and the Speedy Trial Act have been violated. The Trial is going to be anything but speedy as I'm being incarcerated since Feb. 10th, 2020 and by July 19, 2021 it's going to be 17 months and 10 days or 1 year, 5 months and 10 days in Jail. Furtheremore I declare that General Orders #9, #10 and #11 - Doc. 12, 14 and 16 (2:20-mc-00052) are in direct violation of my above mentioned rights as during the COVID 19 crisis the U.S. Constitution has not been suspended. Wherefore I, Nedeltcho Vladimirov pray that the criminal case 2:20-cr-00054 be dismissed.
I appreciate Your attention in this matter

Respectfuly
Nedeltcho Vladimirov                    07/12/2021

07/12/2021

To the Honorable Judge Irene C. Berger

From Nedeltcho Vladimirov
Criminal Case: 2:20-cr-00054

Motion No 1

Your Honor, with this Motion No1, I'd like to bring up to your attention and point out that all witnesses identified in the discovery and admited by themselves too to be drug addicts to be prohibited to testify under the influences of controled supstanses and illegal drugs and with altered minds unless they agree to undergo a drug test prior to their testimony.
I appreciate your attention in this matter

Respectfully
Nedeltcho Vladimirov           07/12/2021