IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:20-cr-00054

**NEDELTCHO VLADIMIROV**

**NINTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on March 16, 2020, and March 4, 2021, the United States of America, by counsel, herewith responds to each of defendant's Standard Discovery Requests as follows:

**Ninth Supplemental Response:**

In this case, the United States hereby incorporates by reference its prior discovery responses on March 30, 2020 (ECF 34), May 20, 2020 (ECF 38), August 24, 2020 (ECF 48), March 18, 2021 (ECF 70), April 30, 2021 (ECF 75), May 27, 2021 (ECF 76), June 25, 2021 (ECF 77), July 6, 2021 (ECF 95), July 15, 2021 (ECF 110) and further supplements its responses as follows:

**Request E: Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody**

or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response**: The United States has disclosed the following items:

1. Ledgers, located on image of defendant's computer located on July 16, 2021;
2. Revised proposed transcripts.

## NOTICE OF INTENT TO INTRODUCE PARTY AND COCONSPIRATOR STATEMENTS

The United States of America hereby provides notice of its intent to introduce the content of text messages previously produced in its initial discovery response and reidentified in Detective Jeremy Thompson's device analysis report produced in the Sixth Supplemental discovery response, admissible as party statements and coconspirator statements under Rules 801(d)(2)(A), 801(d)(2)(E), 9902(13), 902(14) of the Federal Rules of Evidence, at trial.

The United States hereby provides notice of its intent to introduce the certain party admissions contained in the documents entitled "Declaration No. 2," "Motion No. 1," "Declaration No. 1" dated July 12, 2021 in its case in chief and on cross-examination, admissible under Rules 801(d)(2)(A) of the Federal Rules of Evidence, at trial.

2

The United States hereby provides notice of its intent to introduce a redacted post-arrest statement as originally noticed in its trial brief filed on the public docket on July 6, 2021 (ECF 94). As stated in the trial brief, the United States intends to redact "Defendant's self-serving statements, irrelevant material, and personal identifying information, such as Defendant's Social Security number and date of birth." Id. at 16.

**NOTICE CONCERNING**
**LEDGERS ON DEFENDANT'S LAPTOP**

As provided in response to Request E, the United States has produced certain ledger files saved on Defendant's computer, which was produced to Defendant on June 28, 2021. These ledgers contain a log of the cost of goods figure attributable to each item Defendant sold on his eBay account, which is the actual price Defendant paid for each item, including items provided to him by his coconspirators. The ledgers also include, in the next column of the spreadsheet, an intentionally inflated cost of goods (normally twice the actual cost), which is highly indicative of tax fraud. The United States has not noticed its intention to introduce the inflated cost of goods figure under Rule 404(b) of the Federal Rules of Evidence. Therefore, it will not attempt to introduce the ledgers in its case in chief. However, the United States notices its intent to introduce the ledgers and inflated

cost of goods should Defendant open the door for its use. The United States will ask for a bench conference prior to its introduction.

REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

s/Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
WV State Bar No. 13734
300 Virginia Street, East, Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail: andrew.tessman@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "NINTH SUPPLENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 16th day of **July, 2021** to:

    Timothy J. LaFon
    CICCARELLO DELGIUDICE & LAFON
    Suite 100
    1219 Virginia Street East
    Charleston, WV 25301-2912

                                          By:  <u>s/ Andrew J. Tessman</u>