# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:20-cr-00054

**NEDELTCHO VLADIMIROV**

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by leave of Court endorsed hereon, hereby dismisses without prejudice Count Five of the Superseding Indictment filed herein in Criminal No. 2:20-cr-00054.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

/s/Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
West Virginia Bar No. 13734
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Email:Andrew.tessman@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing document has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 18th day of July, 2021, to:

Timothy J. LaFon
CICCARELLO DELGIUDICE & LAFON
1219 Virginia Street, East, Suite 100
Charleston, WV 25301
E-mail: tlafon@cdlwv.com

/s/Andrew J. Tessman