# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>**NEDELTCHO VLADIMIROV**<br>*Defendant* | ) ) ) ) ) | Case No.    **2:20-cr-00054** |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    **ROBERT HATFIELD**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | **United States District Court**<br>**300 Virginia Street, East**<br>**Charleston, WV 25301** | Courtroom No.:    **Judge Irene C. Berger** |
|---|---|---|
| | | Date and Time:    **July 19, 2021 @ 9:00 a.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    **06/25/2021**

CLERK OF COURT

*Eugenia Berger, Deputy Clerk*
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
__**United States Attorney's Office**__, who requests this subpoena, are:

**Andrew J. Tessman**
**Assistant U.S. Attorney**
**300 Virginia Street, East – Room 4000**
**Charleston, WV 25301**
**Phone: 304/345-2200**

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Robert Hatfield
was received by me on *(date)* 6-25-21 .

☑ I served the subpoena by delivering a copy to the named person as follows: Robert Hatfield

on *(date)* 6-29-21 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-29-21

_____
Server's signature

T. Hussion, I.S
Printed name and title

USAO - Charleston, WV
Server's address

Additional information regarding attempted service, etc: