IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:20-cr-00054

**NEDELTCHO VLADIMIROV**

## ORDER

It is **ORDERED** that leave of Court is hereby granted for the filing of the dismissal without prejudice of Count Five of the Superseding Indictment in this case as to defendant Nedeltcho Vladimirov.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Nedeltcho Vladimirov, and to the United States Marshals Service.

Enter: July 19, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA