# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:  7/19/2021      Case Number  2:20-cr-00054

Case Style          USA vs. Nedeltcho  Vladimirov
Type of hearing     Criminal Jury Trial
Before the Honorable: 2516-Berger
Court Reporter      Lisa Cook                    Courtroom Deputy  Kierstin Tudor
Attorney(s) for the Plaintiff or Government
Andrew Tessman & Erik Goes
Attorney(s) for the Defendant(s)
Timothy LaFon

Law Clerk           Claire Jarrell

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 8:55 AM | 8:57 AM | Court actively conducting trial proceedings/Contested proceedings |
| 9:07 AM | 9:56 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:08 AM | 11:03 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:22 AM | 12:01 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:32 PM | 3:23 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:44 PM | 4:56 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 05:28

## Courtroom Notes

Jury Trial – Day 1

Court resumed at 8:55 a.m.
Defendant present in person and by counsel.
Court addresses the United States' motion to dismiss Count Five, to which Defendant objects.
Court will consider the motion to dismiss; trial to proceed without mention of Count Five.
Court recessed at 8:57 a.m.

Court resumed at 9:07 a.m.
Jury present.
Jurors given oath to try the issue.
Court gives preliminary instructions to the jury.

Mr. Tessman makes opening statement on behalf of the United States.
Mr. LaFon makes opening statement on behalf of the Defendant.
Government calls TERRY HEDRICK; oath given.
Direct by Mr. Tessman.
Court recessed at 9:56 a.m.

Court resumed at 10:08 a.m.
Gov't Ex 14 marked and admitted.
Gov't Ex 15 marked and admitted.
Gov't Ex 16 marked and admitted.
Gov't Ex 1 marked and admitted.
Gov't Ex 2 marked and admitted.
Gov't Ex 52 marked and admitted.
Gov't Ex 3 marked and admitted.
Gov't Ex 4 marked and admitted.
Gov't Ex 5 marked and admitted.
Gov't Ex 6 marked and admitted.
Gov't Ex 7 marked and admitted.
Gov't Ex 8 marked and admitted.
Gov't Ex 9 marked and admitted.
Cross by Mr. LaFon.
Court addresses matters with parties.
Proposed Government Exhibits 11 & 13 are addressed.
Court takes recess at 11:03 a.m.

Court resumed at 11:22 a.m.
Government calls MONICA LUNDGREN; oath given.
Direct by Mr. Goes.
Gov't Ex 24 marked and admitted.
Gov't Ex 25 marked and admitted.
Gov't Ex 26 marked and admitted.
Cross by Mr. LaFon.
Redirect.
Government calls FRANK CANNATA; oath given.
Direct by Mr. Goes.
Gov't Ex 28 marked and admitted.
Gov't Ex 27 marked and admitted.
Gov't Ex 29 marked and admitted.
Cross by Mr. LaFon.
Court takes recess at 12:01 p.m.

Court resumed at 1:32 p.m.
Court GRANTS motion to dismiss Count Five.
Jury brought in.
Government calls NICHOLAS MARTIN; oath given.
Direct by Mr. Tessman.
Gov't Ex 54 marked and admitted.
Cross by Mr. LaFon.
Government calls ROBERT HATFIELD; oath given.
Direct by Mr. Goes.
Cross by Mr. LaFon.
Government calls STEVEN ANDERSON; oath given.
Direct by Mr. Tessman.
Court takes recess at 3:23 p.m.

Court resumed at 3:44 p.m.
WITNESS ANDERSON resumes stand.
Cross by Mr. LaFon.
Redirect.
Government calls CASSIDY WENTZ; oath given.
Direct by Mr. Tessman.
Cross by Mr. LaFon.
Redirect.

Government calls CAROL WITHROW; oath given.
Direct by Mr. Tessman.
Gov't Ex 30 marked and admitted.
Gov't Ex 31 marked and admitted.
Gov't Ex 32 marked and admitted.
Gov't Ex 33 marked and admitted.
Gov't Ex 34 marked and admitted.
Gov't Ex 35 marked and admitted.
Gov't Ex 36 marked and admitted.
Court addresses matters with counsel.
Jury excused at 4:54 p.m.
Court recessed 4:56 p.m.