# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 7/21/2021            Case Number 2:20-cr-00054

Case Style            USA vs. Nedeltcho Vladimirov

Type of hearing       Criminal Jury Trial - Day 3

Before the Honorable: 2516-Berger

Court Reporter       Lisa Cook                    Courtroom Deputy   Kierstin Tudor

Attorney(s) for the Plaintiff or Government

Andrew Tessman & Erik Goes

Attorney(s) for the Defendant(s)

Timothy LaFon

Law Clerk           Claire Jarrell

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:02 AM | 10:00 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:24 AM | 10:40 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:02 AM | 12:58 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:47 PM | 2:49 PM | Court actively conducting trial proceedings/Contested proceedings |
| 5:34 PM | 5:41 PM | Court actively conducting trial proceedings/Contested proceedings |
| 5:53 PM | 5:55 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 03:21

## Courtroom Notes

Jury Trial – Day 3

Court resumed at 9:02 a.m.
Jury present.
Defendant calls NEDELTCHO VLADIMIROV; oath given.
Direct by Mr. LaFon.
Def't Ex 1 marked and admitted.
Def't Ex 2 marked and admitted.
Def't Ex 9 marked and admitted.
Cross by Mr. Tessman.
Redirect.
Defense rests.

Government has no rebuttal evidence.
Jury excused at 9:59 a.m.
Court addresses matters with counsel.
Mr. LaFon renews Defendant's motions for acquittal.
Court takes recess at 10:00 a.m.

Court resumed at 10:24 a.m.
Court goes over proposed jury charge with counsel.
Court DENIES Defendant's motion for acquittal as to Count One.
Court DENIES Defendant's motion for acquittal as to Counts Two, Three and Four.
Court takes recess at 10:40 a.m.

Court resumed at 11:02 a.m.
Jury present.
Court gives jury instructions to jury.
Mr. Goes begins closing for the United States.
Mr. LaFon makes closing for the Defendant.
Mr. Goes concludes closing for the United States.
Court concludes final instructions to jury.
Alternate is excused.
Jury excused to deliberate at 12:58 p.m.
Court recessed at 12:58 p.m.

Court resumed at 2:47 p.m.
Jury requests lunch break.
Jury excused.
Court recessed at 2:49 p.m.
[Court Ex 1 (jury note) marked]

Court resumed at 5:34 p.m.
Jury has reached a verdict.
Jury brought in.
Court inspects verdict and reads same aloud.
Defendant found guilty as to Counts One, Two, Three and Four.
Court polls jury.
Court recessed at 5:41 p.m.
[Court Ex 2 (jury note) marked]

Court resumed at 5:53 p.m.
Sentencing set for November 18, 2021, at 10:00 a.m.
Defendant remanded.
Court recessed at 5:55 p.m.