UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION



**FILED**
JUL 2 2 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.     CRIMINAL NO.   2:20-cr-54

NEDELTCHO VLADIMIROV

## **VERDICT FORM**

### Count One

__✓__ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, GUILTY of conspiracy to commit money laundering beyond a reasonable doubt as charged in Count One of the superseding indictment.

_____ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, NOT GUILTY of conspiracy to commit money laundering as charged in Count One.

### Count Two

__✓__ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, GUILTY of money laundering beyond a reasonable doubt as charged in Count Two of the superseding indictment.

_____ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, NOT GUILTY of money laundering as charged in Count Two.

### Count Three

___✓___ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, GUILTY of money laundering beyond a reasonable doubt as charged in Count Three of the superseding indictment.

_____ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, NOT GUILTY of money laundering as charged in Count Three.

### Count Four

___✓___ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, GUILTY of money laundering beyond a reasonable doubt as charged in Count Four of the superseding indictment.

_____ We, the jury, find the Defendant, NEDELTCHO VLADIMIROV, NOT GUILTY of money laundering as charged in Count Four.

_____
FOREPERSON

___7-21-2021___
DATE