

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

      Defendant.

## WITNESS LIST

| Date | Gov't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
| 07/19/2021 | 1 | Terry Hedrick | 07/20/2021 | 1 | Kevin Young |
| 07/19/2021 | 2 | Monica Lundgren | 07/21/2021 | 2 | Nedeltcho Vladimirov |
| 07/19/2021 | 3 | Frank Cannata | | | |
| 07/19/2021 | 4 | Nicholas Martin | | | |
| 07/19/2021 | 5 | Robert Hatfield | | | |
| 07/19/2021 | 6 | Steven Anderson | | | |
| 07/19/2021 | 7 | Cassidy Wentz | | | |
| 07/19/2021 | 8 | Carol Withrow | | | |
| 07/20/2021 | 9 | Devon Selbee | | | |
| 07/20/2021 | 10 | Vivian Verezovskiy | | | |
| 07/20/2021 | 11 | Jose Varela | | | |
| 07/20/2021 | 12 | Herb Shelton | | | |
| 07/20/2021 | 13 | Steve Rowley | | | |
| 07/20/2021 | 14 | Nick Neihaus | | | |