IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

          Defendant.

**ORDER**

On the 19th day of July 2021, came the United States, by Assistant United States Attorneys Andrew J. Tessman and Erik S. Goes, and also came the Defendant, Nedeltcho Vladimirov, in person and by his counsel, Timothy J. LaFon, for a jury trial in the above-styled matter. The trial concluded on the 21st day of July 2021, on which date the jury returned a verdict, which is **ORDERED** filed.

Upon consideration of the jury's verdict, the Court **ORDERS** that the Defendant, Nedeltcho Vladimirov, be **ADJUDGED GUILTY** of the charges contained in Counts One, Two, Three and Four of the Superseding Indictment. He now stands convicted of *Money Laundering Conspiracy* in violation of 18 U.S.C. §1956(h) as contained in Count One, and of *Money Laundering* in violation of 18 U.S.C. § 1957(a) as contained in Counts Two, Three and Four.

Pursuant to U.S.S.G. § 6A1 et seq., and subject to any post-trial motions, it is hereby **ORDERED** as follows:

1. The Probation Office shall prepare and forward a draft presentence report to the United States and to counsel for the Defendant no later than **September 30, 2021**; the United States Attorney and counsel for the Defendant shall file objections to the draft presentence report with the Probation Office no later than **October 14, 2021**; the Probation Office shall submit a final presentence report to the Court no later than **October 28, 2021**; and the United States and counsel for the Defendant shall file a sentencing memorandum no later than **November 4,**

1

        **2021. THE AFORESAID PRESENTENCE REPORT DEADLINES HAVE BEEN ESTABLISHED BY THE COURT AND MAY BE ALTERED ONLY BY THE COURT. REQUESTS TO EXTEND ANY DEADLINE SHALL BE SUBMITTED TO THE COURT IN WRITING IN ADVANCE OF THE ESTABLISHED DEADLINE. SUCH DEADLINES WILL BE EXTENDED ONLY UPON GOOD CAUSE SHOWN**;

2. Pursuant to United States v. Booker, 543 U.S. 220 (2005) and United States v. Hughes, 401 F.3d 540 (4th Cir. 2005), the Government and the Defendant shall file a Sentencing Memorandum addressing the sentencing factors set forth in 18 U.S.C. § 3553(a) as may pertain to this case. The Sentencing Memorandum may also address such other matters not previously addressed in the form of motions or objections to the Presentence Report and may include argument as to the appropriate sentence to be imposed. Sentencing Memoranda shall be no more than five (5) pages in length; and

3. Final disposition of this matter is scheduled for **November 18, 2021, at 10:00 a.m.**

The Court **ORDERS** the Defendant detained pending sentencing. The Court **DIRECTS** that the Defendant be committed to the custody of the United States Marshal for confinement. The Court further **DIRECTS** that the Defendant be afforded reasonable opportunity for private consultation with counsel. Finally, the Court **DIRECTS** that, on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the correction facility in which the Defendant is confined deliver the Defendant for the purpose of an appearance in connection with court proceedings.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the United States Marshal.

        ENTER:        July 22, 2021

        */s/ Irene C. Berger*
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA