IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED

JUL 2 2 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:20-cr-00054

NEDELTCHO VLADMIROV

# TRIAL EXHIBITS

LISA G. JOHNSTON
Acting United States Attorney


By:

ANDREW J. TESSMAN
Assistant United States Attorney
WV State Bar No. 13734
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: andrew.tessman@usdoj.gov


ERIK S. GOES
Assistant United States Attorney
WV State Bar No. 6893
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: erik.goes@usdoj.gov



GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.        2:20-cr-00054

EXHIBIT
NO.        1