Case 2:20-cr-00054 Document 132-2 Filed 07/22/21 Page 1 of 2 PageID #: 811



GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 2