3



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:20-cr-00054
EXHIBIT NO. 3