

GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.    2:20-cr-00054

EXHIBIT
NO.    **5**