9

