11

DS 7/18/21

00001:01  February 10, 2020  10:46 AM POST-ARREST INTERVIEW

    02  DURATION: (24 min 02 sec)

    03

    04

    05  PARTICIPANTS:

    06  NED:        NEDELTCHO VLADIMIROV

    07  FLEMING:    AGENT WADE FLEMING

    08  SELBEE:     AGENT DEVON SELBEE

    09  *    *    *

    10

    11  FLEMING:    Today is February 10, 2020, it's 10:46.

    12              This is Resident Agent in Charge Wade Fleming,

    13              U.S. Secret Service and Special Agent Devon Selbee,

    14              U.S. Secret Service, conducting a interview

    15              post-arrest of Ned, Ned will you say your last name?

    16  NED:        Vladimirov.

    17  FLEMING:    Vladimirov.  And will you give us your date of birth?

    18  NED:        ***REDACTED***

    19  FLEMING:    Ok and your Social Security Number?

    20  NED:        ***REDACTED***

    21  FLEMING:    Ok, great.  We previously read you your Miranda

    22              rights before we came here, but we will read those

    23              again for ya and ask you to sign, sign that you've

    24              heard those and they have been read to ya, ok?

    25  NED:        Ok.

GOVERNMENT EXHIBIT
AO386-C
NOT ADMITTED
CASE NO. 2:20-cr-00054
EXHIBIT NO. 11

| | | |
|---|---|---|
| 00002:01 | SELBEE: | Alright you must understand your rights before we |
| 02 | | ask you any questions.  You have the right to remain |
| 03 | | silent.  Anything you say can and will be used |
| 04 | | against you in court of law.  You have the right to |
| 05 | | talk to a lawyer and have him present with you while |
| 06 | | you are being questioned.  If you cannot afford to |
| 07 | | hire a lawyer, one will be appointed to represent |
| 08 | | you before any questioning, if you wish.  You can |
| 09 | | decide at any time to stop the questioning and not |
| 10 | | answer any questions or make any statements. |
| 11 | | Do you understand your rights? |
| 12 | NED: | Yea. |
| 13 | SELBEE: | Are you willing to waive these rights |
| 14 | | and talk to us? |
| 15 | NED: | I guess I can talk to you. |
| 16 | SELBEE: | Ok.  Go ahead right there where it says signature |
| 17 | | - that top line - it says signature of advisee. |
| 18 | | Go ahead and sign that for me please. |
| 19 | FLEMING: | Do people commonly call ya Ned? |
| 20 | NED: | Yes. |
| 21 | FLEMING: | Ok, do you mind if we call you Ned today? |
| 22 | NED: | No problem. |
| 23 | FLEMING: | Alright.  Your date of birth was |
| 24 | NED: | ***REDACTED*** |
| 25 | FLEMING: | What color are your eyes? |

```
00003:01   NED:       Blue.

      02   FLEMING:   Blue.  And your hair, before it's

      03              turning grey like mine?

      04   NED:       Blue.  I'm sorry, my eyes are brown, and my hair is

      05              brown.  I did not have coffee this morning.

      06   FLEMING:   Sure.  Where were you born?

      07   NED:       In Bulgaria, Slavia.

      08   FLEMING:   Do you have an email address?

      09   NED:       Yea.

      10   FLEMING:   What is it?

      11   NED:       Nedined - nedined@hotmail.com.

      12   FLEMING:   Any other email addresses?

      13   NED:       I have a few more.

      14   FLEMING:   Ok - Which one do you -

      15   NED:       This is the major - the other - yea, the main one.

      16   FLEMING:   The major one?  Ok.  Are you a U.S. Citizen now?

      17   NED:       Yes.

      18   FLEMING:   Naturalized?

      19   NED:       Yes.

      20   FLEMING:   When were you naturalized?

      21   NED:       Umm, I think it was 2005.

      22   FLEMING:   Ok.  Do you work anywhere?

      23   NED:       I am self-employed.

      24   FLEMING:   And what type of work?

      25   NED:       I sell items on eBay.
```

| | | |
|---|---|---|
| 00004:01 | FLEMING: | What is your Social Security Number? |
| 02 | NED: | ***REDACTED*** |
| 03 | FLEMING: | You ever been in the military? |
| 04 | NED: | Not in America.  In Bulgaria, I have. |
| 05 | FLEMING: | Do you have a passport? |
| 06 | NED: | Yes. |
| 07 | FLEMING: | A U.S. Passport? |
| 08 | NED: | Yea. |
| 09 | FLEMING: | And you have a driver's license? |
| 10 | NED: | Yes. |
| 11 | FLEMING: | A West Virginia driver's license? |
| 12 | NED: | Uh huh. |
| 13 | FLEMING: | Do you know your number? |
| 14 | NED: | I don't. |
| 15 | FLEMING: | Ok.  I've got that here - F - Do you have any scars |
| 16 | | or tattoos? |
| 17 | NED: | Tattoos I don't have.  Scars, um, right here maybe. |
| 18 | | I don't know if it's - you can see it or not. |
| 19 | FLEMING: | Ok. |
| 20 | NED: | It's from childhood. |
| 21 | FLEMING: | Ok.  Do you bank anywhere? |
| 22 | NED: | Yea. |
| 23 | FLEMING: | Where do you bank? |
| 24 | NED: | City National Bank and Chase Bank. |
| 25 | FLEMING: | And what type of accounts do you have there, |

| | | |
|---|---|---|
| 00005:01 | | at City National? |
| 02 | NED: | Umm, checking and savings. |
| 03 | | Two checkings and one savings. |
| 04 | FLEMING: | How about at Chase?  What do you have at Chase? |
| 05 | NED: | At Chase, I have a checking account |
| 06 | | and a credit card. |
| 07 | FLEMING: | Do you know the balances on those accounts? |
| 08 | NED: | Approximately. |
| 09 | FLEMING: | Ok, what's the approximate balance on |
| 10 | | the Chase Account? |
| 11 | NED: | In the Chase Account, in the moment |
| 12 | | the checking one is about $1,050. |
| 13 | FLEMING: | Ok, and how about at City National |
| 14 | | what are the balances? |
| 15 | NED: | City National on the checking is about $10,000. |
| 16 | FLEMING: | Ok. |
| 17 | NED: | And the savings is about $57,000. |
| 18 | FLEMING: | Fifty-seven thousand? |
| 19 | NED: | Yea. |
| 20 | FLEMING: | Do you have any brokerage accounts, investments? |
| 21 | NED: | No. |
| 22 | FLEMING: | Stocks? |
| 23 | NED: | No. |
| 24 | FLEMING: | How far did you go in school? |
| 25 | NED: | Um, I have from Bulgaria, a technical degree for |

| 00006:01 | | telecommunication and here I went to Summit |
| 02 | | Community College for first computer technician |
| 03 | | and then truck driver. |
| 04 | FLEMING: | What is your phone number? |
| 05 | NED: | 304-382-1266. |
| 06 | FLEMING: | Is that a cell phone or a landline? |
| 07 | NED: | Cell phone. |
| 08 | FLEMING: | And who is the phone service carrier? |
| 09 | NED: | AT&T. |
| 10 | FLEMING: | Do you have a landline? |
| 11 | NED: | No. |
| 12 | FLEMING: | Ok.  Do you have any other residences other than the |
| 13 | | one we arrested you at this morning? |
| 14 | NED: | In the house? |
| 15 | FLEMING: | Do you own any other property?  Houses anywhere? |
| 16 | NED: | Oh, um, in America, no, I don't. |
| 17 | FLEMING: | Do you own any other vehicles |
| 18 | | other than the BMW in your garage? |
| 19 | NED: | No. |
| 20 | FLEMING: | Who was your former employer? |
| 21 | NED: | I was working for a contractor at FedEx Ground here |
| 22 | | in Cross Lanes.  His name is Mark. |
| 23 | | Oh, what was it - |
| 24 | FLEMING: | And when did you last work there? |
| 25 | NED: | I worked in the last up until March of 2013. |

| 00007:01 | FLEMING: | And when did you start? |
| 02 | NED: | Um, I start December, 2011. |
| 03 | FLEMING: | Ok. And your supervisor's name was Mark? |
| 04 | NED: | Mark Allen. |
| 05 | FLEMING: | Mark Allen. |
| 06 | NED: | Mark Allen, but he was a contractor for FedEx |
| 07 | | and I was working for him. |
| 08 | FLEMING: | Ok. |
| 09 | NED: | His name company was something with Nick I cannot |
| 10 | | remember. I cannot remember that name at all. |
| 11 | FLEMING: | Do you have any relatives in the U.S.? |
| 12 | NED: | Um, my ex-wife is here. |
| 13 | | And my son from her lives with her right now. |
| 14 | FLEMING: | What is your son's name? |
| 15 | NED: | Martin Vladimirov. |
| 16 | FLEMING: | Do you know a phone number for him? |
| 17 | NED: | No, but I - |
| 18 | FLEMING: | Where does he live, in town? |
| 19 | NED: | No, he lives in York, |
| 20 | | South Carolina with his mother. |
| 21 | FLEMING: | What is his Mother's name? |
| 22 | NED: | Desislava. |
| 23 | FLEMING: | What - Spell it. |
| 24 | NED: | Desislava. |
| 25 | FLEMING: | Same last name as you? |

| | | |
|---|---|---|
| 00008:01 | NED: | Well, she just got married to somebody else, so her |
| 02 | | last name is - oh, I cannot remember it. |
| 03 | FLEMING: | Ok. |
| 04 | NED: | Malt or something like this I think.  I'm not sure. |
| 05 | FLEMING: | Ok.  All yours. |
| 06 | SELBEE: | Alrighty.  Um, so as we said earlier, |
| 07 | | we had an arrest warrant and a search warrant for |
| 08 | | your residence.  And that's what you were picked up |
| 09 | | on today.  I'm going to go ahead and tell you what |
| 10 | | your charges are and then we'll ask you a couple |
| 11 | | more questions and try to get your story behind it. |
| 12 | | Your, your two charges are for money laundering and |
| 13 | | engaging in monetary transactions and property |
| 14 | | derived from specified unlawful activity. |
| 15 | | Those are the two official charges that, |
| 16 | | that we have an arrest warrant on you for. |
| 17 | | Um, you said there might be some kind of mistake |
| 18 | | when we picked you up earlier and that's going to be |
| 19 | | in regards to your business.  If you want to go |
| 20 | | ahead and tell us - tell us what you have going on |
| 21 | | with your business - how you run it, |
| 22 | | and just start with that. |
| 23 | NED: | Well basically I buy items and resell them on eBay. |
| 24 | | That's done very - |
| 25 | SELBEE: | Where do you buy the items from? |

| | | |
|---|---|---|
| 00009:01 | NED: | Um locally here, in the States, usually from people |
| 02 | | I run ads on Craigslist, or Facebook, and people |
| 03 | | call me and sell stuff. |
| 04 | | ***REDACTED*** |
| 05 | | |
| 06 | SELBEE: | Do - so you meet the people just through Craigslist, |
| 07 | | or is it a friend of a friend how do you meet your |
| 08 | | clientele? |
| 09 | NED: | They call me usually I meet them somewhere close to |
| 10 | | where I live, in Cross Lanes. |
| 11 | FLEMING: | The police officers that are searching your house |
| 12 | | called and told me there is a safe, |
| 13 | | I think in your bedroom - |
| 14 | NED: | Uh huh. |
| 15 | FLEMING: | Do you mind giving us the combination or tell us |
| 16 | | where the key is so we can get in that safe so that |
| 17 | | they won't have to break it open, because they will |
| 18 | | look into it. |
| 19 | NED: | Ok, I can give you the code - |
| 20 | FLEMING: | What's the combination? |
| 21 | NED: | Um hold on just a second.  711105A. |
| 22 | FLEMING: | A? |
| 23 | NED: | The letter A.  Yea.  It was my ex-wife birthday, |
| 24 | | so it's 711105A. |
| 25 | FLEMING: | Ok.  And what is in the safe?  What should they |

00010:01              expect to find?

02   NED:       I don't really remember. Not much valuable.

03             I may have some gold that I purchased.

04             Some gold (inaudible) maybe something like this.

05   FLEMING:   Did you recognize any of the police officers today?

06   NED:       No.

07   FLEMING:   One of the police officers kept speaking to you did

08             you not recognize him as someone you

09             had bought stuff from?

10   NED:       Somebody said to me Hi Ned.

11   FLEMING:   Right. And when you bought items from him, you were

12             very concerned about his telephone and you were

13             looking through his telephone when you met him,

14             which is a pretty odd thing to do when you

15             meet some -

16   NED:       I was looking through his telephone.

17   FLEMING:   Uh huh, when you meet someone that you're going to

18             buy from asking to look through their telephone.

19             Do you recall that?

20   NED:       Oh, I recall one guy, yea.

21   FLEMING:   Ok, tell us a little bit about that, Ned.

22             We have been investigating you, the Secret Service,

23             other law enforcement agents, for over a year.

24             We have a very good idea what you were doing,

25             and that's the reason that we're executing a federal

| | | |
|---|---|---|
| 00011:01 | | search warrant at your house today and have an arrest |
| 02 | | warrant for ya.  Would you like to tell us in your |
| 03 | | own words what you have been doing and how you were |
| 04 | | operating your business. |
| 05 | NED: | What I told you - this is what I am doing. |
| 06 | | I am buying stuff from people who sell |
| 07 | | me stuff and that's it. |
| 08 | SELBEE: | Ok.  Did you realize the items that you were |
| 09 | | purchasing were stolen? |
| 10 | NED: | No. |
| 11 | SELBEE: | Ok. |
| 12 | NED: | Stolen? |
| 13 | SELBEE: | Did you ever direct guys on what to go - what |
| 14 | | type of items to go pick up for you? |
| 15 | NED: | No. |
| 16 | FLEMING: | How did you know what they were going to |
| 17 | | bring you to sell? |
| 18 | NED: | They probably tell me. |
| 19 | SELBEE: | You wouldn't direct them - they would just go out |
| 20 | | and bring you an item and then how did you - |
| 21 | NED: | No - I don't direct anybody to do anything, |
| 22 | | of course.  It's not my job. |
| 23 | FLEMING: | Well some of the folks that have been caught |
| 24 | | stealing items at local retailers have told law |
| 25 | | enforcement that you directed them to steal |

00012:01              these items, you pay them a very much lower price

02                than the value of the items, and then you're selling

03                them on eBay.

04   NED:         Well I am selling on eBay what I purchase,

05                of course. But I'm not directing anybody to do

06                anything. I don't even know that those items

07                are stolen.

08   SELBEE:     Ok. I gave the officers the code that you gave me

09                721105A and they're not able to get in the -

10   NED:         Um 721105A. She's November 5th, 72, yea. Or -

11   FLEMING:    Alright they'll try it again.

12   SELBEE:     Are you having trouble remembering her Birthday?

13   NED:         No, this is the birthday, for sure - but I don't

14                remember whether was in this order - or was

15                something else. I think it was 721105.

16   FLEMING:    Ok, I had an extra one in there, so that may work.

17                Cause I had 7211105A. That's what I sent them the

18                first time.

19   NED:         Oh, it's -

20   SELBEE:     Yea, that's what I wrote down too.

21                You - he added an extra one when he first told us.

22                So that might work.

23   NED:         It's 721105.

24   SELBEE:     Yea.

25   FLEMING:    Were you did you have a business license?

| 00013:01 | NED: | I don't. |
| 02 | SELBEE: | Do you have a business card? |
| 03 | NED: | Yea. |
| 04 | SELBEE: | What's your business called? |
| 05 | NED: | Business card? |
| 06 | SELBEE: | Called? What's the name on the card? |
| 07 | NED: | Oh, business called. |
| 08 | SELBEE: | Yea, what's the name on the card. |
| 09 | | Your business card. |
| 10 | NED: | No, no, I don't have a business - No, I have a |
| 11 | | business card to give to the people advertise. |
| 12 | SELBEE: | Yea, that's what I mean. What's the name |
| 13 | | on that card? |
| 14 | NED: | Ned Vladimirov. |
| 15 | FLEMING: | How much have you sold on eBay in the last year? |
| 16 | | What would what would you estimate your sales as? |
| 17 | NED: | Um, probably $150,000, something like this. |
| 18 | FLEMING: | Ok, did you pay taxes on that money? |
| 19 | | To the IRS - did you report that income? |
| 20 | NED: | Yea. |
| 21 | FLEMING: | You reported $150,000 in sales to the IRS? |
| 22 | NED: | Yes. Or maybe it was more than that. |
| 23 | | But it was about (inaudible 16:56:55). |
| 24 | | Phone ringing in background - |
| 25 | FLEMING: | Hello Tad. |

```
00014:01              Did the second code that I sent you work?

     02              Yea, I had too many ones in there.  So, I texted ya.

     03              Yea.  721105A.

     04   SELBEE:    How would you agree on a price to pay these people

     05              when they brought you items?

     06   NED:       I usually look up the item on eBay, how much it is,

     07              and uh -

     08   FLEMING:   Ned, there's some - they found ammunition at your

     09              house for a weapon.  Is there a weapon at the house?

     10   NED:       Ok.  There are three weapons.

     11   FLEMING:   There's three weapons.

     12   NED:       Yea.

     13   FLEMING:   Where are they located?

     14   NED:       Two of them are in the closet.

     15   FLEMING:   Ok.

     16   NED:       One is on the top -

     17   FLEMING:   Which closet?  The bedroom?

     18   NED:       The master.  Yea, the master.  When you enter,

     19              on the top - there's one then- next to the

     20              ammunition there must be another one.

     21              And um, my bed, on the right side - on the floor

     22              behind the wall and the, and the bed.

     23   FLEMING:   Ok.  What type of weapons are they,

     24              rifles or handguns?

     25   NED:       I have one handgun, one rifle and one - it's
```

```
00015:01            assault rifle.  I think.

     02   FLEMING:   (Talking on the phone in the background)

     03              Tad, did you hear that?  Hello, hello?

     04              Yeah, did you hear what he was telling us.

     05   SELBEE:    How long you been running your store?

     06   FLEMING:   (in background on the phone - He's got an assault

     07              rifle, a rifle, and they should be on the shelf

     08              (inaudible) and he's got - he's got a handgun down

     09              beside the bed - behind the bed

     10              of the master bedroom.)

     11   NED:       Three-four years, maybe.

     12   SELBEE:    Do you have the same people that keep coming to

     13              you and selling you items or is it different people?

     14   NED:       Uh sometimes the same people are coming, yes.

     15              But usually they are different.

     16   SELBEE:    So why did you ask to see that guy's phone the other

     17              day when you were making that buy - you were buying

     18              items off of him?

     19   NED:       It was an interesting phone.

     20   SELBEE:    What kind of phone was it?

     21   NED:       I have never seen it before, that's why I asked

     22              him some kind of brand that -

     23   FLEMING:   Well Ned, you know we don't want you to get in

     24              any more trouble for telling us a story and in

     25              a few minutes we'll take you over to the federal
```

```
00016:01            courthouse to take you to the U.S. Marshals Service

     02             and then we'll schedule we'll try to get you

     03             scheduled to see a federal judge today.

     04             But again, we've been ourselves and local

     05             enforcement have been investigating you for a while,

     06             and you know, watching you go to stores, the post

     07             office mailing stuff and getting folks that

     08             you know, are less fortunate than you, maybe have

     09             drug addictions or whatever, to go boost stuff,

     10             to go steal stuff at stores, high-end dot things

     11             that are small, and then those things are then

     12             brought back to you, you're paying them a much

     13             lower price than the things are really worth or

     14             would cost new, and then you're selling them on

     15             eBay and making a huge amount of money.

     16             The figure that you gave me was much lower than

     17             the sales that eBay says that you are conducting. So

     18  NED:       For a year?

     19  SELBEE:    Uh huh.

     20  NED:       I can pull it out of eBay if it says on the eBay

     21             for twelve, for the last twelve months what it is

     22             exactly so I don't think it's over

     23             $200,000 or something.

     24  FLEMING:   Ok.  What's your eBay account listed under?

     25             Do you know the account number or email address?
```

```
00017:01  NED:      Uh it's nedined@hotmail.com.

      02  SELBEE:   Ok.  The items that you sell, where do you keep

      03            those at?

      04  NED:      At home.

      05  SELBEE:   You just keep them at you don't have a storage

      06            unit or anything you keep items anywhere?

      07  NED:      No, I don't

      08

      09

      10

      11            *    *    *

      12                 END

      13            *    *    *
```