Case 2:20-cr-00054 USA v. VLADIMIROV

DS 2/19/22

GOVERNMENT EXHIBIT
NOT ADMITTED
CASE NO. 2:20-cr-00054
EXHIBIT NO. 13

```
00001:01  February 10, 2020  10:46 AM REDACTED POST-ARREST INTERVIEW
      02  DURATION: (16 minutes 36 seconds)
      03
      04
      05  PARTICIPANTS:
      06  NED:       NEDELTCHO VLADIMIROV
      07  FLEMING:   AGENT WADE FLEMING
      08  SELBEE:    AGENT DEVON SELBEE
      09
      10   *   *   *
      11
      12  FLEMING:   Today is February 10, 2020, it's 10:46.
      13             This is Resident Agent in Charge Wade Fleming
      14             U.S. Secret Service and Special Agent Devon Selbee
      15             U.S. Secret Service, conducting a interview
      16             post-arrest of Ned, Ned will you say your
      17             last name?
      18  NED:       Vladimirov.
      19  FLEMING:   Vladimirov.  And will you give us your
      20             date of birth?
      21  NED:       ***REDACTED***
      22  FLEMING:   Ok and your Social Security Number?
      23  NED:       ***REDACTED***
      24  FLEMING:   Ok, great.  We previously read you your Miranda
      25             rights before we came here, but we will read those
```

| | | |
|---|---|---|
| 00002:01 | | again for ya and ask you to sign, sign that you've |
| 02 | | heard those and they have been read to ya, ok? |
| 03 | NED: | Ok. |
| 04 | SELBEE: | Alright you must understand your rights before we |
| 05 | | ask you any questions.  You have the right to remain |
| 06 | | silent.  Anything you say can and will be used |
| 07 | | against you in court of law.  You have the right to |
| 08 | | talk to a lawyer and have him present with you while |
| 09 | | you are being questioned.  If you cannot afford to |
| 10 | | hire a lawyer, one will be appointed to represent |
| 11 | | you before any questioning, if you wish.  You can |
| 12 | | decide at any time to stop the questioning and not |
| 13 | | answer any questions or make any statements. |
| 14 | | Do you understand your rights? |
| 15 | NED: | Yea. |
| 16 | SELBEE: | Are you willing to waive these rights and |
| 17 | | talk to us? |
| 18 | NED: | I guess I can talk to you. |
| 19 | SELBEE: | Ok.  Go ahead right there where it says signature |
| 20 | | that top line - it says signature of advisee. |
| 21 | | Go ahead and sign that for me please. |
| 22 | FLEMING: | Do people commonly call ya Ned? |
| 23 | NED: | Yes. |
| 24 | FLEMING: | Ok, do you mind if we call you Ned today? |
| 25 | NED: | No problem. |

| | | | |
|---|---|---|---|
| 00003:01 | FLEMING: | Alright. Your date of birth was ***REDACTED*** |
| 02 | NED: | ***REDACTED*** |
| 03 | FLEMING: | What color are your eyes? |
| 04 | NED: | Blue. |
| 05 | FLEMING: | Blue. And your hair, before its turning |
| 06 | | grey like mine? |
| 07 | NED: | Blue. I'm sorry, my eyes are brown, and my hair is |
| 08 | | brown. I did not have coffee this morning. |
| 09 | FLEMING: | Sure. Where were you born? |
| 10 | NED: | In Bulgaria, Slavia. |
| 11 | FLEMING: | Do you have an email address? |
| 12 | NED: | Yea. |
| 13 | FLEMING: | What is it? |
| 14 | NED: | Nedined nedined@hotmail.com. |
| 15 | FLEMING: | Any other email addresses? |
| 16 | NED: | I have a few more. |
| 17 | FLEMING: | Ok - Which one do you - |
| 18 | NED: | This is the major the other yea, the main one. |
| 19 | FLEMING: | The major one? Ok. Are you a U.S. Citizen now? |
| 20 | NED: | Yes. |
| 21 | FLEMING: | Naturalized? |
| 22 | NED: | Yes. |
| 23 | FLEMING: | When were you naturalized? |
| 24 | NED: | Umm, I think it was 2005. |
| 25 | FLEMING: | Ok. Do you work anywhere? |

| | | | |
|---|---|---|---|
| 00004:01 | NED: | I am self-employed. |
| 02 | FLEMING: | And what type of work? |
| 03 | NED: | I sell items on eBay. |
| 04 | FLEMING: | What is your Social Security Number? |
| 05 | NED: | ***REDACTED*** |
| 06 | FLEMING: | You ever been in the military? |
| 07 | NED: | Not in America. In Bulgaria, I have. |
| 08 | FLEMING: | Do you have a passport? |
| 09 | NED: | Yes. |
| 10 | FLEMING: | A U.S. Passport? |
| 11 | NED: | Yea. |
| 12 | FLEMING: | And you have a driver's license? |
| 13 | NED: | Yes. |
| 14 | FLEMING: | A West Virginia driver's license? |
| 15 | NED: | Uh huh. |
| 16 | FLEMING: | Do you know your number? |
| 17 | NED: | I don't. |
| 18 | FLEMING: | Ok. I've got that here F - Do you have any |
| 19 | | scars or tattoos? |
| 20 | NED: | Tattoos I don't have. Scars, um, right here maybe. |
| 21 | | I don't know if it's - you can see it or not. |
| 22 | FLEMING: | Ok. |
| 23 | NED: | It's from childhood. |
| 24 | FLEMING: | Ok. Do you bank anywhere? |
| 25 | NED: | Yea. |

```
00005:01  FLEMING:   Where do you bank?
      02  NED:       City National Bank and Chase.
      03  FLEMING:   And what type of accounts do you have there,
      04             at City National?
      05  NED:       Umm, checking and savings.  Two checkings
      06             and one savings.
      07  FLEMING:   How about at Chase?  What do you have at Chase?
      08  NED:       At Chase, I have a checking account
      09             and a credit card.
      10  FLEMING:   Do you know the balances on those accounts?
      11  NED:       Approximately.
      12  FLEMING:   Ok, what's the approximate balance on the
      13             Chase Account?
      14  NED:       In the Chase Account, in the moment the checking one
      15             is about $1,050.
      16  FLEMING:   Ok, and how about at City National
      17             what are the balances?
      18  NED:       City National on the checking is about $10,000.
      19  FLEMING:   Ok.
      20  NED:       And the savings is about $57,000.
      21  FLEMING:   Fifty-seven thousand?
      22  NED:       Yea.
      23  FLEMING:   Do you have any brokerage accounts, investments?
      24  NED:       No.
      25  FLEMING:   Stocks?
```

| | | | |
|---|---|---|---|
| 00006:01 | NED: | No. |
| 02 | FLEMING: | How far did you go in school? |
| 03 | NED: | Um, I have from Bulgaria, a technical degree for |
| 04 | | telecommunication and here I went to Summit |
| 05 | | Community College for first computer technician |
| 06 | | and then truck driver. |
| 07 | FLEMING: | What is your phone number? |
| 08 | NED: | 304-382-1266. |
| 09 | FLEMING: | Is that a cell phone or a landline? |
| 10 | NED: | Cell phone. |
| 11 | FLEMING: | And who is the phone service carrier? |
| 12 | NED: | AT&T. |
| 13 | FLEMING: | Do you have a landline? |
| 14 | NED: | No. |
| 15 | FLEMING: | Ok. Do you have any other residences other than the |
| 16 | | one we arrested you at this morning? |
| 17 | NED: | In the house? |
| 18 | FLEMING: | Do you own any other property? Houses anywhere? |
| 19 | NED: | Oh, um, in America, no, I don't. |
| 20 | FLEMING: | Do you own any other vehicles other than the |
| 21 | | BMW in your garage? |
| 22 | NED: | No. |
| 23 | FLEMING: | Who was your former employer? |
| 24 | NED: | I was working for a contractor at FedEx Ground here |
| 25 | | in Cross Lanes. His name is Mark. Oh, what was it- |

```
00007:01  FLEMING:   And when did you last work there?
      02  NED:       I worked in the last up until March of 2013.
      03  FLEMING:   And when did you start?
      04  NED:       Um, I start December, 2011.
      05  FLEMING:   Ok.  And your supervisor's name was Mark?
      06  NED:       Mark Allen.
      07  FLEMING:   Mark Allen.
      08  NED:       Mark Allen, but he was a contractor for FedEx and
      09             I was working for him.
      10  FLEMING:   Ok.
      11  NED:       His name company was something with Nick
      12             I cannot remember.  I cannot remember that
      13             name at all.
      14  FLEMING:   Do you have any relatives in the U.S.?
      15             ***REDACTED***
      16  FLEMING:   Ok.  All yours.
      17  SELBEE:    Alrighty.  Um, so as we said earlier, we had an
      18             arrest warrant and a search warrant for your
      19             residence.  And that's what you were picked up
      20             on today.  I'm going to go ahead and tell you what
      21             your charges are and then well ask you a couple
      22             more questions and try to get your story behind it.
      23             Your, your two charges are for money laundering and
      24             engaging in monetary transactions and property
      25             derived from specified unlawful activity.
```

```
00008:01              Those are the two official charges that,
      02              that we have an arrest warrant on you for.
      03              Um, you said there might be some kind of mistake
      04              when we picked you up earlier and that's going to
      05              be in regards to your business.
      06              If you want to go ahead and tell us tell us what
      07              you have going on with your business how you run
      08              it, and just start with that.
      09 NED:         Well basically I buy items and resell them on eBay.
      10              That's done very -
      11 SELBEE:      Where do you buy the items from?
      12 NED:         Um locally here, in the States, usually from people
      13              I run ads on Craigslist, or Facebook, and people
      14              call me and sell stuff.
      15              ***REDACTED***
      16
      17 SELBEE:      Do - so you meet the people just through Craigslist,
      18              or is it a friend of a friend how do you
      19              meet your clientele?
      20 NED:         They call me  usually I meet them somewhere close
      21              to where I live, in Cross Lanes.
      22              ***REDACTED***
      23 FLEMING:     Did you recognize any of the police officers today?
      24 NED:         No.
      25 FLEMING:     One of the police officers kept speaking to
```

```
00009:01              you did you not recognize him as someone you had
     02               bought stuff from?
     03  NED:         Somebody said to me Hi Ned.
     04  FLEMING:     Right.  And when you bought items from him, you were
     05               very concerned about his telephone and you were
     06               looking through his telephone when you met
     07               him, which is a pretty odd thing to do
     08               when you meet some -
     09  NED:         I was looking through his telephone.
     10  FLEMING:     Uh huh, when you meet someone that you're going to
     11               buy from asking to look through their telephone.
     12               Do you recall that?
     13  NED:         Oh, I recall one guy, yea.
     14  FLEMING:     Ok, tell us a little bit about that, Ned.
     15               We have been investigating you, the Secret Service,
     16               other law enforcement agents, for over a year.
     17               We have a very good idea what you were doing,
     18               and that's the reason that were executing a federal
     19               search warrant at your house today and have an
     20               arrest warrant for ya.  Would you like to tell us in
     21               your own words what you have been doing and how you
     22               were operating your business.
     23  NED:         What I told you this is what I am doing.
     24               I am buying stuff from people who sell me stuff
     25               and that's it.
```

```
00010:01              ***REDACTED***
     02   FLEMING:    Well some of the folks that have been caught
     03               stealing items at local retailers have told
     04               law enforcement that you directed them to steal
     05               these items, you pay them a very much lower price
     06               than the value of the items, and then you're selling
     07               them on eBay.
     08   NED:        Well I am selling on eBay what I purchase of course.
     09               But I'm not directing anybody to do anything.
     10               I don't even know that those items are stolen.
     11   FLEMING:    Were you did you have a business license?
     12   NED:        I don't.
     13   SELBEE:     Do you have a business card?
     14   NED:        Yea.
     15   SELBEE:     What's your business called?
     16   NED:        Business card?
     17   SELBEE:     Called?  What's the name on the card?
     18   NED:        Oh, business called.
     19   SELBEE:     Yea, what's the name on the card.
     20               Your business card.
     21   NED:        No, no, I don't have a business  No, I have a
     22               business card to give to the people advertise.
     23   SELBEE:     Yea, that's what I mean.
     24               What's the name on that card?
     25   NED:        Ned Vladimirov.
```

```
00011:01  FLEMING:   How much have you sold on eBay in the last year?
      02             What would what would you estimate your sales as?
      03  NED:       Um, probably $150,000, something like this.
      04             ***REDACTED***
      05  SELBEE:    How would you agree on a price to pay these people
      06             when they brought you items?
      07  NED:       I usually look up the item on eBay,
      08             how much it is, and uh
      09             ***REDACTED***
      10  SELBEE:    How long you been running your store?
      11             ***REDACTED***
      12  NED:       Three-four years, maybe.
      13  SELBEE:    Do you have the same people that keep coming to you
      14             and selling you items or is it different people?
      15  NED:       Uh sometimes the same people are coming, yes.
      16             But usually they are different.
      17  SELBEE:    So why did you ask to see that guys phone the other
      18             day when you were making that buy you were buying
      19             items off of him?
      20  NED:       It was an interesting phone.
      21  SELBEE:    What kind of phone was it?
      22  NED:       I have never seen it before, that's why I asked him
      23             some kind of brand that -
      24  FLEMING:   Well Ned, you know we don't want you to get in any
      25             more trouble for telling us a story and in a few
```

```
00012:01              minutes we'll take you over to the federal
      02              courthouse to take you to the U.S. Marshals Service
      03              and then we'll schedule we'll try to get you
      04              scheduled to see a federal judge today.
      05              But again, we've been ourselves and local
      06              enforcement have been investigating you for
      07              a while, and you know, watching you go to stores,
      08              the post office mailing stuff and getting folks that
      09              you know, are less fortunate than you,
      10              maybe have drug addictions or whatever,
      11              to go boost stuff, to go steal stuff at stores,
      12              high-end dot things that are small, and then those
      13              things are then brought back to you, you're paying
      14              them a much lower price than the things are really
      15              worth or would cost new, and then you're selling
      16              them on eBay and making a huge amount of money.
      17              The figure that you gave me was much lower than the
      18              sales that eBay says that you are conducting.
      19 NED:         For a year?
      20 SELBEE:      Uh huh.
      21 NED:         I can pull it out of eBay if it says on the eBay for
      22              twelve, for the last twelve months what it is
      23              exactly so I don't think its over
      24              $200,000 or something.
      25 FLEMING:     Ok.  What's your eBay account listed under?
```

```
00013:01              Do you know the account number or email address?
      02  NED:        Uh its nedined@hotmail.com.
      03  SELBEE:     Ok.  The items that you sell, where do you
      04              keep those at?
      05  NED:        At home.
      06  SELBEE:     You just keep them at you don't have a storage
      07              unit or anything you keep items anywhere?
      08  NED:        No, I don't
      09
      10              *    *    *
      11                   END
      12              *    *    *
```