14



GOVERNMENT
EXHIBIT

AO386-C

CASE NO. 2:20-cr-00054

EXHIBIT NO. 14