15

