16

<mark>
