**24**

 Customer Service

Home   Help   Stolen property policy

1 min article

# Stolen property policy

Search eBay Help...

**What is the policy?**

**Why does eBay have this policy?**

The sale of stolen property is not allowed on eBay.

The sale of stolen property violates state, federal and international law, and we will notify law enforcement of any attempts to sell stolen property on eBay.

## What is the policy?

Stolen property from private individuals or property taken without authorization from companies or government cannot be listed for sale.

If you see stolen property on eBay, please contact local law enforcement immediately.

Activity that doesn't follow eBay policy could result in a range of actions including for example: administratively ending or canceling listings, hiding or demoting all listings from search results, lowering seller rating, buying or selling restrictions, and account suspension. All fees paid or payable in relation to listings or accounts on which we take any action will not be refunded or otherwise credited to your account.

> **Tip**
> Visit Seller Help to find details of any policy issues with your account or listings, and get the information you need to quickly resolve them.

## Why does eBay have this policy?

This policy ensures buyers and sellers comply with government laws and regulations, and keeps eBay a safe and reputable marketplace.

## Was this article helpful for you?



A0386-C
GOVERNMENT
EXHIBIT

CASE   2:20-cr-00054
NO.

EXHIBIT   24
NO.

You might also be interested in:

**Removed listings**

**Gift cards policy**

We may have to remove a listing if it violates our policies or if the rights owner asks us to.

While gift cards that follow our policy can be listed, certain types of gift cards aren't allowed.

o o o o

## Need more help?

**Call us**
2 min wait time

## Other options for you

**Ask the Community**          **Report an item**

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

5 min article                          2 min article