27

PayPal, Inc.
2211 N. First St.
San Jose, CA 95131

02/28/2020
For questions contact:
PayPal Customer Service
877-569-1129
www.paypal.com/irs

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:20-cr-00054
EXHIBIT NO. 27

Nedeltcho Vladimirov
5429 Hillbrook Dr
Cross Lanes, WV 25313

### Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** May show the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Publication 505, Tax Withholding and Estimated Tax, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099k.

---

CORRECTED (if checked)    REISSUED STATEMENT

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S federal identification no. | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| PayPal, Inc.<br>2211 N. First St.<br>San Jose, CA 95131 | PAYEE'S taxpayer identification no. | **2016**<br>Form **1099-K** | |
| | 1a Gross amount of payment card/third party network transactions<br>$ 130,018.98 | | |

| | | |
|---|---|---|
| | 1b Card Not Present transactions<br>$ 130,018.98 | 2 Merchant category code<br>0000 |
| Check to indicate if FILER is a (an):<br>Payment settlement entity (PSE) [X]<br>Electronic Payment Facilitator (EPF)/Other third party [ ] | Check to indicate transactions reported are:<br>Payment card [ ]<br>Third party network [X] | 3 Number of payment transactions<br>1,199 | 4 Federal income tax withheld<br>$ |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>Nedeltcho Vladimirov<br>5429 Hillbrook Dr<br>Cross Lanes, WV 25313 | 5a January<br>$ 4,301.00 | 5b February<br>$ 5,761.09 |
| | 5c March<br>$ 6,500.78 | 5d April<br>$ 1,442.94 |
| | 5e May<br>$ 8,021.06 | 5f June<br>$ 15,726.07 |
| | 5g July<br>$ 13,095.47 | 5h August<br>$ 9,127.88 |
| | 5i September<br>$ 3,979.38 | 5j October<br>$ 11,530.86 |
| PSE'S name and telephone number<br>PayPal, Inc. | 5k November<br>$ 26,283.86 | 5l December<br>$ 24,248.59 |
| Account number (see instructions)    3677 | 6 State<br>WV | 7 State identification no. | 8 State income tax withheld<br>$ |

Copy B
For Payee

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-K**    (Keep for your records)    www.irs.gov/form1099k    Department of the Treasury - Internal Revenue Service

6H8701 3.000

PAYPAL-000030

PayPal, Inc.
2211 N. First St.
San Jose, CA 95131

02/28/2020
For questions contact:
PayPal Customer Service
877-569-1129
www.paypal.com/irs

Nedeltcho Vladimirov
5429 Hillbrook Dr
Cross Lanes, WV 25313

### Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099k.

---

CORRECTED (if checked)   REISSUED STATEMENT

**FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
PayPal, Inc.
2211 N. First St.
San Jose, CA 95131

**FILER'S federal identification no.** [redacted]
**PAYEE'S taxpayer identification no.** [redacted]

OMB No. 1545-2205
**2017**
Form **1099-K**

**Payment Card and Third Party Network Transactions**

Copy B
For Payee

**1a Gross amount of payment card/third party network transactions**
$ 141,654.03

**1b Card Not Present transactions**
$ 141,654.03

**2 Merchant category code**
0000

**Check to indicate if FILER is a (an):**
Payment settlement entity (PSE) [X]
Electronic Payment Facilitator (EPF)/Other third party [ ]

**Check to indicate transactions reported are:**
Payment card [ ]
Third party network [X]

**3 Number of payment transactions**
1,507

**4 Federal income tax withheld**
$

**PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code**
Nedeltcho Vladimirov
5429 Hillbrook Dr
Cross Lanes, WV 25313

| | | |
|---|---|---|
| **5a** January $ 13,095.81 | **5b** February $ 12,814.17 | |
| **5c** March $ 21,222.17 | **5d** April $ 7,198.87 | |
| **5e** May $ | **5f** June $ | |
| **5g** July $ 9,753.85 | **5h** August $ 9,797.31 | |
| **5i** September $ 12,213.64 | **5j** October $ 26,929.28 | |
| **5k** November $ 15,967.10 | **5l** December $ 12,661.83 | |

**PSE'S name and telephone number**
PayPal, Inc.

**Account number (see instructions)** [redacted]3677

**6 State** WV
**7 State identification no.**
**8 State income tax withheld** $

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-K**   (Keep for your records)   www.irs.gov/form1099k   Department of the Treasury - Internal Revenue Service

7H8701 3.000

PAYPAL-000031

PayPal, Inc.  
2211 N. First St.  
San Jose, CA 95131

02/28/2020

If you have questions contact:  
PayPal Customer Service

Ext:

Nedeltcho Vladimirov  
5429 Hillbrook Dr  
Cross Lanes, WV 25313

## Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099K.

---

CORRECTED (if checked)   REISSUED STATEMENT

**FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**  
PayPal, Inc.  
2211 N. First St.  
San Jose, CA 95131

**FILER'S TIN:** [redacted]  
**PAYEE'S TIN:** [redacted]

OMB No. 1545-2205  
**2018**  
Form **1099-K**

**Payment Card and Third Party Network Transactions**

| Box | Description | Amount |
|---|---|---|
| 1a | Gross amount of payment card/third party network transactions | $ 201,895.76 |
| 1b | Card Not Present transactions | $ 201,895.76 |
| 2 | Merchant category code | 0000 |
| 3 | Number of payment transactions | 1,902 |
| 4 | Federal income tax withheld | $ |
| 5a | January | $ 21,986.79 |
| 5b | February | $ 16,911.46 |
| 5c | March | $ 8,378.82 |
| 5d | April | $ 7,208.58 |
| 5e | May | $ 5,930.25 |
| 5f | June | $ 5,664.72 |
| 5g | July | $ 12,544.15 |
| 5h | August | $ 34,764.55 |
| 5i | September | $ 31,927.80 |
| 5j | October | $ 22,078.00 |
| 5k | November | $ 19,343.79 |
| 5l | December | $ 15,156.85 |
| 6 | State | WV |
| 7 | State identification no. | |
| 8 | State income tax withheld | $ |

**Check to indicate if FILER is a (an):**  
Payment settlement entity (PSE) [X]  
Electronic Payment Facilitator (EPF)/Other third party [ ]

**Check to indicate transactions reported are:**  
Payment card [ ]  
Third party network [X]

**PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code**  
Nedeltcho Vladimirov  
5429 Hillbrook Dr  
Cross Lanes, WV 25313

**PSE'S name and telephone number**  
PayPal, Inc.

**Account number (see instructions):** [redacted] 3677

Copy B  
For Payee

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-K**   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service

8H8701 2.000

PAYPAL-000032

PayPal, Inc.  
2211 N. First St.  
San Jose, CA  95131

02/28/2020

If you have questions contact:  
PayPal Customer Service

Ext:

Nedeltcho Vladimirov  
5429 Hillbrook Dr  
Cross Lanes, WV  25313



## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate Instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.

| | | CORRECTED (if checked) | REISSUED STATEMENT | |
|---|---|---|---|---|
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>PayPal, Inc.<br>2211 N. First St.<br>San Jose, CA  95131 | | FILER'S TIN<br><br>PAYEE'S TIN | OMB No. 1545-2205<br><br>20**19**<br><br>Form **1099-K** | **Payment Card and Third Party Network Transactions** |
| | | 1a  Gross amount of payment card/third party network transactions<br>$ 205,689.80 | | |
| | | 1b  Card Not Present transactions<br>$ 205,689.80 | 2  Merchant category code<br>0000 | **Copy B**<br>**For Payee** |
| Check to indicate if FILER is a (an):<br>Payment settlement entity (PSE)  [X]<br>Electronic Payment Facilitator (EPF)/Other third party  [ ] | Check to indicate transactions reported are:<br>Payment card  [ ]<br>Third party network  [X] | 3  Number of payment transactions<br>1,757 | 4  Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>Nedeltcho Vladimirov<br>5429 Hillbrook Dr<br>Cross Lanes, WV  25313 | | 5a  January<br>$ 12,424.86 | 5b  February<br>$ 9,870.83 | |
| | | 5c  March<br>$ 23,312.23 | 5d  April<br>$ 29,423.52 | |
| | | 5e  May<br>$ 34,497.33 | 5f  June<br>$ 26,674.60 | |
| | | 5g  July<br>$ 23,809.33 | 5h  August<br>$ 2,564.62 | |
| | | 5i  September<br>$ | 5j  October<br>$ 5,682.22 | |
| PSE'S name and telephone number<br>PayPal, Inc.<br>877-569-1129 | | 5k  November<br>$ 17,266.01 | 5l  December<br>$ 20,164.25 | |
| Account number (see instructions)         3677 | | 6  State<br>WV | 7  State identification no. | 8  State income tax withheld<br>$ |

Form **1099-K**        (Keep for your records)        *www.irs.gov/Form1099K*        Department of the Treasury - Internal Revenue Service

9H8701 3.000

PAYPAL-000033