28



## PayPal
### Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Hussion, Tony |
| Law Enforcement Agency: | U.S. Attorney's Office, SDWV |
| Requested On: | Tue, 11 Feb 2020 21:30 |
| Evidence Gathered On: | Fri, 14 Feb 2020 15:26 |
| Law Enforcement Reference: | 2019R00651 |

All times indicated in this document refer to time zone GMT

### Registration Information

| User Info | |
|---|---|
| First Name | Nedeltcho |
| Middle Name | |
| Last Name | Vladimirov |
| DOB | -68 |
| CC Statement Name | NEDINED |
| Email | nedined@hotmail.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 3677 |
| Account Type | Premier - Verified |
| Time Created | Mon, 24 Dec 2001 1:04:48 |
| SSN | |
| SSN | 7100 |
| TIN | |

### Email Addresses

PAYPAL-000012

GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 28

PAYPAL-000013

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| nedined@hotmail.com | TRUE | TRUE | TRUE |
| nedi@mybluelight.com | FALSE | TRUE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 801-815-1849 | Confirmed | Work - Deleted |
| +1 801-815-1849 | Confirmed | Mobile - Deleted |
| +1 801-815-1849 | Confirmed | Home - Deleted |
| +1 304-382-1266 | Confirmed | Mobile |
| +1 304-382-1266 | Confirmed | Work |
| +1 304-382-1266 | Confirmed | UPS |
| +1 801-455-3566 | Unconfirmed | Work - Deleted |
| +1 801-298-3244 | Unconfirmed | Home - Deleted |
| +1 801-572-3244 | Unconfirmed | Home - Deleted |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| 5429 Hillbrook Dr , Cross Lanes, WV, US 25313 | Third Party Added (Hidden) | 09/03/18 |
| Nedeltcho Vladimirov, 5429 Hillbrook Dr , Charleston, WV, US 25313 | Gift (Hidden) | 03/20/16 |
| Nedeltcho Vladimirov, 1228 Strawberry Rd. Apt 1, St. Albans, WV, US 25177 | Gift (Hidden) | 02/03/15 |
| Nedeltcho Vladimirov, 1228 Strawberry Rd Apt 1, Saint Albans, WV, US 25177-3362 | Gift (Hidden) | 05/12/14 |
| Ned Vladimirov, 1228 Strawberry Rd Apt 1, Saint Albans, WV, US 25177-3362 | Gift (Hidden) | 05/08/14 |
| Ned Vladimirov, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313-1678 | Third Party Added (Hidden) | 01/23/14 |
| nedined@hotmail.com, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313-1678 | Gift (Hidden) | 03/02/13 |
| , walmart supercenter #2576 , 100 Nitro Market Pl , Cross Lanes, WV, US 25313 | Gift (Hidden) | 07/30/12 |

PAYPAL-000014

| | | |
|---|---|---|
| Nedeltcho Vladimirov, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313-1678 | Gift (Hidden) | 03/21/12 |
| Nedeltcho Vladimirov, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313 | Home Or Work | 03/19/12 |
| Ned Vladimirov, 1595 Quarrier St E , Charleston, WV, US 25311 | Gift (Hidden) | 09/16/11 |
| Nedeltcho Vladimirov, 1595 Quarrier St , Charleston, WV, US 25311-2407 | Gift (Hidden) | 08/18/11 |
| NEDELTCHO VLADIMIROV, 1595 QUARRIER ST. E. , CHARLESTON, WV, US 25311 | Gift (Hidden) | 08/03/11 |
| Nedeltcho Vladimirov, 6474 Moonlight Ln , Crestview, FL, US 32539-9400 | Third Party Added (Hidden) | 12/29/10 |
| Nedeltcho Vladimirov, 10049 Turquoise Cir , Sandy, UT, US 84094-4004 | Third Party Added (Hidden) | 09/07/10 |
| Desislava Vladimirov, 10049 S. Turquoise Cir. , Sandy, UT, US 84094 | Third Party Added (Hidden) | 06/17/09 |
| Nedeltcho Vladimirov, 10049 S. Turquoise Cir , Sandy, UT, US 84094 | Third Party Added (Hidden) | 01/18/09 |

## Financial Information

### Summary

| | |
|---|---|
| Account Balance | USD 4,632.00 (Primary)<br>CAD 0.00<br>EUR 0.00 |
| Total Amount Sent | USD 149,955.47 (Primary)<br>CAD 0.00<br>EUR 20.00 |
| Total Amount Received | USD 898,891.69 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 9,647.08 |
| Amount Received Month 2 | USD 19,776.56 |
| Amount Received Month 3 | USD 14,743.44 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

PAYPAL-000015

| Secure Card Attributes | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

| Account # | Status | Bank Name | Name | Bank Info | Routing # |
|---|---|---|---|---|---|
| 8889 | ACTIVE-Primary | | Nedeltcho Vladimirov | | 051904524 |
| Type | | Bank Name | Confirmed | | Country |
| CHECKING | | CITY NATIONAL BANK OF WEST VIRGINIA | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | Bank Info | Routing # |
| 5101 | INACTIVE | | Nedeltcho Vladimirov | | 251983691 |
| Type | | Bank Name | Confirmed | | Country |
| CHECKING | | STAR USA FEDERAL CREDIT UNION | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | Bank Info | Routing # |
| 0498 | INACTIVE | | Nedeltcho Vladimirov | | 124000054 |
| Type | | Bank Name | Confirmed | | Country |
| CHECKING | | Zions Bank | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | Bank Info | Routing # |
| 7773 | INACTIVE | | Nedeltcho Vladimirov | | 124001545 |
| Type | | Bank Name | Confirmed | | Country |
| CHECKING | | Chase | Confirmed: Two Random Deposits | | US |

| Account # | Status | Bank Info | Name | Bank Info | Routing # |
|---|---|---|---|---|---|
| 5108 | ACTIVE | | Nedeltcho Vladimirov | | 051904524 |
| Type | Bank Name | | Confirmed | | Country |
| CHECKING | CITY NATIONAL BANK OF WEST VIRGINIA | | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | | Routing # |
| 0871 | BLOCKED | | Nedeltcho Vladimirov | | 123271978 |
| Type | Bank Name | | Confirmed | | Country |
| CHECKING | Washington Mutual | | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | | Routing # |
| 8704 | INACTIVE | | Nedeltcho Vladimirov | | 324377516 |
| Type | Bank Name | | Confirmed | | Country |
| CHECKING | AMERICA FIRST FEDERAL CREDIT UNION | | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | | Routing # |
| 9581 | INACTIVE | | Nedeltcho Vladimirov | | 263178070 |
| Type | Bank Name | | Confirmed | | Country |
| CHECKING | EGLIN FEDERAL C U | | Confirmed: Two Random Deposits | | US |
| Account # | Status | | Name | | Routing # |
| 9878 | INACTIVE | | Nedeltcho Vladimirov | | 124001545 |
| Type | Bank Name | | Confirmed | | Country |
| CHECKING | Chase | | Confirmed: Two Random Deposits | | US |

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 0891 | INACTIVE-Expired | Nedeltcho Vladimirov | 10-Dec-10 | 11/2013 |
| Type | Issuer | Confirmed | Issue # | Currency |

PAYPAL-000016

| Type | Issuer | Status | Name | Confirmed | Account # | Start Date | Issue # | Expiration Date | Currency |
|---|---|---|---|---|---|---|---|---|---|
| MASTER_CARD DEBIT | EGLIN FEDERAL CREDIT UNION | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 0842 | 20-Dec-12 | | 06/2015 | USD |
| VISA DEBIT | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 1405 | 22-Sep-07 | | 05/2008 | USD |
| VISA DEBIT | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 8199 | 4-Apr-06 | | 10/2014 | USD |
| VISA DEBIT | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 8730 | 20-Sep-04 | | 03/2006 | USD |
| VISA DEBIT | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 1018 | 1-Jan-70 | | 07/2003 | USD |
| VISA DEBIT CREDIT CONSUMER | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 5221 | 12-Jul-03 | | 01/2005 | USD |
| VISA DEBIT | ZB, National Association | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 6478 | 12-Mar-14 | | 10/2016 | USD |
| MASTER_CARD DEBIT | FIFTH THIRD BANK, THE | | | Unconfirmed | | | | | USD |

PAYPAL-000017

## Debit Cards

| Account # | Status | Req Date | Act Date | Expiration Date |
|---|---|---|---|---|
| 6468 | CLOSED | 19-Jun-13 | 19-Jun-13 | 06/2015 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 0087 | CLOSED | 2-Feb-15 | 10-Feb-15 | 02/2018 |
| Type | | | POS Limit | ATM Limit |
| MERCHANT_DEBIT_CARD | | | USD 3000.00 | USD 400.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 7757 | CLOSED | 28-Oct-15 | 28-Oct-15 | 12/2018 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 0589 | ACTIVE | 20-Oct-17 | 2-Nov-17 | 12/2020 |
| Type | | | POS Limit | ATM Limit |
| BUSINESS_DEBIT_MASTERCARD_EMV_US | | | USD 3000.00 | USD 400.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 9773 | ACTIVE | 8-Apr-19 | 8-Apr-19 | 04/2022 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| COMPLIANCE - US IRS Verification | Sun, 01 Sep 2013 2:47:05 | Mon, 02 Sep 2013 5:43:46 | PP-002-568-580-924 |
| CRS - Unauthorized Account Creation | Sat, 16 Jun 2018 18:40:04 | Sat, 16 Jun 2018 19:38:07 | PP-007-020-471-992 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is

PAYPAL-000018

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

PAYPAL-000019



## Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Hussion, Tony |
| Law Enforcement Agency: | U.S. Attorney's Office, SDWV |
| Requested On: | Wed, 05 Feb 2020 23:47 |
| Evidence Gathered On: | Fri, 14 Feb 2020 16:59 |
| Law Enforcement Reference: | 2019F00651 |

All times indicated in this document refer to time zone GMT

### Registration Information

| User Info | |
|---|---|
| First Name | Nedeltcho |
| Middle Name | |
| Last Name | Vladimirov |
| DOB | 68 |
| CC Statement Name | NEDINED |
| Email | nedined@hotmail.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 3677 |
| Account Type | Premier - Verified |
| Time Created | Mon, 24 Dec 2001 1:04:48 |
| SSN | |
| SSN | 7100 |
| TIN | |

### Email Addresses

PAYPAL-000020

PAYPAL-000021

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| nedined@hotmail.com | TRUE | TRUE | TRUE |
| nedi@mybluelight.com | FALSE | TRUE | FALSE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| +1 801-815-1849 | Confirmed | Work - Deleted |
| +1 801-815-1849 | Confirmed | Mobile - Deleted |
| +1 801-815-1849 | Confirmed | Home - Deleted |
| +1 304-382-1266 | Confirmed | Mobile |
| +1 304-382-1266 | Confirmed | Work |
| +1 304-382-1266 | Confirmed | UPS |
| +1 801-455-3566 | Unconfirmed | Work - Deleted |
| +1 801-298-3244 | Unconfirmed | Home - Deleted |
| +1 801-572-3244 | Unconfirmed | Home - Deleted |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| 5429 Hillbrook Dr , Cross Lanes, WV, US 25313 | Third Party Added (Hidden) | 09/03/18 |
| Nedeltcho Vladimirov, 5429 Hillbrook Dr , Charleston, WV, US 25313 | Gift (Hidden) | 03/20/16 |
| Nedeltcho Vladimirov, 1228 Strawberry Rd. Apt 1, St. Albans, WV, US 25177 | Gift (Hidden) | 02/03/15 |
| Nedeltcho Vladimirov, 1228 Strawberry Rd Apt 1, Saint Albans, WV, US 25177-3362 | Gift (Hidden) | 05/12/14 |
| Ned Vladimirov, 1228 Strawberry Rd Apt 1, Saint Albans, WV, US 25177-3362 | Gift (Hidden) | 05/08/14 |
| Ned Vladimirov, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313-1678 | Third Party Added (Hidden) | 01/23/14 |
| nedined@hotmail.com, 5429 Hillbrook Dr , Cross Lanes, WV, US 25313-1678 | Gift (Hidden) | 03/02/13 |
| , walmart supercenter #2576 , 100 Nitro Market Pl , Cross Lanes, WV, US 25313 | Gift (Hidden) | 07/30/12 |

PAYPAL-000022

| | | |
|---|---|---|
| Nedeltcho Vladimirov, 5429 Hillbrook Dr., Cross Lanes, WV, US 25313-1678 | Gift (Hidden) | 03/21/12 |
| Nedeltcho Vladimirov, 5429 Hillbrook Dr., Cross Lanes, WV, US 25313 | Home Or Work | 03/19/12 |
| Ned Vladimirov, 1595 Quarrier St E., Charleston, WV, US 25311 | Gift (Hidden) | 09/16/11 |
| Nedeltcho Vladimirov, 1595 Quarrier St, Charleston, WV, US 25311-2407 | Gift (Hidden) | 08/18/11 |
| NEDELTCHO VLADIMIROV, 1595 QUARRIER ST. E., CHARLESTON, WV, US 25311 | Gift (Hidden) | 08/03/11 |
| Nedeltcho Vladimirov, 6474 Moonlight Ln, Crestview, FL, US 32539-9400 | Third Party Added (Hidden) | 12/29/10 |
| Nedeltcho Vladimirov, 10049 Turquoise Cir, Sandy, UT, US 84094-4004 | Third Party Added (Hidden) | 09/07/10 |
| Desislava Vladimirov, 10049 S. Turquoise Cir., Sandy, UT, US 84094 | Third Party Added (Hidden) | 06/17/09 |
| Nedeltcho Vladimirov, 10049 S. Turquoise Cir, Sandy, UT, US 84094 | Third Party Added (Hidden) | 01/18/09 |

## Financial Information

*Summary*

| | |
|---|---|
| Account Balance | USD 4,632.00 (Primary)<br>CAD 0.00<br>EUR 0.00 |
| Total Amount Sent | USD 149,955.47 (Primary)<br>CAD 0.00<br>EUR 20.00 |
| Total Amount Received | USD 898,891.69 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 9,647.08 |
| Amount Received Month 2 | USD 19,776.56 |
| Amount Received Month 3 | USD 14,743.44 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

PAYPAL-000023

| Secure Card Attributes | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

| Account # | Status | Bank Name | Name | Bank Info | Routing # | Country |
|---|---|---|---|---|---|---|
| 8889 | ACTIVE-Primary | | Nedeltcho Vladimirov | | 051904524 | |
| Type | | Bank Name | Confirmed | | | Country |
| CHECKING | | CITY NATIONAL BANK OF WEST VIRGINIA | Confirmed: Two Random Deposits | | | US |
| Account # | Status | | Name | Bank Info | Routing # | |
| 5101 | INACTIVE | | Nedeltcho Vladimirov | | 251983691 | |
| Type | | Bank Name | Confirmed | | | Country |
| CHECKING | | STAR USA FEDERAL CREDIT UNION | Confirmed: Two Random Deposits | | | US |
| Account # | Status | | Name | Bank Info | Routing # | |
| 0498 | INACTIVE | | Nedeltcho Vladimirov | | 124000054 | |
| Type | | Bank Name | Confirmed | | | Country |
| CHECKING | | Zions Bank | Confirmed: Two Random Deposits | | | US |
| Account # | Status | | Name | Bank Info | Routing # | |
| 7773 | INACTIVE | | Nedeltcho Vladimirov | | 124001545 | |
| Type | | Bank Name | Confirmed | | | Country |
| CHECKING | | Chase | Confirmed: Two Random Deposits | | | US |

PAYPAL-000024

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 5108 | ACTIVE | Nedeltcho Vladimirov | | 051904524 |
| Type | Bank Name | Confirmed | | Country |
| CHECKING | CITY NATIONAL BANK OF WEST VIRGINIA | Confirmed: Two Random Deposits | | US |
| Account # | Status | Name | Bank Info | Routing # |
| 0871 | BLOCKED | Nedeltcho Vladimirov | | 123271978 |
| Type | Bank Name | Confirmed | | Country |
| CHECKING | Washington Mutual | Confirmed: Two Random Deposits | | US |
| Account # | Status | Name | Bank Info | Routing # |
| 8704 | INACTIVE | Nedeltcho Vladimirov | | 324377516 |
| Type | Bank Name | Confirmed | | Country |
| CHECKING | AMERICA FIRST FEDERAL CREDIT UNION | Confirmed: Two Random Deposits | | US |
| Account # | Status | Name | Bank Info | Routing # |
| 9581 | INACTIVE | Nedeltcho Vladimirov | | 263178070 |
| Type | Bank Name | Confirmed | | Country |
| CHECKING | EGLIN FEDERAL C U | Confirmed: Two Random Deposits | | US |
| Account # | Status | Name | Bank Info | Routing # |
| 9878 | INACTIVE | Nedeltcho Vladimirov | | 124001545 |
| Type | Bank Name | Confirmed | | Country |
| CHECKING | Chase | Confirmed: Two Random Deposits | | US |

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| 0891 | INACTIVE-Expired | Nedeltcho Vladimirov | 10-Dec-10 | 11/2013 |
| Type | Issuer | Confirmed | Issue # | Currency |

| Type | Account # | Issuer | Status | Name | Confirmed | Start Date | Issue # | Expiration Date | Currency |
|---|---|---|---|---|---|---|---|---|---|
| MASTER_CARD DEBIT | 0842 | EGLIN FEDERAL CREDIT UNION | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 20-Dec-12 | | 06/2015 | USD |
| VISA DEBIT | 1405 | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 22-Sep-07 | | 05/2008 | USD |
| VISA DEBIT | 8199 | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 4-Apr-06 | | 10/2014 | USD |
| VISA DEBIT | 8730 | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 20-Sep-04 | | 03/2006 | USD |
| VISA DEBIT | 1018 | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 1-Jan-70 | | 07/2003 | USD |
| VISA DEBIT CREDIT CONSUMER | 5221 | CHASE PAY NET | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 12-Jul-03 | | 01/2005 | USD |
| VISA DEBIT | 6478 | ZB, National Association | INACTIVE-Expired | Nedeltcho Vladimirov | Unconfirmed | 12-Mar-14 | | 10/2016 | USD |
| MASTER_CARD DEBIT | | FIFTH THIRD BANK, THE | | | Unconfirmed | | | | USD |

PAYPAL-000025

## Debit Cards

| Account # | Status | Req Date | Act Date | Expiration Date |
|---|---|---|---|---|
| 6468 | CLOSED | 19-Jun-13 | 19-Jun-13 | 06/2015 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 0087 | CLOSED | 2-Feb-15 | 10-Feb-15 | 02/2018 |
| Type | | | POS Limit | ATM Limit |
| MERCHANT_DEBIT_CARD | | | USD 3000.00 | USD 400.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 7757 | CLOSED | 28-Oct-15 | 28-Oct-15 | 12/2018 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 0589 | ACTIVE | 20-Oct-17 | 2-Nov-17 | 12/2020 |
| Type | | | POS Limit | ATM Limit |
| BUSINESS_DEBIT_MASTERCARD_EMV_US | | | USD 3000.00 | USD 400.00 |
| Account # | Status | Req Date | Act Date | Expiration Date |
| 9773 | ACTIVE | 8-Apr-19 | 8-Apr-19 | 04/2022 |
| Type | | | POS Limit | ATM Limit |
| HIDDEN_VIRTUAL_DEBIT_CARD | | | USD 300.00 | USD 0.00 |

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| COMPLIANCE - US IRS Verification | Sun, 01 Sep 2013 2:47:05 | Mon, 02 Sep 2013 5:43:46 | PP-002-568-580-924 |
| CRS - Unauthorized Account Creation | Sat, 16 Jun 2018 18:40:04 | Sat, 16 Jun 2018 19:38:07 | PP-007-020-471-992 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is

PAYPAL-000027

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.