29

