30

**Account Agreement**  Date: 10/04/13

| Institution Name & Address | Internal Use SIMPLY FREE CHECKING  9010578889 |
|---|---|
| City National Bank<br>Cross Lanes<br>308 Goff Mountain Rd<br>Cross Lanes, WV 25313<br>(304) 776-7900 | **Account Title & Address**<br>NEDELTCHO V VLADIMIROV<br>5429 HILLBROOK DR<br>CROSS LANES WV 25313 |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Ownership of Account

The specified ownership will remain the same for all accounts.
- [X] Individual
- [ ] Joint with Survivorship (not as tenants in common)
- [ ] Joint with No Survivorship (as tenants in common)
- [ ] Corporation - For Profit
- [ ] Corporation - Nonprofit
- [ ] Partnership
- [ ] Sole Proprietorship
- [ ] Limited Liability Company
- [ ] Trust-Separate Agreement Dated: _____

### Owner/Signer Information 1

| Name | NEDELTCHO V VLADIMIROV |
|---|---|
| Relationship | |
| Address | 5429 HILLBROOK DR<br>CROSS LANES WV 25313 |
| Mailing Address (if different) | |
| Home Phone | (304) 382-1266 |
| Work Phone | |
| Mobile Phone | |
| E-Mail | NEDINED@HOTMAIL.COM |
| Birth Date | /68 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | DRIVERS LICENSE       DL<br>WV-10/26/11      /18 |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Beneficiary Designation
(Check appropriate ownership above.)
- [ ] Revocable Trust
- [ ] Pay-On-Death (POD)

**Beneficiary Name(s), Address(es), and SSN(s)**
(Check appropriate beneficiary designation above.)

[ ] If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- [X] Terms and Conditions
- [X] Electronic Fund Transfers
- [X] Substitute Checks
- [X] Common Features
- [X] Privacy
- [X] Truth in Savings
- [X] Funds Availability
- [ ] _____

[ ] Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x /s/                              10/04/2013 ]
       NEDELTCHO V VLADIMIROV

2 [ x                                             ]

3 [ x              ]   4 [ x                      ]

### Owner/Signer Information 2

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

Signature Card-WV
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-WV 5/2/2007
Initials: _____  Page 1 of 2

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:20-cr-00054
EXHIBIT NO. **30**

CNB-000010

| Owner/Signer Information 3 | | Non-Individual Owner Information | |
|---|---|---|---|
| Name | | Name | |
| Relationship | | EIN | |
| Address | | Phone | |
| | | Mobile Phone | |
| Mailing Address (if different) | | E-Mail | |
| | | Type of Entity | |
| Home Phone | | State/Country & Date of Organization | |
| Work Phone | | | |
| Mobile Phone | | Nature of Business | |
| E-Mail | | | |
| Birth Date | | Address | |
| SSN/TIN | | | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | | Mailing Address (if different) | |
| Other ID (Description, Details) | | Authorization/ Resolution Date | |
| Employer | | | |
| Previous Financial Inst. | | Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | 9010578889 | $ 500.00  [x] Cash [ ] Check  [ ] |
| | | $  [ ] Cash [ ] Check  [ ] |
| | | $  [ ] Cash [ ] Check  [ ] |

| Owner/Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Services Requested**

[ ] ATM   [x] Debit/Check Cards (No. Requested: _____ )
[ ] _____   [ ] _____
[ ] _____   [ ] _____

**Other Terms/Information**

**Backup Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*
TIN: ███████

[x] **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

[x] **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _[signature]_ _____ 10/04/2013 (Date)

Signature Card-WV
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-WV 5/2/2007
Initials: _____ Page 2 of 2

CNB-000011