32




Date 12/17/19 Page 1




NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 776-7900

Summary of Accounts

| Account Number | Type of Account | Current Balance | Images |
|---|---|---|---|
| XXXXXX8889 | eSTATEMENT CHECKING | 7,717.61 | 2 |

Checking Account

Account Title: NEDELTCHO V VLADIMIROV

| eSTATEMENT CHECKING | | Number of Images | 2 |
|---|---|---|---|
| Account Number | XXXXXX8889 | Statement Dates | 11/18/19 thru 12/17/19 |
| Previous Balance | 6,833.50 | Days in the statement period | 30 |
| 14 Deposits/Credits | 17,415.73 | Average Ledger Balance | 9,548.39 |
| 18 Checks/Debits | 16,531.62 | Average Collected Bal | 9,548.39 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 7,717.61 | | |

Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| 11/18 | DEPOSIT<br>TRANSFER PAYPAL<br>1007158530742 | | 319.69 | 7,153.19 |
| 11/18 | DEPOSIT<br>TRANSFER PAYPAL<br>1007176885706 | | 2,154.40 | 9,307.59 |
| 11/18 | ATM W/D 1249 11/17/19 00008738<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 8,607.59 |
| 11/18 | ATM W/D 1649 11/18/19 00008937<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 7,907.59 |
| 11/18 | WITHDRAWAL<br>CLUB FEES PLANET FIT<br>1931907859116 | | 10.60- | 7,896.99 |
| 11/20 | DEPOSIT<br>TRANSFER PAYPAL<br>1007195382697 | | 1,054.70 | 8,951.69 |
| 11/20 | CHECK | | 500.00- | 8,451.69 |
| 11/20 | WITHDRAWAL<br>CPPWDRAWAL AMER ELECT PWR<br>0284361095 | | 80.48- | 8,371.21 |
| 11/21 | DEPOSIT<br>TRANSFER PAYPAL | | 1,098.49 | 9,469.70 |

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

----------------------------- Activity in Date Order ---------------------------

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| | 1007204397045 | | | |
| 11/25 | DEPOSIT TRANSFER PAYPAL 1007240470740 | | 2,554.19 | 12,023.89 |
| 11/26 | DEPOSIT TRANSFER PAYPAL 1007250578058 | | 475.11 | 12,499.00 |
| 11/27 | DEPOSIT TRANSFER PAYPAL 1007260715678 | | 489.16 | 12,988.16 |
| 11/27 | Transf to SAVINGS Confirmation number 1127194514 | 0001 | 2,492.20- | 10,495.96 |
| 11/29 | DEPOSIT TRANSFER PAYPAL 1007280608242 | | 631.32 | 11,127.28 |
| 12/02 | ATM W/D 1729 12/02/19 00000920 308 GOFF MT ROAD CROSS LANES WV Card# 9724 | | 700.00- | 10,427.28 |
| 12/02 | WITHDRAWAL LOAN PYMT CHEMICAL BANK 32101432497814 | | 957.42- | 9,469.86 |
| 12/03 | DEPOSIT TRANSFER PAYPAL 1007332623171 | | 1,818.33 | 11,288.19 |
| 12/04 | Transf to SAVINGS Confirmation number 1204193925 | 0001 | 2,500.00- | 8,788.19 |
| 12/05 | DEPOSIT TRANSFER PAYPAL 1007356013422 | | 1,265.07 | 10,053.26 |
| 12/09 | DEPOSIT TRANSFER PAYPAL 1007396225075 | | 1,496.54 | 11,549.80 |
| 12/09 | ATM W/D 1910 12/07/19 00001861 308 GOFF MT ROAD CROSS LANES WV Card# 9724 | | 700.00- | 10,849.80 |
| 12/09 | Transf to SAVINGS Confirmation number 1209198778 | 0001 | 2,500.00- | 8,349.80 |
| 12/09 | WITHDRAWAL CABLE PMNT SUDDENLINK 7712 26503104 | | 47.49- | 8,302.31 |
| 12/10 | DEPOSIT TRANSFER PAYPAL 1007406236109 | | 471.79 | 8,774.10 |
| 12/11 | ATM W/D 2030 12/10/19 00002324 308 GOFF MT ROAD CROSS LANES WV Card# 9724 | | 700.00- | 8,074.10 |
| 12/13 | DEPOSIT TRANSFER PAYPAL | | 1,452.61 | 9,526.71 |

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| | 1007438024505 | | | |
| 12/13 | CHECK | | 700.00- | 8,826.71 |
| 12/13 | WITHDRAWAL | | 32.83- | 8,793.88 |
| | PAYMENT WEST VIRGINIA-AM | | | |
| | 210018267267 | | | |
| 12/16 | DEPOSIT | | 2,134.33 | 10,928.21 |
| | TRANSFER PAYPAL | | | |
| | 1007468972043 | | | |
| 12/16 | Transf to SAVINGS | 0001 | 2,500.00- | 8,428.21 |
| | Confirmation number 1216199219 | | | |
| 12/17 | ATM W/D 1553 12/17/19 00003253 | | 700.00- | 7,728.21 |
| | 308 GOFF MT ROAD | | | |
| | CROSS LANES WV | | | |
| | Card# 9724 | | | |
| 12/17 | WITHDRAWAL | | 10.60- | 7,717.61 |
| | CLUB FEES PLANET FIT | | | |
| | 1935006531089 | | | |

Summary by Check Number

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 11/20 | | 500.00 | 12/13 | | 700.00 |

* Denotes missing check numbers

Summary of Deposits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/18 | 319.69 | 11/18 | 2,154.40 | 11/20 | 1,054.70 |
| 11/21 | 1,098.49 | 11/25 | 2,554.19 | 11/26 | 475.11 |
| 11/27 | 489.16 | 11/29 | 631.32 | 12/03 | 1,818.33 |
| 12/05 | 1,265.07 | 12/09 | 1,496.54 | 12/10 | 471.79 |
| 12/13 | 1,452.61 | 12/16 | 2,134.33 | | |

End of Statement

| | |
|---|---|
| Page: | 4 |
| Statement Date: | 12/17/2019 |
| Account Number: | 9010578889 |


City National Bank — CHECKING WITHDRAWAL
FL6539718
DATE 11/20/19
ACCOUNT NUMBER 9010578889
NAME
AMOUNT five hundred DOLLARS
AMOUNT OF WITHDRAWAL
SIGNATURE $ 500.00
⑆500⑆000⑆

Check 0 Amount $500.00 Date 11/20/2019

City National Bank — CHECKING WITHDRAWAL
DATE 12/13/19
ACCOUNT NUMBER 9010578889
NAME
AMOUNT Seven hundred DOLLARS
AMOUNT OF WITHDRAWAL
SIGNATURE $ 700.00
⑆500⑆000⑆

Check 0 Amount $700.00 Date 12/13/2019




Date 1/17/20 Page 1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 776-7900

## Summary of Accounts

| Account Number | Type of Account | Current Balance | Images |
|---|---|---|---|
| XXXXXX8889 | eSTATEMENT CHECKING | 10,193.42 | 2 |

## Checking Account

Account Title: NEDELTCHO V VLADIMIROV

| | | | |
|---|---|---|---|
| eSTATEMENT CHECKING | | Number of Images | 2 |
| Account Number | XXXXXX8889 | Statement Dates 12/18/19 thru | 1/20/20 |
| Previous Balance | 7,717.61 | Days in the statement period | 34 |
| 16 Deposits/Credits | 15,633.44 | Average Ledger Balance | 9,520.88 |
| 18 Checks/Debits | 13,157.63 | Average Collected Bal | 9,520.88 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 10,193.42 | | |

## Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| 12/19 | DEPOSIT<br>TRANSFER PAYPAL<br>1007500435133 | | 1,081.12 | 8,798.73 |
| 12/20 | DEPOSIT<br>TRANSFER PAYPAL<br>1007510252505 | | 673.66 | 9,472.39 |
| 12/23 | DEPOSIT<br>TRANSFER PAYPAL<br>1007536312614 | | 1,708.40 | 11,180.79 |
| 12/23 | ATM W/D 2026 12/20/19 00003773<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 10,480.79 |
| 12/23 | ATM W/D 1652 12/21/19 00003954<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 9,780.79 |
| 12/23 | CHECK | | 800.00- | 8,980.79 |
| 12/23 | WITHDRAWAL<br>CPPWDRAWAL AMER ELECT PWR<br>0284361095 | | 206.07- | 8,774.72 |
| 12/24 | DEPOSIT<br>TRANSFER PAYPAL<br>1007545435415 | | 555.24 | 9,329.96 |
| 12/26 | DEPOSIT<br>TRANSFER PAYPAL | | 1,006.73 | 10,336.69 |

Date 1/17/20 Page 2

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| | 1007559204823 | | | |
| 1/02 | DEPOSIT<br>TRANSFER PAYPAL<br>1007622162939 | | 2,203.88 | 12,540.57 |
| 1/02 | ATM W/D 1640 01/02/20 00005875<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 500.00- | 12,040.57 |
| 1/02 | Transf to SAVINGS<br>Confirmation number 102200099 | 0001 | 2,494.61- | 9,545.96 |
| 1/02 | WITHDRAWAL<br>LOAN PYMT CHEMICAL BANK<br>32101432497814 | | 957.42- | 8,588.54 |
| 1/03 | DEPOSIT<br>TRANSFER PAYPAL<br>1007631843499 | | 152.53 | 8,741.07 |
| 1/03 | ATM W/D 1309 01/03/20 00006040<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 500.00- | 8,241.07 |
| 1/06 | DEPOSIT<br>TRANSFER PAYPAL<br>1007659623990 | | 844.81 | 9,085.88 |
| 1/06 | ATM W/D 1705 01/04/20 00006286<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 500.00- | 8,585.88 |
| 1/06 | ATM W/D 1629 01/06/20 00006565<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 500.00- | 8,085.88 |
| 1/06 | WITHDRAWAL<br>CABLE PMNT SUDDENLINK 7712<br>26503104 | | 57.49- | 8,028.39 |
| 1/07 | DEPOSIT<br>TRANSFER PAYPAL<br>1007668819344 | | 1,408.11 | 9,436.50 |
| 1/07 | ATM W/D 1407 01/07/20 00006652<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 500.00- | 8,936.50 |
| 1/08 | DEPOSIT<br>TRANSFER PAYPAL<br>1007677786953 | | 1,346.66 | 10,283.16 |
| 1/10 | DEPOSIT<br>TRANSFER PAYPAL<br>1007696381931 | | 201.76 | 10,484.92 |
| 1/10 | CHECK | | 800.00- | 9,684.92 |
| 1/13 | ATM W/D 1731 01/13/20 00007260<br>308 GOFF MT ROAD | | 700.00- | 8,984.92 |

Date 1/17/20 Page 3

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| | CROSS LANES WV<br>Card# 9724 | | | |
| 1/13 | WITHDRAWAL<br>PAYMENT WEST VIRGINIA-AM<br>210018267267 | | 31.44- | 8,953.48 |
| 1/14 | DEPOSIT<br>TRANSFER PAYPAL<br>1007731721917 | | 598.52 | 9,552.00 |
| 1/14 | DEPOSIT<br>TRANSFER PAYPAL<br>1007722821712 | | 1,798.34 | 11,350.34 |
| 1/15 | DEPOSIT<br>TRANSFER PAYPAL<br>1007739931136 | | 455.68 | 11,806.02 |
| 1/15 | ATM W/D 1349 01/15/20 00007537<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 11,106.02 |
| 1/15 | Transf to SAVINGS<br>Confirmation number 115203920 | 0001 | 2,500.00- | 8,606.02 |
| 1/16 | DEPOSIT<br>TRANSFER PAYPAL<br>1007749311545 | | 798.00 | 9,404.02 |
| 1/17 | DEPOSIT<br>TRANSFER PAYPAL<br>1007758218931 | | 800.00 | 10,204.02 |
| 1/17 | WITHDRAWAL<br>CLUB FEES PLANET FIT<br>2001606977015 | | 10.60- | 10,193.42 |

Summary by Check Number

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 12/23 | | 800.00 | 1/10 | | 800.00 |

* Denotes missing check numbers

Summary of Deposits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/19 | 1,081.12 | 12/20 | 673.66 | 12/23 | 1,708.40 |
| 12/24 | 555.24 | 12/26 | 1,006.73 | 1/02 | 2,203.88 |
| 1/03 | 152.53 | 1/06 | 844.81 | 1/07 | 1,408.11 |
| 1/08 | 1,346.66 | 1/10 | 201.76 | 1/14 | 598.52 |
| 1/14 | 1,798.34 | 1/15 | 455.68 | 1/16 | 798.00 |
| 1/17 | 800.00 | | | | |

End of Statement

Page: 4
Statement Date: 1/17/2020
Account Number: 9010578889




Check 0 Amount $800.00 Date 12/23/2019




Check 0 Amount $800.00 Date 1/10/2020




Date 2/14/20 Page 1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 776-7900

## Summary of Accounts

| Account Number | Type of Account | Current Balance | Images |
|---|---|---|---|
| XXXXXX8889 | eSTATEMENT CHECKING | .00 | 2 |

## Checking Account

Account Title: NEDELTCHO V VLADIMIROV

| eSTATEMENT CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXX8889 | Number of Images | 2 |
| Previous Balance | 10,193.42 | Statement Dates | 1/21/20 thru 2/17/20 |
| 13 Deposits/Credits | 9,277.39 | Days in the statement period | 28 |
| 12 Checks/Debits | 19,470.81 | Average Ledger Balance | 8,737.47 |
| Service Charge | .00 | Average Collected Bal | 8,737.47 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| 1/21 | DEPOSIT<br>TRANSFER PAYPAL<br>1007793768893 | | 966.04 | 11,159.46 |
| 1/21 | DEPOSIT<br>TRANSFER PAYPAL<br>1007784746285 | | 1,351.87 | 12,511.33 |
| 1/21 | ATM W/D 1201 01/19/20 00008223<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 11,811.33 |
| 1/21 | CHECK | | 1,100.00- | 10,711.33 |
| 1/22 | DEPOSIT<br>TRANSFER PAYPAL<br>1007802456283 | | 844.95 | 11,556.28 |
| 1/23 | DEPOSIT<br>TRANSFER PAYPAL<br>1007810592135 | | 223.52 | 11,779.80 |
| 1/23 | Transf to SAVINGS 0001<br>Confirmation number 123204371 | | 2,500.00- | 9,279.80 |
| 1/24 | DEPOSIT<br>TRANSFER PAYPAL<br>1007819171157 | | 773.02 | 10,052.82 |
| 1/27 | DEPOSIT<br>TRANSFER PAYPAL<br>1007845489112 | | 686.22 | 10,739.04 |
| 1/27 | ATM W/D 1452 01/25/20 00009274<br>308 GOFF MT ROAD | | 300.00- | 10,439.04 |

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

Activity in Date Order

| Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|
| | CROSS LANES WV<br>Card# 9724 | | | |
| 1/27 | WITHDRAWAL<br>CPPWDRAWAL AMER ELECT PWR<br>0284361095 | | 226.66- | 10,212.38 |
| 1/28 | DEPOSIT<br>TRANSFER PAYPAL<br>1007854144539 | | 473.27 | 10,685.65 |
| 1/28 | ATM W/D 1645 01/28/20 00009687<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 9,985.65 |
| 1/29 | DEPOSIT<br>TRANSFER PAYPAL<br>1007863316600 | | 998.57 | 10,984.22 |
| 2/03 | DEPOSIT<br>TRANSFER PAYPAL<br>1007909715147 | | 645.07 | 11,629.29 |
| 2/03 | ATM W/D 1700 02/03/20 00000735<br>308 GOFF MT ROAD<br>CROSS LANES WV<br>Card# 9724 | | 700.00- | 10,929.29 |
| 2/03 | WITHDRAWAL<br>LOAN PYMT CHEMICAL BANK<br>32101432497814 | | 957.42- | 9,971.87 |
| 2/05 | DEPOSIT<br>TRANSFER PAYPAL<br>1007929263725 | | 1,593.31 | 11,565.18 |
| 2/06 | WITHDRAWAL<br>CABLE PMNT SUDDENLINK 7712<br>26503104 | | 57.49- | 11,507.69 |
| 2/07 | DEPOSIT<br>TRANSFER PAYPAL<br>1007947416526 | | 156.45 | 11,664.14 |
| 2/07 | DEPOSIT<br>TRANSFER PAYPAL<br>1007947185858 | | 399.39 | 12,063.53 |
| 2/07 | Transf to SAVINGS 0001<br>Confirmation number 207200087 | | 2,500.00- | 9,563.53 |
| 2/10 | DEPOSIT<br>TRANSFER PAYPAL<br>1007973871656 | | 165.71 | 9,729.24 |
| 2/10 | ATM W/D 1410 02/08/20 00001560<br>304 10TH AVE<br>DUNBAR WV<br>Card# 9724 | | 700.00- | 9,029.24 |
| 2/14 | PAY | | 9,029.24- | .00 |

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

eSTATEMENT CHECKING XXXXXX8889 (Continued)

Summary by Check Number

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 1/21 | | 1,100.00 | 2/14 | | 9,029.24 |

* Denotes missing check numbers

Summary of Deposits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 1/21 | 966.04 | 1/21 | 1,351.87 | 1/22 | 844.95 |
| 1/23 | 223.52 | 1/24 | 773.02 | 1/27 | 686.22 |
| 1/28 | 473.27 | 1/29 | 998.57 | 2/03 | 645.07 |
| 2/05 | 1,593.31 | 2/07 | 156.45 | 2/07 | 399.39 |
| 2/10 | 165.71 | | | | |

End of Statement

| | |
|---|---|
| Page: | 4 |
| Statement Date: | 2/14/2020 |
| Account Number: | 9010578889 |



City National Bank

CHECKING WITHDRAWAL

F653970

DATE 1/21/2020

ACCOUNT NUMBER 9010578889

NAME

AMOUNT One thousand one hundred DOLLARS

AMOUNT OF WITHDRAWAL

SIGNATURE $ 1100.00

⑆5001⑈0001⑆

Check 0 Amount $1,100.00 Date 1/21/2020

UNIVERSAL DEBIT

N Vladimirov

YOUR ☐ CHECKING ACCOUNT ☐ SAVINGS ACCOUNT ☐ CERTIFICATE OF DEPOSIT

REASON FOR ADJUSTMENT

SEIZURE WARRANT

DATE February 14, 2020

APPROVED DRAWN BY CW

| Account Number | Tran Code | | Amount |
|---|---|---|---|
| 9010578889 | 025 | $ | 902924 |

⑆5001⑈0095⑆

Check 0 Amount $9,029.24 Date 2/14/2020