33

**NEDELTCHO V VLADIMIROV**  10-13
5429 HILLBROOK DR
CROSS LANES, WV 25313

1045
59-452/519
06

Date: 7/8/19

Pay to the Order of: NEDELTCHO VLADIMIROV    $ 155,000.00

ONE HUNDRED FIFTY ~~FIVE~~ THOUSAND — Dollars

City National Bank
Cross Lanes, West Virginia 25313

For _____

⑂051904524⑂ 9010578889⑃ 01045

Check: 1045 Amount: $155,000.00 Date: 7/9/2019
Run: 1010, Batch: 6, Seq: 389, Source: C21-Chase

JP MORGAN CHASE, N.A.
FOR DEPOSIT ONLY

Check: 1045 Amount: $155,000.00 Date: 7/9/2019
Run: 1010, Batch: 6, Seq: 389, Source: C21-Chase

Printed 1/31/2020               City National Bank of West Virginia Charleston WV - Page 1 of 1



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:20-cr-00054
EXHIBIT NO. **33**