34

## Account Agreement   SW97847   Date: 03/18/15

### Institution Name & Address
City National Bank
St Albans
560 4th St
St Albans, WV 25177
(304) 722-7560

### Internal Use RETAIL SAVINGS   9110074623

### Account Title & Address
NEDELTCHO V VLADIMIROV
1228 STRAWBERRY RD
APT 1
ST ALBANS WV 25177

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Ownership of Account
The specified ownership will remain the same for all accounts.
- [X] Individual
- [ ] Joint with Survivorship (not as tenants in common)
- [ ] Joint with No Survivorship (as tenants in common)
- [ ] Trust-Separate Agreement Dated: _____
- [ ] Corporation - For Profit
- [ ] Corporation - Nonprofit
- [ ] Partnership
- [ ] Sole Proprietorship
- [ ] Limited Liability Company

### Beneficiary Designation
(Check appropriate ownership above.)
- [ ] Revocable Trust
- [ ] Pay-On-Death (POD)

### Beneficiary Name(s), Address(es), and SSN(s)
(Check appropriate beneficiary designation above.)

### Owner/Signer Information 1
| Field | Value |
|---|---|
| Name | NEDELTCHO V VLADIMIROV |
| Relationship | |
| Address | 1228 STRAWBERRY RD, ST ALBANS WV 25177 |
| Mailing Address (if different) | |
| Home Phone | (304) 382-1266 |
| Work Phone | |
| Mobile Phone | |
| E Mail | nedined@hotmail.com |
| Birth Date | /68 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | DRIVERS LICENSE   DL   WV-10/26/11- 18 |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

- [ ] If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: __1__

### Signature(s)
The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- [X] Terms and Conditions
- [X] Electronic Fund Transfers
- [ ] Substitute Checks
- [X] Common Features
- [X] Privacy
- [X] Truth in Savings
- [X] Funds Availability
- [ ] _____

- [ ] Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x /s/                           ]  03/18/2015
   NEDELTCHO V VLADIMIROV

2 [ x                                ]

3 [ x                ]   4 [ x                ]

### Owner/Signer Information 2
| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

Signature Card-WV
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-WV 5/2/2007
Initials: _____   Page 1 of 2

GOVERNMENT EXHIBIT
AO386-C
CASE NO.  2:20-cr-00054
EXHIBIT NO.  34

CNB-000114

### Owner/Signer Information 3

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Owner/Signer Information 4

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Non-Individual Owner Information

| Field | Value |
|---|---|
| Name | |
| EIN | |
| Phone | |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | |
| Mailing Address (if different) | |
| Authorization/Resolution Date | |
| Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Savings | 9110074623 | $ 11,492.16 ☐ Cash ☒ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |

### Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____)
☐ _____   ☐ _____
☐ _____   ☐ _____

### Other Terms/Information

### Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)
TIN: [redacted]

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X [signature]   03/18/2015 (Date)

Signature Card WV
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-WV 5/2/2007
Initials: _____   Page 2 of 2

CNB-000115