**35**



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK≈CITY.COM

Date   1/31/18          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313



AO388-C
**GOVERNMENT
EXHIBIT**

CASE
NO.   2:20-cr-00054

EXHIBIT
NO.   **35**

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s ---------------------
Account Number    Type of Account                  Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                       80,500.00

------------------------- Savings Account   --------------------------------

Account Title:      NEDELTCHO V VLADIMIROV            * REGULATION E *

REGULAR SAVINGS
Account Number           XXXXXX4623   Statement Dates    1/01/18 thru  1/31/18
Previous Balance          80,009.34   Days in the statement period        31
   1 Deposits                490.66   Average Ledger Balance        80,246.21
     Withdrawals                .00   Average Collected Bal         80,246.21
Service Charge                  .00   Interest Earned                    3.40
Interest Paid                   .00   Annual Percentage Yield Earned    0.05%
Ending Balance            80,500.00


--------------------------------------------------------------------------------


--------------------------- Activity in Date Order ---------------------------
Date  Description                         Amount          Balance
1/18 Trsf from FREECHEC      0001          490.66        80,500.00
        Confirmation number  118181597


--------------------------------------------------------------------------------


---------------------------- Interest Rate Summary ----------------------------
                    Date              Rate
                    12/31             0.050000%

                       End of Statement

CNB-000116



**City**
NATIONAL BANK
Follow us on Facebook bankatcity
or on Twitter @bankatcity
BANK≋CITY.COM

                                        Date  2/28/18         Page    1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313




    For questions about your Statement or Account,
    please contact your local branch at: (304) 722-7560
    ------------------------------------------------------------------------

    --------------------- S u m m a r y   o f   A c c o u n t s --------------------
    Account Number     Type of Account                Current Balance      Images
        XXXXXX4623     REGULAR SAVINGS                    85,000.00

    -------------------------- Savings Account  -------------------------------

    Account Title:     NEDELTCHO V VLADIMIROV              * REGULATION E *

    REGULAR SAVINGS
    Account Number          XXXXXX4623   Statement Dates   2/01/18 thru  2/28/18
    Previous Balance         80,500.00   Days in the statement period      28
      1 Deposits              4,500.00   Average Ledger Balance        81,833.33
        Withdrawals                .00   Average Collected Bal         81,833.33
    Service Charge               .00     Interest Earned                    3.14
    Interest Paid                .00     Annual Percentage Yield Earned    0.05%
    Ending Balance           85,000.00


    ------------------------------------------------------------------------

    --------------------------- Activity in Date Order --------------------------
    Date  Description                         Amount           Balance
     2/21 Trsf from FREECHEC     0001         4,500.00        85,000.00
          Confirmation number  221181520


    ------------------------------------------------------------------------

    --------------------------- Interest Rate Summary ---------------------------
                        Date              Rate
                        1/31              0.050000%


                        End of Statement


CNB-000117



**NATIONAL BANK**

Follow us on Facebook: bankatcity
or on Twitter: @bankatcity

BANK★CITY.COM

Date   3/30/18          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

-------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                   Current Balance     Images
    XXXXXX4623    REGULAR SAVINGS                        87,510.21

------------------------- Savings Account -------------------------------

Account Title:        NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number        XXXXXX4623    Statement Dates   3/01/18 thru  4/01/18
Previous Balance       85,000.00    Days in the statement period        32
   1 Deposits           2,500.00    Average Ledger Balance         86,451.61
     Withdrawals             .00    Average Collected Bal          86,451.61
Service Charge               .00    Interest Earned                     3.79
Interest Paid              10.21    Annual Percentage Yield Earned     0.05%
Ending Balance         87,510.21    2018 Interest Paid                 10.21

--------------------------------------------------------------------------------

---------------------------- Activity in Date Order ----------------------------
Date  Description                             Amount          Balance
3/15 Trsf from FREECHEC    0001            2,500.00        87,500.00
       Confirmation number  315182434
3/31 Interest Deposit                         10.21        87,510.21

--------------------------------------------------------------------------------

---------------------------- Interest Rate Summary ----------------------------
                  Date              Rate
                  2/28          0.050000%

End of Statement

CNB-000118



**CITY**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK*at*CITY.COM

Date   4/30/18          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                 Current Balance      Images
    XXXXXX4623    REGULAR SAVINGS                       90,000.00

-------------------------- Savings Account   ---------------------------------

Account Title:      NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number          XXXXXX4623   Statement Dates  4/02/18 thru  4/30/18
Previous Balance        87,510.21    Days in the statement period        29
  1 Deposits             2,489.79    Average Ledger Balance         90,000.00
    Withdrawals               .00    Average Collected Bal          90,000.00
Service Charge               .00     Interest Earned                     3.57
Interest Paid                .00     Annual Percentage Yield Earned     0.05%
Ending Balance          90,000.00    2018 Interest Paid                 10.21


--------------------------------------------------------------------------------

---------------------------- Activity in Date Order ----------------------------
Date  Description                            Amount          Balance
 4/02 Trsf from FREECHEC     0001           2,489.79        90,000.00
       Confirmation number  402181380


--------------------------------------------------------------------------------

---------------------------- Interest Rate Summary ----------------------------
                         Date              Rate
                         4/01              0.050000%

                         End of Statement

CNB-000119



**City**
NATIONAL BANK
Follow us on Facebook @bankatcity
or on Twitter: @bankatcity
BANK@CITY.COM

                                              Date   6/29/18              Page      1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313




For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                 Current Balance      Images
     XXXXXX4623   REGULAR SAVINGS                     90,011.22

------------------------- Savings Account  ----------------------------------

Account Title:        NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number            XXXXXX4623   Statement Dates   5/01/18 thru  7/01/18
Previous Balance           90,000.00   Days in the statement period        62
    Deposits                     .00   Average Ledger Balance        90,000.00
    Withdrawals                  .00   Average Collected Bal         90,000.00
Service Charge                   .00   Interest Earned                    7.65
Interest Paid                  11.22   Annual Percentage Yield Earned    0.05%
Ending Balance             90,011.22   2018 Interest Paid                21.43




--------------------------------------------------------------------------------

--------------------------- Activity in Date Order ---------------------------
Date  Description                          Amount         Balance
 6/30 Interest Deposit                       11.22        90,011.22

--------------------------------------------------------------------------------

--------------------------- Interest Rate Summary ----------------------------
                          Date            Rate
                          4/30            0.050000%

                          End of Statement

CNB-000120



Date   8/31/18          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                     100,500.00

------------------------------ Savings Account   --------------------------------

Account Title:          NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number          XXXXXX4623    Statement Dates   7/02/18 thru  9/03/18
Previous Balance         90,011.22    Days in the statement period          64
  5 Deposits             10,488.78    Average Ledger Balance        94,428.32
    Withdrawals               .00     Average Collected Bal         94,428.32
Service Charge               .00     Interest Earned                    8.09
Interest Paid                .00     Annual Percentage Yield Earned    0.05%
Ending Balance          100,500.00    2018 Interest Paid                21.43


--------------------------------------------------------------------------------

--------------------------- Activity in Date Order ------------------------------
Date  Description                        Amount           Balance
8/14 Trsf from FREECHEC      0001        2,488.78        92,500.00
     Confirmation number 814181670
8/20 Trsf from FREECHEC      0001        2,500.00        95,000.00
     Confirmation number 820186474
8/21 Trsf from FREECHEC      0001        2,500.00        97,500.00
     Confirmation number 821182594
8/28 Trsf from FREECHEC      0001          500.00        98,000.00
     Confirmation number 828182701
8/28 Trsf from FREECHEC      0001        2,500.00       100,500.00
     Confirmation number 828181114

--------------------------------------------------------------------------------

----------------------------- Interest Rate Summary ----------------------------
                   Date                Rate
                   7/01               0.050000%

                          End of Statement

CNB-000121



Date  9/28/18        Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                Current Balance     Images
    XXXXXX4623    REGULAR SAVINGS                      115,012.17

------------------------- Savings Account  ----------------------------------

Account Title:        NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number              XXXXXX4623    Statement Dates   9/04/18 thru  9/30/18
Previous Balance            100,500.00    Days in the statement period        27
  3 Deposits                 14,500.00    Average Ledger Balance      107,230.76
    Withdrawals                    .00    Average Collected Bal       107,230.76
Service Charge                     .00    Interest Earned                   3.96
Interest Paid                    12.17    Annual Percentage Yield Earned   0.05%
Ending Balance              115,012.17    2018 Interest Paid               33.60

--------------------------------------------------------------------------------

--------------------------- Activity in Date Order ----------------------------
Date  Description                            Amount          Balance
 9/11 Trsf from FREECHEC      0001         4,500.00       105,000.00
         Confirmation number 911180908
 9/17 Trsf from FREECHEC      0001         5,000.00       110,000.00
         Confirmation number 917183950
 9/28 Trsf from FREECHEC      0001         5,000.00       115,000.00
         Confirmation number 928181825
 9/30 Interest Deposit                        12.17       115,012.17

--------------------------------------------------------------------------------

--------------------------- Interest Rate Summary -----------------------------
               Date                 Rate
               9/03              0.050000%

                    End of Statement

CNB-000122



**City**
NATIONAL BANK
Follow us on Facebook @bankatcity
or on Twitter @bankatcity
BANK+*CITY.COM

                                              Date 10/31/18        Page    1


          NEDELTCHO V VLADIMIROV
          5429 HILLBROOK DRIVE
          CROSS LANES WV 25313




      For questions about your Statement or Account,
      please contact your local branch at: (304) 722-7560
      --------------------------------------------------------------------------------

      --------------------- S u m m a r y   o f   A c c o u n t s ---------------------
      Account Number    Type of Account                 Current Balance      Images
         XXXXXX4623     REGULAR SAVINGS                       122,500.00

      ------------------------    Savings Account    ---------------------------------

      Account Title:       NEDELTCHO V VLADIMIROV              * REGULATION E *

      REGULAR SAVINGS
      Account Number                  XXXXXX4623   Statement Dates  10/01/18 thru 10/31/18
      Previous Balance                115,012.17   Days in the statement period        31
         3 Deposits                     7,487.83   Average Ledger Balance      118,952.83
           Withdrawals                       .00   Average Collected Bal       118,952.83
      Service Charge                        .00   Interest Earned                   6.03
      Interest Paid                         .00   Annual Percentage Yield Earned   0.06%
      Ending Balance                  122,500.00   2018 Interest Paid               33.60


      --------------------------------------------------------------------------------

      ---------------------------    Activity in Date Order  --------------------------
      Date  Description                              Amount           Balance
      10/09 Trsf from FREECHEC    0001               987.83       116,000.00
              Confirmation number 1009187822
      10/10 Trsf from FREECHEC    0001             4,000.00       120,000.00
              Confirmation number 1010183137
      10/29 Trsf from FREECHEC    0001             2,500.00       122,500.00
              Confirmation number 1029183594


      --------------------------------------------------------------------------------

      -----------------------------   Interest Rate Summary  --------------------------
                   Date             Rate
                   9/30          0.050000%
                  10/17          0.070000%


                             End of Statement

CNB-000123



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK°CITY.COM

Date 11/30/18          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

---------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                  Current Balance    Images
    XXXXXX4623    REGULAR SAVINGS                      130,000.00

-------------------------- Savings Account --------------------------------

Account Title:       NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number              XXXXXX4623    Statement Dates  11/01/18 thru 12/02/18
Previous Balance            122,500.00    Days in the statement period        32
  2 Deposits                  7,500.00    Average Ledger Balance      125,725.80
   Withdrawals                     .00    Average Collected Bal       125,725.80
Service Charge                     .00    Interest Earned                   7.71
Interest Paid                      .00    Annual Percentage Yield Earned   0.07%
Ending Balance              130,000.00    2018 Interest Paid               33.60

--------------------------------------------------------------------------------

--------------------------- Activity in Date Order ----------------------------
Date  Description                              Amount         Balance
11/05 Trsf from FREECHEC      0001          2,500.00      125,000.00
      Confirmation number 1105185439
11/27 Trsf from FREECHEC      0001          5,000.00      130,000.00
      Confirmation number 1127182092

--------------------------------------------------------------------------------

--------------------------- Interest Rate Summary -----------------------------
                  Date           Rate
                  10/31          0.070000%

                      End of Statement

CNB-000124



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity or on Twitter: @bankatcity
BANK*CITY.COM

```
                                           Date 12/31/18          Page      1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313




    For questions about your Statement or Account,
    please contact your local branch at: (304) 722-7560
    ---------------------------------------------------------------------------

    --------------------- S u m m a r y  o f  A c c o u n t s --------------------
    Account Number    Type of Account                 Current Balance    Images
       XXXXXX4623     REGULAR SAVINGS                     135,021.11

    -------------------------        Savings Account    -------------------------------

    Account Title:         NEDELTCHO V VLADIMIROV

    REGULAR SAVINGS
    Account Number         XXXXXX4623     Statement Dates  12/03/18 thru 12/31/18
    Previous Balance       130,000.00     Days in the statement period        29
       1 Deposits            5,000.00     Average Ledger Balance         132,500.00
         Withdrawals              .00     Average Collected Bal          132,500.00
    Service Charge                .00     Interest Earned                      7.37
    Interest Paid             21.11       Annual Percentage Yield Earned      0.07%
    Ending Balance         135,021.11     2018 Interest Paid                  54.71



    ---------------------------------------------------------------------------

    ---------------------------    Activity in Date Order  ---------------------------
    Date  Description                            Amount         Balance
    12/18 Trsf from FREECHEC       0001          5,000.00       135,000.00
           Confirmation number 1218181925
    12/31 Interest Deposit                          21.11       135,021.11


    ---------------------------------------------------------------------------

    ---------------------------    Interest Rate Summary  ---------------------------
                         Date              Rate
                         12/02             0.070000%

                             End of Statement
```

CNB-000125



Follow us on Facebook: bankatcity
or on Twitter: @bankatcity

BANK4CITY.COM

                                             Date   1/31/19          Page      1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313




For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

---------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                 Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                     137,500.00

-------------------------- Savings Account   -----------------------------------

Account Title:        NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number         XXXXXX4623   Statement Dates   1/01/19 thru  1/31/19
Previous Balance       135,021.11   Days in the statement period        31
    1 Deposits           2,478.89   Average Ledger Balance       137,158.08
      Withdrawals             .00   Average Collected Bal        137,158.08
Service Charge                .00   Interest Earned                   8.14
Interest Paid                 .00   Annual Percentage Yield Earned    0.07%
Ending Balance         137,500.00


--------------------------------------------------------------------------------

---------------------------- Activity in Date Order ----------------------------
Date  Description                            Amount          Balance
1/07 Trsf from FREECHEC    0001            2,478.89       137,500.00
         Confirmation number  107197618


--------------------------------------------------------------------------------

----------------------------- Interest Rate Summary ----------------------------
                       Date              Rate
                       12/31          0.070000%


                          End of Statement



                                                              CNB-000126



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANKATCITY.COM

                                                    Date   2/28/19          Page        1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313


For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                   Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                       140,000.00

--------------------------- Savings Account   ----------------------------------

Account Title:        NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number          XXXXXX4623   Statement Dates   2/01/19 thru  2/28/19
Previous Balance        137,500.00   Days in the statement period        28
  1 Deposits              2,500.00   Average Ledger Balance         138,200.00
    Withdrawals                 .00  Average Collected Bal          138,200.00
Service Charge                 .00   Interest Earned                      7.42
Interest Paid                  .00   Annual Percentage Yield Earned     0.07%
Ending Balance          140,000.00


--------------------------------------------------------------------------------

----------------------------- Activity in Date Order ---------------------------
Date   Description                              Amount          Balance
2/22 Trsf from FREECHEC       0001             2,500.00       140,000.00
        Confirmation number  222192358


--------------------------------------------------------------------------------

----------------------------- Interest Rate Summary ----------------------------
                      Date            Rate
                      1/31            0.070000%


                            End of Statement


CNB-000127



**City** NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK@CITY.COM

Date   3/29/19          Page      1


NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313


For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                Current Balance      Images
    XXXXXX4623    REGULAR SAVINGS                    150,024.18

------------------------------    Savings Account    ----------------------------

Account Title:        NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number          XXXXXX4623   Statement Dates   3/01/19 thru  3/31/19
Previous Balance        140,000.00   Days in the statement period          31
  2 Deposits             10,000.00   Average Ledger Balance        145,535.71
    Withdrawals                .00   Average Collected Bal         145,535.71
Service Charge               .00     Interest Earned                     8.62
Interest Paid              24.18     Annual Percentage Yield Earned    0.07%
Ending Balance          150,024.18   2019 Interest Paid                 24.18


--------------------------------------------------------------------------------

----------------------------   Activity in Date Order   ------------------------
Date  Description                            Amount           Balance
3/12  Trsf from FREECHEC     0001           5,000.00        145,000.00
        Confirmation number  312193124
3/21  Trsf from FREECHEC     0001           5,000.00        150,000.00
        Confirmation number  321193760
3/31  Interest Deposit                         24.18        150,024.18

--------------------------------------------------------------------------------

----------------------------   Interest Rate Summary   -------------------------
                      Date                Rate
                      2/28            0.070000%

                        End of Statement

CNB-000128



Date  4/30/19        Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

------------------------ S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                      Current Balance     Images
    XXXXXX4623    REGULAR SAVINGS                           160,000.00

------------------------- Savings Account  --------------------------------

Account Title:        NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number            XXXXXX4623    Statement Dates    4/01/19 thru  4/30/19
Previous Balance         150,024.18    Days in the statement period         30
    2 Deposits             9,975.82    Average Ledger Balance        157,068.96
    Withdrawals                 .00    Average Collected Bal         157,068.96
Service Charge                  .00    Interest Earned                    9.03
Interest Paid                   .00    Annual Percentage Yield Earned     0.07%
Ending Balance           160,000.00    2019 Interest Paid                24.18

--------------------------------------------------------------------------------

---------------------------- Activity in Date Order ----------------------------
Date  Description                              Amount             Balance
 4/01 Trsf from FREECHEC       0001          4,975.82          155,000.00
      Confirmation number  401191480
 4/19 Trsf from FREECHEC       0001          5,000.00          160,000.00
      Confirmation number  419193684

--------------------------------------------------------------------------------

---------------------------- Interest Rate Summary ----------------------------
                  Date              Rate
                  3/31              0.070000%

                        End of Statement

CNB-000129



City
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK▪CITY.COM

Date  5/31/19          Page       1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                 Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                     175,000.00

-------------------------        Savings Account     ---------------------------

Account Title:        NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number            XXXXXX4623    Statement Dates   5/01/19 thru  6/02/19
Previous Balance          160,000.00    Days in the statement period        33
  3 Deposits               15,000.00    Average Ledger Balance       168,437.50
    withdrawals                  .00    Average Collected Bal        168,437.50
Service Charge                   .00    Interest Earned                   10.65
Interest Paid                    .00    Annual Percentage Yield Earned    0.07%
Ending Balance            175,000.00    2019 Interest Paid                24.18

--------------------------------------------------------------------------------

----------------------------  Activity in Date Order  --------------------------
Date  Description                              Amount            Balance
 5/06 Trsf from FREECHEC        0001           5,000.00        165,000.00
      Confirmation number  506194770
 5/14 Trsf from FREECHEC        0001           5,000.00        170,000.00
      Confirmation number  514190078
 5/28 Trsf from FREECHEC        0001           5,000.00        175,000.00
      Confirmation number  528195931

--------------------------------------------------------------------------------

----------------------------  Interest Rate Summary  --------------------------
             Date                  Rate
             4/30                  0.070000%

                        End of Statement

CNB-000130



**City**
NATIONAL BANK
Follow us on Facebook /bankatcity
or on Twitter: @bankatcity
BANK*CITY.COM

Date   6/28/19          Page      1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

----------------------  S u m m a r y   o f   A c c o u n t s  --------------------
Account Number    Type of Account              Current Balance    Images
   XXXXXX4623     REGULAR SAVINGS                  182,529.40

--------------------------  Savings Account  -----------------------------------

Account Title:      NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number          XXXXXX4623   Statement Dates   6/03/19 thru  6/30/19
Previous Balance        175,000.00   Days in the statement period          28
  2 Deposits              7,500.00   Average Ledger Balance         181,296.29
    Withdrawals               .00   Average Collected Bal          181,296.29
Service Charge               .00   Interest Earned                      9.72
Interest Paid             29.40   Annual Percentage Yield Earned      0.07%
Ending Balance          182,529.40   2019 Interest Paid                 53.58

--------------------------------------------------------------------------------

----------------------------  Activity in Date Order  ---------------------------
Date  Description                        Amount            Balance
 6/04 Trsf from FREECHEC    0001         5,000.00        180,000.00
      Confirmation number  604192193
 6/17 Trsf from FREECHEC    0001         2,500.00        182,500.00
      Confirmation number  617194586
 6/30 Interest Deposit                     29.40        182,529.40

--------------------------------------------------------------------------------

----------------------------  Interest Rate Summary  ----------------------------
                    Date            Rate
                    6/02            0.070000%

                        End of Statement

CNB-000131



**City**
NATIONAL BANK
Follow us on Facebook @bankatcity
or on Twitter: @bankatcity
BANK@CITY.COM

Date  7/31/19          Page      1


NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313


For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s ---------------------
Account Number   Type of Account                Current Balance      Images
   XXXXXX4623    REGULAR SAVINGS                    40,000.00

-------------------------     Savings Account     --------------------------------

Account Title:        NEDELTCHO V VLADIMIROV            * REGULATION E *

REGULAR SAVINGS
Account Number              XXXXXX4623    Statement Dates   7/01/19 thru  7/31/19
Previous Balance            182,529.40    Days in the statement period         31
   4 Deposits                12,470.60    Average Ledger Balance        68,666.66
   1 Withdrawals            155,000.00    Average Collected Bal         68,666.66
Service Charge                     .00    Interest Earned                    4.31
Interest Paid                      .00    Annual Percentage Yield Earned    0.07%
Ending Balance               40,000.00    2019 Interest Paid                53.58


--------------------------------------------------------------------------------

---------------------------  Activity in Date Order  ---------------------------
Date  Description                        Amount          Balance
  7/01 Trsf from FREECHEC      0001      2,470.60       185,000.00
       Confirmation number  701194753
  7/05 Trsf from FREECHEC      0001      5,000.00       190,000.00
       Confirmation number  705192196
  7/08 Transf to FREECHEC      0001    155,000.00-       35,000.00
       Confirmation number  708197023
  7/11 Trsf from FREECHEC      0001      2,500.00        37,500.00
       Confirmation number  711194133
  7/15 Trsf from FREECHEC      0001      2,500.00        40,000.00
       Confirmation number  715190116


--------------------------------------------------------------------------------

-----------------------------  Interest Rate Summary  ---------------------------
                     Date                Rate
                     6/30                0.070000%

                          End of Statement

CNB-000132



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK AT CITY.COM

Date   9/30/19          Page        1

NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
----------------------------------------------------------------------------------

---------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                   Current Balance      Images
   XXXXXX4623     REGULAR SAVINGS                       40,007.80

-------------------------- Savings Account   ---------------------------------

Account Title:        NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number            XXXXXX4623    Statement Dates   8/01/19 thru  9/30/19
Previous Balance          40,000.00    Days in the statement period          61
   Deposits                     .00    Average Ledger Balance         40,000.00
   Withdrawals                  .00    Average Collected Bal          40,000.00
Service Charge                  .00    Interest Earned                     3.49
Interest Paid                  7.80    Annual Percentage Yield Earned     0.05%
Ending Balance            40,007.80    2019 Interest Paid                 61.38

----------------------------------------------------------------------------------

--------------------------- Activity in Date Order ---------------------------
Date  Description                            Amount         Balance
 9/30 Interest Deposit                         7.80       40,007.80

----------------------------------------------------------------------------------

--------------------------- Interest Rate Summary ----------------------------
                    Date            Rate
                    7/31          0.070000%
                    8/08          0.050000%

                      End of Statement

CNB-000133



**City**
NATIONAL BANK
Follow us on Facebook: bankatcity
or on Twitter: @bankatcity
BANK AT CITY.COM

Date 11/29/19                Page        1


        NEDELTCHO V VLADIMIROV
        5429 HILLBROOK DRIVE
        CROSS LANES WV 25313



For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------------

--------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number    Type of Account                 Current Balance      Images
      XXXXXX4623  REGULAR SAVINGS                      42,500.00

------------------------- Savings Account   ------------------------------------

Account Title:      NEDELTCHO V VLADIMIROV              * REGULATION E *

REGULAR SAVINGS
Account Number          XXXXXX4623   Statement Dates  10/01/19 thru 12/01/19
Previous Balance         40,007.80   Days in the statement period        62
   1 Deposits             2,492.20   Average Ledger Balance         40,452.83
    Withdrawals                .00   Average Collected Bal          40,452.83
Service Charge                 .00   Interest Earned                     3.42
Interest Paid                  .00   Annual Percentage Yield Earned     0.05%
Ending Balance           42,500.00   2019 Interest Paid                 61.38


--------------------------------------------------------------------------------

--------------------------- Activity in Date Order -----------------------------
Date  Description                         Amount        Balance
11/27 Trsf from FREECHEC       0001      2,492.20      42,500.00
        Confirmation number 1127194514


--------------------------------------------------------------------------------

---------------------------- Interest Rate Summary -----------------------------
                    Date            Rate
                    9/30            0.050000%


                          End of Statement

CNB-000134

**CITY NATIONAL BANK**
560 4TH STREET
ST ALBANS WV 25177
304-722-7560
**INDIVIDUAL Activity Statement**

**NEDELTCHO V VLADIMIROV**
5429 HILLBROOK DRIVE
CROSS LANES WV 25313

| | |
|---|---|
| Account Number: | XXXXXX4623 |
| Interest Rate: | 0.050000 % |
| Previous Statement Balance: | $42,500.00 |
| Average Balance: | $44,166.66 |

| Date | Check # | Tran Code | Description | Amount | Balance |
|------|---------|-----------|-------------|--------|---------|
| 12/04/2019 | | 141 | Transfer from DDA<br>Trsf from FREECHEC       0001<br>Confirmation number 1204193925 | $2,500.00 | $45,000.00 |

December 6, 2019

Page: 1

CNB-000135