36





Date 12/31/19          Page      1

GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 36

```
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DRIVE
CROSS LANES WV 25313
```

```
For questions about your Statement or Account,
please contact your local branch at: (304) 722-7560
--------------------------------------------------------------------------

---------------------- S u m m a r y   o f   A c c o u n t s --------------------
Account Number     Type of Account              Current Balance       Images
   XXXXXX4623      REGULAR SAVINGS                  50,005.39

------------------------     Savings Account    ----------------------------------

Account Title:          NEDELTCHO V VLADIMIROV

REGULAR SAVINGS
Account Number               XXXXXX4623    Statement Dates  12/02/19 thru 12/31/19
Previous Balance              42,500.00    Days in the statement period        30
   3 Deposits                  7,500.00    Average Ledger Balance       48,275.86
     Withdrawals                    .00    Average Collected Bal        48,275.86
Service Charge                      .00    Interest Earned                   1.97
Interest Paid                     5.39     Annual Percentage Yield Earned   0.05%
Ending Balance                50,005.39    2019 Interest Paid               66.77


-------------------------------- Activity in Date Order ------------------------
Date  Description                            Amount              Balance
12/04 Trsf from FREECHEC      0001          2,500.00            45,000.00
      Confirmation number 1204193925
12/09 Trsf from FREECHEC      0001          2,500.00            47,500.00
      Confirmation number 1209198778
12/16 Trsf from FREECHEC      0001          2,500.00            50,000.00
      Confirmation number 1216199219
12/31 Interest Deposit                          5.39            50,005.39

---------------------------- Interest Rate Summary ----------------------------
                          Date          Rate
                          12/01         0.050000%

                              End of Statement
```



```
                                          Date  1/31/20         Page      1


         NEDELTCHO V VLADIMIROV
         5429 HILLBROOK DRIVE
         CROSS LANES WV 25313




   For questions about your Statement or Account,
   please contact your local branch at: (304) 722-7560
   -----------------------------------------------------------------------

   --------------------- Summary of Accounts ---------------------
   Account Number    Type of Account              Current Balance      Images
     XXXXXX4623      REGULAR SAVINGS                    57,500.00

   -------------------------   Savings Account   --------------------------

   Account Title:         NEDELTCHO V VLADIMIROV              * REGULATION E *

   REGULAR SAVINGS
   Account Number            XXXXXX4623   Statement Dates  1/01/20 thru 2/02/20
   Previous Balance           50,005.39   Days in the statement period     33
      3 Deposits               7,494.61   Average Ledger Balance     54,919.35
        Withdrawals                 .00   Average Collected Bal      54,919.35
   Service Charge                   .00   Interest Earned                 2.47
   Interest Paid                    .00   Annual Percentage Yield Earned 0.05%
   Ending Balance             57,500.00


   -----------------------------------------------------------------------

   ---------------------------  Activity in Date Order  -----------------------
   Date  Description                           Amount            Balance
   1/02  Trsf from FREECHEC    0001          2,494.61          52,500.00
         Confirmation number   102200099
   1/15  Trsf from FREECHEC    0001          2,500.00          55,000.00
         Confirmation number   115203920
   1/23  Trsf from FREECHEC    0001          2,500.00          57,500.00
         Confirmation number   123204371

   -----------------------------------------------------------------------

   ---------------------------  Interest Rate Summary  -----------------------
                         Date           Rate
                         12/31          0.050000%

                              End of Statement
```

CNB-000137



```
                                          Date  2/28/20          Page    1




            NEDELTCHO V VLADIMIROV
            5429 HILLBROOK DRIVE
            CROSS LANES WV 25313




     For questions about your Statement or Account,
     please contact your local branch at: (304) 722-7560
     ----------------------------------------------------------------------

     ----------------------- S u m m a r y   o f   A c c o u n t s --------------------
     Account Number    Type of Account              Current Balance       Images
        XXXXXX4623     REGULAR SAVINGS                          .00

     -------------------------      Savings Account   -----------------------------------

     Account Title:         NEDELTCHO V VLADIMIROV            * REGULATION E *

     REGULAR SAVINGS
     Account Number         XXXXXX4623.  Statement Dates   2/03/20 thru  3/01/20
     Previous Balance        57,500.00   Days in the statement period         28
       1 Deposits             2,500.00   Average Ledger Balance         21,944.44
       1 withdrawals         60,000.00   Average Collected Bal          21,944.44
     Service Charge               .00   Interest Earned                      .89
     Interest Paid                .00   Annual Percentage Yield Earned     0.05%
     Ending Balance               .00


     -----------------------------------------------------------------------------

     ---------------------------- Activity in Date Order ---------------------------
     Date  Description                           Amount              Balance
     2/07 Trsf from FREECHEC   0001             2,500.00            60,000.00
          Confirmation number  207200087
     2/14 PAY                                  60,000.00-                 .00


     ------------------------------------------------------------------------------

     --------------------------- Interest Rate Summary ---------------------------
                          Date              Rate
                          2/02             0.050000%

                              End of Statement
```

Page: 2
Statement Date: 2/28/2020
Account Number: 9110074623



Check 0 Amount $60,000.00 Date 2/14/2020