38

## CHASE

**Personal Electronic Signature Card**

| | |
|---|---|
| **TAX RESPONSIBLE ID #** ███████ | **DATE OPENED** 07/08/2019 |
| **PERSONAL ADDRESS** | **ISSUED BY** New Account / JPMorgan Chase Bank, N.A. |
| 5429 HILLBROOK DR | **BRANCH CITY/STATE** St. Albans / Saint Albans (WV) |
| CROSS LANES, WV 25313-1678 | **BANK # BRANCH** 175 |
| United States/US Territories | **PHONE #** JOHNNY STEPHENS (304) 722-0848 |

**TYPE OF OWNERSHIP**  Individual

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE |
|---|---|
| NEDELTCHO VASSILEV VLADIMOROV | 515198197   Chase Total Checking |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION** - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

M10618_C2S_CS (12/18)   Page 1 of 3   © 2017 JPMorgan Chase Bank, N.A. Member FDIC



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:20-cr-00054
EXHIBIT NO. **38**

**CHASE ◯**

Has the IRS notified you that you are subject to backup withholding?

[X] No. I am not subject to backup withholding.

[ ] Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|---|
| 1*) | NEDELTCHO V VLADIMIROV | (304) 382-1266 | NEDELTCHO VLADIMIROV on 2019-07-08 15:12:06 EDT |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

# CHASE 🔾

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| TAXPAYER ID# | ▮▮▮▮ | | | |
| DATE OF BIRTH | ▮▮ 1968 | | | |
| PRIMARY ID TYPE | Driver's License | | | |
| PRIMARY ID NUMBER | ▮▮▮▮ | | | |
| ISSUER | WV | | | |
| ISSUANCE DATE | 05/01/2018 | | | |
| EXPIRATION DATE | ▮▮ 2023 | | | |
| SECONDARY ID TYPE | Chase or Bank Issued Credit/Debit Card | | | |
| SECONDARY IDNUMBER | XXXXXXXXXXXX9724 | | | |
| ISSUER | city | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | 04/30/2022 | | | |

| | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| TAXPAYER ID# | | | | |
| DATE OF BIRTH | | | | |
| PRIMARY ID TYPE | | | | |
| PRIMARY ID NUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |
| SECONDARY ID TYPE | | | | |
| SECONDARY IDNUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |

M10618_C2S_CS (12/18)   Page 3 of 3   © 2017 JPMorgan Chase Bank, N.A. Member FDIC

SB1107162-F1                                          3