39



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 08, 2019 through July 16, 2019
Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00034731 DRE 001 211 19819 NNNNNNNNNN 1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



### CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 155,000.00 |
| Ending Balance | $155,000.00 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 07/08 | Deposit | 155,000.00 | 155,000.00 |
| | Ending Balance | | $155,000.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- **OR**, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $155,000.00)

- **OR**, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $155,000.00)

Page 1 of 2



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 39



July 08, 2019 through July 16, 2019
Account Number: 000000515198197

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**DEPOSIT TICKET**

Nedeltcho Vladimirov

DATE 7/8/19

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) *

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

[ ✓ ] CASH ▶

TOTAL FROM OTHER SIDE ▶

SUB TOTAL ▶

* LESS CASH RECEIVED ▶

$ 155000.00

⑁500101027⑁ 515198197⑁"   E00

JPMorganChaseBank

```
NEDELTCHO V VLADIMIROV     10-13                                              1045
5429 HILLBROOK DR                                                         69-452/519
CROSS LANES, WV 25313                        7/8/19                           05
                                                    Date

Pay to the   NEDELTCHO VLADIMIROV          | $ 155,000.00
Order of _____
              five
ONE HUNDRED FIFTY THOUSAND _____ Dollars

City
NATIONAL BANK
Cross Lanes, West Virginia 25313

For _____                    [signature]              MP

⑆051904524⑆  9010578889⑈  01045
```

Endorsement: JP MORGAN CHASE, N.A. FOR DEPOSIT ONLY



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 17, 2019 through August 15, 2019
Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00034204 DRE 001 211 22819 NNNNNNNNNNN  1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



## CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $155,000.00 |
| Electronic Withdrawals | -153,000.00 |
| Fees | -50.00 |
| Ending Balance | $1,950.00 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $155,000.00 |
| 07/23 | 07/23 Consumer International Wire Debit A/C: First Investment Bank Ad 1797 Sofia Bulgaria Ref:/Cct/Jyg8E2Kv00Ad Pymt Reason:Real Estate Purchase Trn: 5452100204Es | -153,000.00 | 2,000.00 |
| 07/23 | Consumer USD International Wire Fee | -50.00 | 1,950.00 |
| | Ending Balance | | $1,950.00 |

A monthly Service Fee was not charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- OR, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $1,950.00)

- OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $37,661.66)

Page 1 of 2

Case 2:20-cr-00054   Document 132-30   Filed 07/22/21   Page 7 of 19 PageID #: 1052</s>



July 17, 2019 through August 15, 2019
Account Number: 000000515198197

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC
</s>

Page 2 of 2

SB1107162-F1                                                                              12
</s>



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 16, 2019 through September 17, 2019
Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00033886 DRE 001 211 26119 NNNNNNNNNNN 1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



## CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,950.00 |
| Ending Balance | $1,950.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $1,950.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $1,950.00)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

**CHASE ◯**

August 16, 2019 through September 17, 2019
Account Number: 000000515198197

This Page Intentionally Left Blank

Page 2 of 2



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 18, 2019 through October 16, 2019
Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00033900 DRE 001 211 29019 NNNNNNNNNN 1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

*We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.*

Please call us at the number at the top of this statement if you have any questions.

### CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,950.00 |
| Ending Balance | $1,950.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- <u>OR</u>, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $1,950.00)

- <u>OR</u>, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $1,950.00)

Page 1 of 2



September 18, 2019 through October 16, 2019

Account Number: 000000515198197

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 17, 2019 through November 18, 2019

Account Number:   000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00033384 DRE 001 211 32319 NNNNNNNNNNN  1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you of our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us at the number on your statement.

### CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $1,950.00 |
| **Ending Balance** | $1,950.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $1,950.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $1,950.00)

Page 1 of 4



October 17, 2019 through November 18, 2019
Account Number: 000000515198197

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4



October 17, 2019 through November 18, 2019
Account Number: 000000515198197

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
    - Checks and other transactions made using your checking account number
    - Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):
    - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**
  Under our standard overdraft practices:
    - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
    - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**
    - For Chase Sapphire$^{SM}$ Checking accounts, we waive the Insufficient Funds and Returned Item fees if items(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days in the past 12 months.
    - For Chase Private Client Checking$^{SM}$ accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.



Page 3 of 4

**CHASE** ◯

October 17, 2019 through November 18, 2019
Account Number: 000000515198197

*This Page Intentionally Left Blank*

Page 4 of 4


**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218-2051

November 19, 2019 through December 16, 2019

Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00034558 DRE 001 211 35119 NNNNNNNNNNN  1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,950.00 |
| Ending Balance | $1,950.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have direct deposits totaling $500.00 or more.
  (You did not have a direct deposit this statement period)

- **OR**, keep a minimum daily balance in this checking account of $1,500.00 or more
  (Your minimum daily balance was $1,950.00)

- **OR**, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more
  (Your average daily balance of qualifying linked deposits and investments was $1,950.00)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

**CHASE**

November 19, 2019 through December 16, 2019
Account Number: 000000515198197

This Page Intentionally Left Blank

Page 2 of 2



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 17, 2019 through January 16, 2020
Account Number: 000000515198197

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00034772 DRE 001 211 01720 NNNNNNNNNNN  1 000000000 11 0000
NEDELTCHO V VLADIMIROV
5429 HILLBROOK DR
CROSS LANES WV 25313-1678



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,950.00 |
| Ending Balance | $1,950.00 |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was $1,950.00)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $1,950.00)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

**CHASE**

December 17, 2019 through January 16, 2020
Account Number: 000000515198197

This Page Intentionally Left Blank

Page 2 of 2