52

