**54**

AO386-C

GOVERNMENT
EXHIBIT

CASE   2:20-cr-00054
NO.

EXHIBIT   54
NO.

