60

## TIME PERIOD JANUARY 2019 to AUGUST 5, 2019

| ITEM | NUMBER SOLD ON nedined@hotmail.com |
|---|---|
| DYSON SWEEPERS | 30 |
| SEAGATE | 43 |
| NEST | 56 |
| MILWAUKEE TOOLS | 52 |



GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 60