62

**TIME PERIOD  DECEMBER 2017 to OCTOBER 15, 2018**

**NUMBER SOLD ON nedined@hotmail.com**

| ITEM | |
|---|---|
| DYSON | 56 |
| PREVAGEN | 271 |



GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 62