64

## TIME PERIOD  DECEMBER 20, 2016 to DECEMBER 24, 2018

**ITEM**

**NUMBER SOLD ON nedined@hotmail.com**

| ITEM | NUMBER SOLD ON nedined@hotmail.com |
|---|---|
| MERCHANDISE CARDS | 13 |
| TEXAS INSTRUMENTS | 34 |
| DEWALT | 37 |
| PREVAGEN | 652 |
| DYSON SWEEPERS | 122 |

GOVERNMENT
EXHIBIT

CASE NO. 2:20-cr-00054

EXHIBIT NO. 64