66

**TIME PERIOD  MARCH 2018 to JULY 2019**

| ITEM | NUMBER SOLD ON nedined@hotmail.com |
|---|---|
| SEAGATE HARD DRIVES | 119 |
| NEST VIDEO DOORBELLS | 20 |
| APPLE 4K TV | 34 |
| PREVAGEN | 369 |
| DYSON SWEEPERS | 70 |

GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 66