68

## SUMMARY of NUMBER of SALES OF DYSON SWEEPERS, PREVAGEN and SEAGATE HARD DRIVES 2016 to JANUARY 2020



GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 68

| ITEM | NUMBER SOLD BY VLADIMIROV |
|---|---|
| SEAGATE HARD DRIVES | 145 |
| PREVAGEN | 798 |
| DYSON SWEEPERS | 206 |