

# DeWALT

**20V MAX** LITHIUM ION

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:20-cr-00054
EXHIBIT NO. 71

## ...ICATIONS • ESPECIFICACIONES • CARACTÉRISTIQUES

| | |
|---|---|
| ...ad speed • Velocidad sin carga • Vitesse à vide | 0-2700 ipm (chocs/min) <br> 0-2300 rpm (tr/min) |
| ...e Size • Tamaño del mandril • Taille de mandrin | 1/2" (13 mm) Detent Pin • Tamaño del mandril <br> Clavija de detención 13 mm (1/2 pulg) • <br> Taille de mandrin Goupille d'arrêt de 13 mm (1/2 po) |
| ...Torque • Torsión máx. • Couple max. | 1800 in-lbs • (1 800 [libras-pulg. po-lb]) |
| ...Torque • Torsión máx. • Couple max. | 150 ft-lbs • 203 N·m |
| ...ength • Longitud de herramienta • Longueur d'outil | 5.7" (145 mm) |
| ...Weight • Peso de la herramienta • Poids de l'outil | 2.2 lbs (1 kg) |

...IP TO: <br>
...VÍESE A: <br>
...PÉDIER À :

...F880B