

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 2:20-CR-54
DATE: 7-21-2021

Dear Judge,

We request can food be brought in? Their is a ~~good~~ juror that has a medical condition. her ~~sug~~ sugar is dropping.

By any chance are we able to have a lunch Break?

Foreman, Josh Storcher,