
COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 2:20-CR-54
DATE: 7-21-2021

Dear Judge,

We have come to a Verdict.

— Thank you.

*Josh Strucker*