IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA



AT CHARLESTON

UNITED STATES OF AMERICA,

v.  Case No. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

    Defendant.

# DEFENDANT'S TRIAL EXHIBITS

# July 19, 2021
# Honorable Irene C. Berger

Exh. No. 1

CL charleston, WV > wanted - by owner >

[ logged in as **nedined@hotmail.com** ] [ log out ]

**This posting has been flagged for removal. [?]**

CL

Posted 2 years ago on: 2019-10-20 17:55

# Buying all carriers BAD or GOOD IMEI/ESN iPhone 8, 8 +, X, Xs, Max, 11 (Cross Lanes, WV)

condition: **excellent**



Big Tyler Road

I'm offering quick cash for all carriers iPhones 8, 8 plus, X, Xs Max, Xr, 11 with BAD or GOOD IMEI/ESN numbers. That means iPhones that are blacklisted, have unpaid bills, in contract, reported as lost etc. I'll need you to text me the IMEI number first to make sure the iPhone is eligible for purchase. I don't accept phones with heavy dents, big nicks, cracked, tempered, repaired phones or liquid/water damaged, with any modifications & excessive damages. If your phone has been opened, tampered/unoriginal parts this will be considered as damage. Also the phone should be free of any Activation Locks or iCloud lock. If you have your iCloud password and you can turn the "Find my iPhone" feature OFF, you are OK! How much you'll get for the phone depends on the model etc. and it is subject to change. Call or text 304-382-1266 if interested.

**DEFENDANT'S EXHIBIT No. 1**
**USA v. Vladimirov**
**2:20-cr-00054**