Exh. No. 2

CL charleston, WV > wanted - by owner >

[ logged in as **nedined@hotmail.com** ] [ log out ]

This posting has been flagged for removal. **[?]**

CL

Posted 2 years ago on: 2019-10-20 17:53

## Aggressively Buying Gold & Silver Coins Bullions Rounds Bars & Jewelry (Cross Lanes, WV)



Big Tyler Road

Aggressively Buying Gold & Silver Coins, Bullions, Rounds, Bars, Gold Jewelry and Scrap Gold of any kind. I'd pay better than anybody else. You'll get fast hard cash in your hands! Don't hesitate to contact me! Text, call or e-mail are all fine: 304-382-1266. Local deals only. Thanks!

**DEFENDANT'S EXHIBIT No. 2**
**USA v. Vladimirov**
**2:20-cr-00054**