Exh. No. 9



**DEFENDANT'S EXHIBIT No. 9**
<u>USA v. Vladimirov</u>
2:20-cr-00054