```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                       CRIMINAL NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV

<u>ORDER</u>

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury materials relevant to the above-styled case. Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials in the above-styled case to Probation is necessary as an aid in preparation of the Pre-Sentence Investigative Report and authorizes the United States Attorney to disclose the same to Probation.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only in the preparation of the Report. Grand Jury material shall not be copied or published to any person whose knowledge of the same is not necessary to the preparation of the defense. Upon request, all copies of Grand Jury material will

be returned to the Government or destroyed at the close of the case.

    It is ORDERED that the motion in this matter be SEALED.

    The Clerk is directed to send a copy of this Order to counsel of record for all parties.

    Entered this __26th__ day of July, 2021.

                                        IRENE C. BERGER  
                                    UNITED STATES DISTRICT JUDGE  
                              SOUTHERN DISTRICT OF WEST VIRGINIA