IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion to Extend the Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 137), wherein the Defendant requests an additional fourteen days to file post-trial motions. In support, the Defendant argues that additional time to file is necessary given Defense Counsel's schedule, and more time is needed to evaluate other post-trial motions. The Defendant further asserts that he intends to file a motion for a new trial, which is expected to be lengthy. The Defendant states that the extension would not result in prejudice to any party because, with the extension, post-trial motions would be due on August 16, 2021, and sentencing in this matter is scheduled for November 18, 2021.

For good cause shown, the Court **ORDERS** that the *Defendant's Motion to Extend the Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 137) be **GRANTED** and that post-trial motions are now due on **August 16, 2021**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: July 29, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA