IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion for Additional Extension of Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 139), wherein the Defendant requests an additional fourteen (14) days to file post-trial motions. In support, Counsel asserts that he has been working diligently on the post-trial motions, but that the Defendant filed a Notice of Appeal with this Court on August 10, 2021. Therefore, Counsel asserts that additional time is necessary to coordinate with his client. Counsel further asserts that he has been involved in several other criminal defense matters that have occupied his time. He states that the extension would not result in prejudice to any party because, with the extension, post-trial motions would be due on August 30, 2021, and sentencing in this matter is scheduled for November 18, 2021.

Wherefore, for good cause shown, the Court **ORDERS** that the *Defendant's Motion for Additional Extension of Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 139) be **GRANTED,** and post-trial motions are due on **August 30, 2021**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: August 11, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA