Nedeltcho Vladimirov
SCRJ
1001 Centre Way
Charleston, WV 25309



FILED

AUG 1 3 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

In the United States District Court for the Southern District of West Virginia

United States of America

    vs.            Case No. 2:20-cr-00054

Nedeltcho Vladimirov

# NOTICE OF APPEAL

Comes now the Defendant, Nedeltcho Vladimirov, pro se, and hereby gives notice of appeal from the guilty judgment imposed by this Court on July 22, 2021.

The Defendant also makes a request that a different Lawyer be appointed for the appeal.

Respectfully submitted this 9TH day of August, 2021

Nedeltcho Vladimirov

NEBELTCHO VLADIMIROV
SGREJ
1001 CENTRE WAY
CHARLESTON, WV 25309

CHARLESTON WV 250

11 AUG 2021 PM 4 L



COURT CLERK
ROBERT C. BYRD U.S. COURTHOUSE
300 VIRGINIA ST. EAST, STE 2400
CHARLESTON, WV 25301

25301-255900

# SOUTH CENTRAL REGIONAL JAIL

## 1001 CENTRE WAY

## CHARLESTON, WV 25309