**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion for Additional Extension of Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 146), wherein the Defendant requests an additional fourteen (14) days to file post-trial motions. In support, Counsel asserts that he is currently preparing for a federal criminal trial in the matter of United States v. James Wood, Jr., Case No. 2:20-cr-00001, which is set for trial on September 7, 2021. He states that the extension would not result in prejudice to any party because, with the extension, post-trial motions would be due on September 13, 2021, and sentencing in this matter is scheduled for November 18, 2021.

Wherefore, for good cause shown, the Court **ORDERS** that the *Defendant's Motion for Additional Extension of Time to File Rule 33 Motion for New Trial and Other Post-Trial Motions* (Document 146) be **GRANTED,** and post-trial motions are due on **September 13, 2021**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: August 26, 2021

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA