July 26, 2021

To the Honorable Judge Irene C. Berger

From Nedeltcho Vladimirov
Criminal Case: 2:20-cr-00054

# MOTION TO APPEAL

Your Honor, with this motion I, Nedeltcho Vladimirov would like to appeal my conviction in the trial in the matter of Criminal Case No 2:20-cr-00054 that started on July 19th, 2021 and ended on July 21st, 2021 on the following grounds:

1. My constitutional 6th Amendment rights to a speedy trial and the Speedy Trial Act have been violated as stated in Declaration No 1 and No 2 filed on this case with the U.S. District Court for the Southern District of W.V. on July 15th, 2021.

2. My constitutional 4th, 5th, 6th and 14th sec. 1 Amendments rights, Civil Rights of 1964 - End Discrimination on National Origin, Federal Rules of Evidence, Federal Rules of Criminal Procedure and Due Process have been violated as stated in Declaration No 2 sections 1, 2, 3, 4 and 5 filed on this case with the U.S. District Court for the Southern District of W.V. on July 15th, 2021

3. SLANDER, LIBEL, OBSCENITY

4. VIOLATIONS OF THE RIGHTS OF THE ACCUSED

a) GOVERNMENTAL ABUSE OF POWER. CONVICTION GUARANTEED TROUGH NUMEROUS UNFAIR PROSECUTIONAL TACTICS

b) ILLEGALY OBTAINED EVIDENCES - THE PICTURES FROM OUTSIDE AND INSIDE MY HOUSE WERE NOT OBTAINED DURING THE EXECUTION OF THE SEARCH WARRANT IN THE WINTER ON FEB. 10TH, 2020 BUT DURING A SUMMER SEASON AND AN ILLEGAL TRESPASSING INTO MY PROPERTY AND ILLEGAL ENTRY INTO MY HOME.

c) BEFORE MY ARREST, I WASN'T INFORMED OF MY MIRANDA RIGHTS DURING THE EXECUTION OF THE ARREST WARRANT AT MY HOUSE ON 2.10.202 BODY CAMS SHOULD CONFIRM THAT.

5. FAULTY SEARCH/ARREST WARRANTS. UNREASONABLE SEARCH AND SEIZURE

6. NO GROUNDS FOR PROBABLE CAUSE. ALL OF MY ACTIONS DURING THE INVESTIGATION WERE 100% LEGAL.

7. DISCRIMINATION BASED ON NATIONAL ORIGIN

8. INEFFECTIVE DEFENCE COUNSELOR/ATTORNEY AS

STATED IN FRONT OF THE COURT ON July 16TH, 2021. NOW MORE EVIDENCES HAVE BEEN COLLECTED DURING THE TRIAL ON 19TH, 20TH AND 21ST OF July, 2021.

9. VIOLATIONS TO THE DUE PROCESS. Only 41 PAGES OF THE DISCOVERY HAVE BEEN HANDED TO ME BY MY LAWYER Timothy LAFON. I'VE NEVER HAD OR SEEN THE EVIDENCES THE PROSECUTION PRESENTED AT THE TRIAL. NONE OF THEM. NEVER HAD THE CHANCE TO STUDY THEM. 1ST TIME I'VE SEEN THEM WAS AT THE TRIAL.

10. THE TESTIMONIES OF TWO KEY WITNESSESS WERE INFLUENCED BY THE USE OF ILLEGAL DRUGS OR CONTROLLED SUBSTANCES. MR STEVE ANDERSON WAS ASKED AND ADMITED THAT HE USED SUBOXEN THE MORNING BEFORE THE TRIAL AND MR ROBER HATFIELD WAS ASKED AND ADMITED THAT HE USED HEROIN THE DAY BEFORE THE TRIAL. THE EFFECTS OF THESE DRUGS LAST VERY, VERY LONG TIME AS THE PERSON WHO TAKES THEM IS EITHER "HIGH" ON THEM OR DRUG SEEK. A PERSON "HIGH" ON ILLEGAL DRUGS CANNOT BE TRUSTED AND EXPECTED TO SAY THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH. THIS IS THE SAME AS TO ASK AN INTOXICATED DRIVER - "CAN YOU DRIVE?" AND THEN EVEN LET HIM/HER DRIVE AND EXPECT TO DO IT SAFELY

It is against any common sense and the law. The other two witnesses - Mr Nick Martin and Ms Cassidy Wintz denied taking illegal drugs but they are known drug addicts that should have been drug tested before the trial to confirm their sobriety as drug adicts cannot be trusted by their words only.

11. Lack of Federal Law Library at the South Central Regional Jail where I am still incarcerated since 02.10.2020. I was unable to adequately prepare for my defence at the trial.

Your Honor, my attorney T.J. Lapon may file another motion for appeal and I pray that both motions to be equaly considered by the Honorable Court as grounds for my appeal. More details to all 11 counts for the appeal will be given to the Appeal Court.

Respectfully:

[signature]

Nedeltcho Vladimirov                                07/26/2021

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LESLIE D. HARMON
SOUTH CENTRAL REGIONAL JAIL
1001 CENTRE WAY
CHARLESTON, WV 25309
My Commission Expires Aug. 27, 2023

[notary signature]