IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

In view of the drastic rise in COVID cases in West Virginia and Kanawha County, and the fact that at least one correctional facility has experienced an outbreak of COVID, the Court is considering the possibility of holding the November 18, 2021, sentencing hearing by videoconference. The Court **ORDERS** that defense counsel notify the Court by 5:00 p.m. on October 15, 2021, whether the Defendant consents to a hearing by videoconference.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                            ENTER:        September 27, 2021

                            *Irene C. Berger*
                            IRENE C. BERGER
                    UNITED STATES DISTRICT JUDGE
                  SOUTHERN DISTRICT OF WEST VIRGINIA