# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

## ORDER

For reasons appearing to the Court, it is **ORDERED** that the sentencing hearing previously scheduled in this matter for November 18, 2021, be **CONTINUED** until **January 20, 2022, at 2:30 p.m.** The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to this court proceeding.

It is further **ORDERED** that the deadlines regarding the presentence report and sentencing memorandum are **EXTENDED** as follows:

1) The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **November 5, 2021**;

2) The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **November 19, 2021**;

3) The Probation Office shall submit a final presentence report to the Court no later than **December 10, 2021**; and

4) The United States Attorney and counsel for the Defendant shall file their respective sentencing memorandum no later than **December 17, 2021**.

1

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: October 7, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA