# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

v.  Case No. 2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

## DEFENDANT'S MOTION FOR AN EXTENSTION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Now comes the Defendant, Nedeltcho Vladimirov, by counsel, Timothy J. LaFon, and moves this Honorable Court to Extend the present deadline of November 19, 2021, to file objection to Presentence Investigation Report to December 3, 2021. In support thereof, the Defendant states as follows:

1. Defendant's counsel has been involved in several federal criminal matters.

2. Defendant's counsel needs additional time to meet with his client and to file any appropriate objections to the Presentence Investigation Report.

3. An extension of an additional two (2) weeks would not prejudice any party in this matter.

THEREFORE, the Defendant moves this Honorable Court to extend by an additional two (2) weeks to December 3, 2021, the deadline to file objections to the Presentence Investigation Report and for such other and further relief as this Court deems just.

**<u>NEDELTCHO VLADIMIROV</u>**

By Counsel.

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304)344-4440
    Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

v.　　　　　　　　　　　　　　　　　　　　　　Case No.  2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

　　**Defendant.**

### CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"Defendant's Motion for An Extension of Time to File Objections to the Presentence Investigation Report"** has been served upon all parties via the Court's electronic filing system on the 17th day of November, 2021:

> Andrew Tessman, Esquire
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
　　Timothy J. LaFon (#2123)
　　Attorney for Defendant


S:\Debby\Clients\Vladimirov, Nedeltcho\2021-11-17 - Motion for Extension of Time to Respond to PSI.docx