IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion for an Extension of Time to File Objections to Presentence Investigation Report* filed in this matter. For good cause shown, the Court **ORDERS** that the motion (Document 154) be **GRANTED** and the deadlines regarding the presentence report and sentencing memorandum be **EXTENDED** as follows:

1)     The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **December 3, 2021**;

2)     The Probation Office shall submit a final presentence report to the Court no later than **December 22, 2021**; and

3)     The United States Attorney and counsel for the Defendant shall file their respective sentencing memorandum no later than **January 5, 2022**.

The sentencing hearing remains scheduled for **January 20, 2022, at 2:30 p.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:       November 18, 2021

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA