IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

    Defendant.

**ORDER**

Given the current COVID conditions in West Virginia and Kanawha County, the Court is considering the possibility of holding the January 20, 2022, sentencing hearing by videoconference. The Court **ORDERS** that defense counsel notify the Court in writing by **5:00 p.m. on January 7, 2022**, whether the Defendant consents to a hearing by videoconference.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                        ENTER:        January 3, 2022

                                                IRENE C. BERGER
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF WEST VIRGINIA