**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion for an Extension of Time to File Sentencing Memorandum*, in which the Defendant's counsel seeks a deadline extension of two (2) days to file the Defendant's sentencing memorandum due to counsel's recent illness. For good cause shown, the Court **ORDERS** that the *Defendant's Motion for an Extension of Time to File Sentencing Memorandum* (Document 157) be **GRANTED.** The sentencing memorandum shall be due no later than **January 7, 2022**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                          ENTER:       January 4, 2022

                          IRENE C. BERGER
                   UNITED STATES DISTRICT JUDGE
              SOUTHERN DISTRICT OF WEST VIRGINIA