# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                                              Case No. **2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

### DEFENDANT'S RESPONSE TO THE JANUARY 3, 2021 ORDER OF THE COURT

Now comes the Defendant, Nedeltcho Vladimirov, by counsel, Timothy J. LaFon, and in response to the Court's January 3, 2022 Order [ECF No. 156] responds as follows:

1. Defendant does not have any objection to conducting the Sentencing Hearing by videoconference.

**NEDELTCHO VLADIMIROV**

By Counsel.

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304)344-4440
    Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**  Case No. 2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"Defendant's Response to the January 3, 2022 Order of the Court"** has been served upon all parties via the Court's electronic filing system on the 6th day of January, 2022:

> Andrew Tessman, Esquire
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    Attorney for Defendant


S:\Debby\Clients\Vladimirov, Nedeltcho\2022-1-6 - Defendant's Response to Court's Order (ECF No. 156).docx