Nedeltcho Vladimirov response and
objections to the Presentence Investigation
Report in case No 2:20-CR-00054

## The Offence Conduct

11. I object the following: I did not have Scheme
to Sell Stollen Items on eBay.
I didn't operate as a "fence", did not have
co-conspirators and/or "boosters". No idea
what items customers have in mind and
I never drove or directed anyone to
fencing operation. Never had targeted items.
Never knowingly met a "booster". I
meet customers. Never knew any Item
to be stolen. I was not aware of "known
boosters", drug adicts and what any of
my customers are doing with the money
they received.

14. Marcus did not testified in the trial.
Anderson never refered to me as a "local
fence" No one, including Anderson have
ever told me about their criminal
activity and that the items Anderson sales
were stolen. Quite the oposite, as Anderson
didn't aperantly wanted me to find out of
what he was doing.
I was paying customers more then other
Pawn Shops would offer them.

EXHIBIT
1

16. Stephanie Miller did not testify in the trial. I don't know her, never met or purchased anything from a female named Stephanie Miller. According to her interview with the police S. Miller doesn't know me and ever met me too.

17. Shipping packages is not a criminal activity. People and businesses are doing it all the time!

18. Meeting individuals in order to purchase what they offer to me is the base of my second hand business. This is not criminal. I never had a customer that I knew he/she is a "known booster" or a individual "known for teft activity" Who are these "known boosters" and where is the prove I met them?

19. Same as 17 and 18

23. The investigation has never proved that any of the items listed on my ebay account were stolen or to be the ones exactly the missing from Target, CVS and Kroger. This is very speculative and how many items were listed on my account is misleading.

24. The CF didn't told me what he lied was stolen. He told me he bought it from Target. Nothing criminal here.

25. Same as 24. The Ring doorbell was not "purported stolen". The CI has never told me it's stolen. He told me where he bought it from. Nothing in "25." that I did is criminal.

26. Same as 24 and 25. CI did not discloused the items were stolen. Quite the oposite. He told me he bought them from CVS.

I did not became suspicious. This is fantasy of the CI or he is just lying. The CI herded me the phone first and then told me his mom pays for it. I did not examin "the call history and text messages. Did not cycle through applications. I checked the settings to see what kind of phone it is. But when he told me it's his mons, I lost interest in it and gave it back. I haven't done anything criminal in here too. I closet the open apps as a habit I have. Did not know what apps were.

eBay Operation

27. Indicating that from 2016 to early 2020 thousands of transactions were conducted is misleading as thousands could be 2-3000 or 90-99000. Big difference. Exact number needs to be shown.
I did not list any Item on eBay that

I knew it was stolen. No false
pretense ever. I would never buy or
sale an Item that I know it is
stolen. I'm not a criminal and never
have been.

28. None of the Items I sold on eBay
have been known to me to be stolen.
None of the Items I sold on eBay
have ever been proven to be stolen!

29. Same as 27 and 28. Never knew any
Item to be stolen.
The "same types of items", that the eBay
records show, does not prove the
items I sale on eBay are stolen or
prove that I bought them from someone
that stole them or I knew of any
criminal activity.

31. The investigation has never proved
that even a single peny in my
income came from a sale of a
stolen item, or any illegal activity.
This is only their assumption. No prove!
None of those money is illegal, laundred
I have to indicate that I didn't steal
any money or anything I sold on eBay.
Any item I listed on eBay, I paid para
invested my own money in it! This i
a huge expense! This amount of
$ 594,766.43 is totaly rediculious!

31. I prepared and paied my taxes on these
cont. amounts every single year where all
my expenses can be seen. The coast
for the merchandise is the bigest! All
invested with my own money.
34. Same as 31.

Post Arrest interview

36. I explained what the base of my
busineu was. A second hand buy - sale.

37. The folus that have been caught stealing
items at local retailers apevently have
lied as more of the witnesses has
indicated that in their testimonies
(that I directed them to steal these items

Summary

38. The investigation did not vevealed that
from Dec. 2016 to Feb. 10, 2020, I unowingly
conspired with four 'boosters' or anyone els
to commit any of the mentioned offenses
in there, and the vest of it.

39. I have not done any unlawfue activities
as stated.

40. This is totaly made up. None of that
has ever been proven!

41. There is no prove that more than
$10,000 or less, comes from illegal
activity. Only asumptions!

41 (a)(6)(c) The transfered $155,000 from
City National Bank is from my bank
account to my bank account. Nothing
illegal!
The deposit into my Chase account
is not illegal either.
The transffer of $153,000 is again from
my own account to my own account in
BG, where I'm a citizen of.
City National Bank keeps records of
any account for only two and a half
years. The records in the exhibits
shown in the trial starts indicating
the presence of more than $80,000* in
my both accounts toghether. There is
no prove whatsoever vere these
money are coming from as there is no
record for them. Therefore these
money can not be assumed to have to
do with any unlawful activity.
*(exact amount needs to be verified
with the bank records first) - I don't have
                                   them though
The $155,000 are coming from the
sale of my house in Woods Cross, UT
in 2007 where I recieved a chean for
close to $143,000 and the sale of
my apartment in Sofia, Bulgaria, where
I got a chean for € 60,000** euros.
**(That's around $90,000)

42. The calculated funds there ~~are~~ have never been or intended to be laundered. The Dec. 2016 and Jan.+Feb. 2020 look inacured to me too. If there is no 1099 than this amount can not possibly be more than $20,000 as per PayPal policy.
Where is the Dec. 2016 amount coming from? The amounts — same as 31. see 31

## Victim Impact

43. I did ~~not~~ steal anything from any of the indicated ~~stores~~ nor there is a prove that I bought any Item that was stolen from ~~these~~ retailers. More over that I knew of such stolen Items.

## Adjustment for Obstruction of Justice

46. During the jury trial I did not falsely
47. testified. Everything I said was the
48. truth. I may have been found guilty by the jury but that doesn't automatical mean that I lied, as I belive 100% in what I said. Therefore all I did is my ^(Jan.14) constitutional right to defend myself and therefore I should not be punished extra for that, or assumed that I lied. This is double japardy! It is rediculous to

accuse one of willfully obstructing or impedeing the administration of Justice by taking the step to exersise hes constitutional right to defend yorself. If it means that is you have a certein right and you take it and then you get punished for doing it, that means you don't have that right at all. Nothing in my testimony has been proven to be false. There should not be 2 level increase for that!

I'm over 50 and ill. Never been criminal in my life. I've always been a law obedjing citizen. I have very high credit score. I have very high reputation. Always paid my taxes on time. I worked my whole life as a horse to support my family. Shoudant I get few levels decrease for that?!

54. I don't recall the witnesses testifying to the number of items. No one has ever mantion or estabelish any number of Items I don't know of any other "boosters" who have provided stolen Items to me as no one else has testified to that. Only these 4. BAse Offense level is Okay. Beter would be no offense level at all

55. I did not commit "Theft, Property Destruction and Fraud". The 3 retail experts did not

determined to reasonal degree of
certainty that I was operating a fencing
operation. They theorized, assumed,
speculated and twisted evidences to
fit their preformed opinion. Their
testimony can not be taken as prove.
Everything in 55. is speculation and
belive without prove.

56. Same as 31. See 31.

57. There is no loss of more than $550,000
The retailers can not even determain
any loss.

58. I don't understand this. This to me is
double jepardy! 2-level increase
should not be recomended.

60. I'm not an organizer or leader of any
criminal activity that involves five or
more participants. There is no prove at
all that I organized and/or directed
anyone of what to do. This was not
established at the trial. What the 4
witneses have been doing was not known
by me. They testified that they never
told me! What they did is a complete
act of their own desisions.

61. Since there is no proof that I was
directing anyone what to do, how can
I be an organizer? For the rest,
same as 60.

62. Me as organizer or a leader has never been established (of 5 or more) They themselves are organizers and leaders of what they have been doing. Not me! 4 level increase should not be recommended and accepted.

63. Same as 46. 47. 48. Please see 46. 47. 48. 2 level increase is unacceptable.

67. Offense Level of 30 is unacceptable.


Other Arrests

74. I was not charged with "Sexual Abuse" at all. Nothing sexual was involved in this incident. A slap on the face only for misbehaving and kicking me. The slap left marks on his face and the school reported it. Me and my wife then were both charged.

76. I had proof of insurance only no Inspection that I later provided too.


Personal and Family data:


81. The March 24, 2014 one was dismissed.

82. I might consider moving back to Bulgaria as my parents need my care. Being in Bulgaria I can not possibly commit any crime or violate any conditions of my probation in USA.

I'd like to consider this as an option.

## Physical Condition

85. The surgery was successful to the release of the pressure to the nerves. However the nerves were damaged and could not be restored. Therefore I suffer from chronic lower back pains. Sciatic pain.

86. The nerve damage I addressed in 85. That does not cause joint pain. The joint pain is separate from it. Something is growing out of the palms of my hands and fingers near the joints. It's painful.
I also would like to add that I have arthritis (not sure I'm spelling it right). I have enlarged painful prostate gland that is giving me all kinds of troble. I have to pee anywhere from every 15 min to max of every 2 hours. Have very weak urin streem. Takes long to pee. Peeing causes very strong, dull pain in my kidneys. Frequent kidneys pain during the day. Frequent gall bleader aria pain. Need enema for constipation. Need prostate cancer screening, need gastroenteroscopy and colonoscopy. I weare reading glasses. Have thooth acke frequently

88. The severe panic attack disorder I suffer from is not a Mental and Emotional Health disorder. It doesn't involve your mind. It has never been classified as a mental disorder. It is completetly neurological disorder, therefore it should be moved to the physical Condition category. To number 86.

Substance Abuse

89. I did not recall my first or last consumption of alcohol. I estimated when I could have had them. At age of 26 I got diagnosed with the panic attack disorder and quit what I was little (some) drinking at all I didn't drink from age of 26 to about the age of 40 at all.

90. I experimented less than 10 times with marijuana for medical reasons. I didn't like the "high" part of it.

92. The positive benzodiazepine test is a result of the prescribed benzodiazepine I had.

Educational, . . . . . Skills

96. I can read and write English (but constantly using dictionary) I can speak it better than understanding when someone is talking to me

I have very hard time understanding or deciphering what people are saying to me. Turns out many times I completely misunderstand what someone said. I don't understand anything when a group of people talk to each other.

Employment Record

97. Scratch my recall earning of $5,000 gross and $1,200 per month. I tried to recall what my taxreturns were indicating but I think that's impossible without looking at them. These amounts are incorrect and every year they ar different.

98. When I was working as a contractor for FedEx Ground, I was making aproximately of $250,000 per year. I had my own company called "TransGlobal Enterprise". That is, since 2005.

99. The years are from 1997 to 2002. Not from 1999 to 2000. I was employed as audio-video installer for "Audition Audio", electritian for "Electrocove" and computer technitian for "Santo". Pizza driver in the evenings for "Pizza Hut" and "Dominos".

Financial Condition:

100. My bank accounts with total of over
$70,000 and all my valuables in my
home total easely over $100,000 were
seized.

101. Ms. McCown has not been paying the
utilities and the mortgage with her own
money. She was paying them from the
rent money of the house. She starte
paying with her own money when the
tenants left and she posted the
house for sale.

103. I owe $40,000 to my parents. Not to
people. They helped me buy the real
estate in Bulgaria in 2019. I was
short $40,000.
Only the electric utilities are min $700.
The rest of the utilities is at least addition
$600.
I'll owe IRS some money when I get the
chance to do my 2019 and 2020 taxes.

104. Add payments for the storage unit and
to my property manager too. She isn't
working for free. $195.00 total

Part D. Sentencing Options

108. I'm objecting the Total Offense level of
30 as stated above.

## Supervised Release

I'm objecting the need for a Supervised release and find that 1 year unsupervised release is more appropriet.

114. iii) I find that a drug testing is not needed at all as I'm not a drug abuser. This is completely unnessery!

## Standard conditions

116. I find the standard Conditions for an unsupervised release to be more appropriet. I'm considering moving back to Bulgaria to take the care my parent need.

117. I'm objecting 117. i) ii) iii) iv)

119. I object 119. I don't have mental health diagnosis in my history. As noted above in 88. the panic attac disorder is neurological and not a mental disorder. It is a physical disorder.

120 I'm also considering moving back to Bularia.

121 to 126. I object all of 121 to 126. All of them are totaly unnessery!

## Probation

127. Community service would be fine unless extraordinary circumstances exist.

129. I don't understan this !!!

130. If I'm sentenced to a term of probation I find to be appropriate with the same as the unsupervised release and no additional conditions.

Fines

131 to 133 No fines should be imposed.

134. I'm objecting to all of 134.

Restitution

135. Restitution should not be ordend as I didn't steal anything from the 3 retailers or done any harm to them. Others did, that was unknown to me.

136. Objecting 136.

Part E.

137. Above I identified many factors that would warrant a departue from the applicable sentencing guideline range. ~~Damaged were bad estate other them~~. TOL should be decreased

Part F.

138. Same as 137.

Ned. Vladimirov

1/15/2021 Additional response and objections to the Presentence Investigation Report in case No 2:20-cr-00054 from Nedeltcho Vladimirov

1. On page 3, I'd like to point out that I don't have Alias(es). I'm not a gangster! The name: Nedeltcho Vassilev Vladimirov is my full name. First, Middle and Family names. Given at birth. Therefore not "also known as" and the name Ned is my nickname or my short name. The first 3 letters from my first name. Not an alias! Therefore the line "Alias(es) should be corrected to full name and nickname.

2. On page 17 under "Other Arrests" Line 74. The record shows that I have been charged on 01/29/2003 with child Abuse. In the comment below was indicated to be "Sexual Abuse of a Minor." In my previous response I indicated what that could have been, but here I need to add and point out that I have never been charged in 2003 with sexual abuse of a minor. Not then, not ever! This record is false and inaccurate. It can not possibly be me. I'd have remember it. This record needs to be double checked. There are more people in SLC UT with last

name "Vladimirov", just line mine. This
record is some kind of mistake or it
is made up. No wonder "an additional
information has been received..."
Also I have never been arrested on
such charge or been in court for it.
Line 76. I need to point out that I have
not been arrested on that charge on 4/8/2013
either.

3. On page 18 nder "Physical Condition" on
line 86. I need to add thet I once
died from the effects of the sleep
apnea in my sleep. My heart has
stoped beating and I had a near dead
experiance. Therefore my sleep apnea is
severe. Now that my nouse got broken,
my right nostrail is almost compeetely
blocked and my left one is half
blocked. My sleep apnea is even worse
now because of that and the chances to
die again in my sleep are even bigger
now, and this time I may not be
able to recover. Therefore I urgently
need recovering nouse surgery.

4. There are two ddditional factors that
should play roles in decreasing my
Total Offense Level to time served or
even a dismissal of the whole thing.
i) The first one is the fact that the

three retail investigators have completely
unnessessery created a mocking and
totaly offensive picture of me depicting
me as a lepracon with mexican mustashes
and other offencive grafics that is a
total discrimination based on national
origin. Their attitude towards me appears
to be exactly the same. The picture can
be found among their investigation materials
in the discovery. Such aditude should
not be acceptable and therefore it
should play a role on my behalf at the
time of my sentancing and it should
be added to the PSI Report. This
picture showes hate towards me and
people of diferent national origin.

ii) The second one is the fact that I was
sexualy assaulted in Octomber of
2021 while incarserated in SCRJ by my
cellmate Che D. Lavu. I reported it to
the jail authorities and wrote a brief
description of what was happaning. I don't
remember the exact dates, but some of them
them can be obtained from the jail records
My report to them too. I'll make further
inquavries into this matter. I need to point
out though, that the assault left me
deeply traumatized to the point that
now I started suffering from PTSD.

Among other symptoms, I now started having nightmares resoulting of me jumping in the middle of the night from my bed and start looking ~~back here~~ around the cell to see vere is he and what is he going to do to me. I was in fear that while I'm sleeping, he would tave advantige of that and ~~physically~~. physicaley assault me. There are many other fears that I'm suffering now from as a resolt of this sexual assault. Now, I need to point out that I don't deserve to go through such a horrible experiance wile incarserated and under the federal custody. Experiance that is going to leave a devistating mark for the rest of my life. Therefore this should be added to the PSI Report in my behalf as I also fill that I should seen compensations for the trauma I got from it. I will also prepare a more compleate report to whot was going on ASAP as I'm still shaouing from this horrific experiance, and dou't want to think about it at all.

5. I find that it is nessessary to add to the PSI Report the fact, that the 4 so called from the investigation "Boosters", have testified that they have been selling

their items not only to me, but to other people and Pawn Shops. This is to show that what they have been doing was compeetaly act on their own and their actions were not whatsoever organized and/or directed by me. This is another strong argument that 4 points should not be added to the Totae level of the offense, on page 15: "Adjustment for Role in the Offense".

6. I find that it needs to be taken in consideration that if the proposed Total level of offense 30 is given to me, that I may no longer be able to see my parents alive ever again in my life. They are very ill and they really need me to care for them now. My father is 79 and to turn 80 on 01/14/2022. My brother is 18 going on 19 on 06/9/2022. I hate to say this, but the reality is, that their days are numberd and without my help these days could get even shorter. Please, someone should have some mercy on me!

7. Another factor in my behalf that should be considered is the fact that I never had previous experience with criminals, drug adicts and similiar people in my life at all. I never knew or been close

To or around any criminals or drug adicts. I don't even know people who know crimina and drug adicts or people who have been around such. I'm coming from Bulgaria, a country in Europe with with totaly, 180 degry different culture where such drug adicts and type of crimes did not and I belive still don't exist. I never had an idea who the drug adicts are and what they do in their life to support their drug adiction. My culture, experience and suraling is completely different than the one of the average American. Even in America, all people I know and comunicate with are bulgarians and I don't have any American friends. The Bulgarians are all pretty much like me with the same culture. I have never been or any of my Bulgarian friends either a drug adict or even interested in the subject of getting "high" with illegal drugs. Never! Never have discussed the subjec too. My interest in the marijuana was entierly for medical purpose in order to treat somehow my terible sleep appnea. And it is only because the marijuana started to become legal in more and more States and Countries and people started to post alot about if on internet. This is how I found out about its positive medical use, and decided to try it.

See next page 7→

I've been driving semi trucks for over
11 years alone on the road in the whole
lower 48 States. That didn't give me the
chance to get to know much about the
American culture. Then while moving I
injured my lower back and had to quit
and undergo back surgery. Wile recovering
my wife decided out of the blue to
divorce me and started a bitter one that
I'm still dealing with. I ended up liveing
alone again. Didn't have the chance once
more to get to know the American culture.
Therefore what hapened to me was a
complet surprise. I never saw it coming.
I never suspected anyone to be dishonest
and to lie and deceive me from my
customers, that is. The 4 "boosters" took
advantage of me by recognizing that I'm
not aware of what they could be
doing and the danger that they are puting
me into. As they are criminces, they apperent
knew very well how to manipulate me and
made me keep believing that nothing is
wrong with what they were seling to me.
Therefore they never told me the items
they were seling to me were stolen.
They knew that I would stop buying from
them if they were to tell me and they
absolutely didn't want this to happen so

they just aperantly kept manipulating me until all of them, one by one got cought. Than they aperanty started to manipulate the investigators in order to wash their dirty hands and they succeaded at the end. Now they are walking free and unpunished with the green light to continue their drug adict life and comit the same crimes they have been even long befor they knew me doing wile I'm facing a long sentence. These people ruigned the life of a completely honest person without any care or consern about what would this mean to me, my life, my fammiey and friends. They are just happy that they were able to outsmart everyone and get clean out of the situation! I'm speaking out of my heart here and being completely honest. I'm not the person the investigation is trying to portray me to be So, if you can see what I'm saying here, please, have some mercy on me!


Ned Vladimirov