IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

    Defendant.

**ORDER**

For reasons appearing to the Court, and with the consent of the Defendant, it is **ORDERED** that the sentencing scheduled in this matter for **January 20, 2022, at 2:30 p.m.**, will be held via **video conference**.

With regard to the video conference, the Court **ORDERS** that the parties connect **fifteen (15) minutes** prior to the scheduled hearing time so that the Court's IT staff can confirm that all connections are working properly. The IT staff shall connect with the South Central Regional Jail and the Defendant **fifteen (15) minutes** prior to the scheduled hearing time to allow for attorney-client consultation in advance of the hearing.

Lastly, the Court **ORDERS** counsel for the United States and counsel for the Defendant to provide by email to **kierstin_tudor@wvsd.uscourts.gov**, no later than **January 11, 2022**, the following information: the name, telephone number, and email of each attorney and witness participating in the conference.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:    January 7, 2022

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA