# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

        Defendant.

## ORDER

The Court has reviewed the circumstances of this felony proceeding in order to determine whether it is appropriate to conduct the sentencing hearing using remote appearance technology that is available in this District during the current national emergency. The Court has determined that the applicable felony proceeding cannot be further delayed without serious harm to the interests of justice.

Specifically, the Court finds that further delay will do serious harm to the interests of justice given the ongoing COVID-19 pandemic, the current status of the virus spread in the community, the virus variants, and the difficulty in keeping the required social distancing of all parties and persons necessarily involved in an in-person hearing.

Accordingly, pursuant to Section 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act" (CARES Act), (P.L. 116-136, 9 134 Stat. 281), and General Order #4 entered by Chief Judge Johnston on March 30, 2020, the Court **ORDERS** that the sentencing

hearing in this matter shall be conducted by videoconferencing on **January 20, 2022, at 2:30 p.m.** Further, the Court **ORDERS** that the same be conducted by teleconferencing, if videoconferencing is not reasonably available.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: January 7, 2022

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA