**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                 CRIMINAL ACTION NO. 2:20-cr-00054

NEDELTCHO VLADIMIROV,

                Defendant.

**NOTICE**

A sentencing hearing in this matter is **SCHEDULED** to be conducted by **videoconferencing** on **January 20, 2022, at 2:30 p.m.**

In accordance with the current recommendations by public health authorities to minimize all in-person contacts during the current national emergency, the courthouses in the Southern District of West Virginia are closed to the general public.  Mindful of the presumption of openness that accompanies courtroom proceedings, the Court has confirmed that **members of the public and interested parties** will be able to access the hearing electronically.  To make use of this technology, use the following link or phone number:

Click to join:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZGQxYTBhMjgtMDQ2ZC00YWFhLWJiZjUtNWUwZjlkOWY5NDFm%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22d95915db-3b3c-4f13-ac20-6369253c4d9a%22%7d

Or call in:

Phone: 1-202-503-1666, then enter 793725069#

1

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.   [*See* Local Rule Civ. P. 83.10 or Local Rule Crim. P. 53.1]   Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:        January 11, 2022

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA