# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.  2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

       **Defendant.**

## DEFENDANT NEDELTCHO VLADIMIROV'S SUBMISSION OF CORRESPONDENCE IN AID OF SENTENCING

Now comes the Defendant, Nedeltcho Vladimirov, by counsel, Timothy J. LaFon and submits the attached correspondence for the Court's consideration in its sentencing.

### VLADIMIROV

By Counsel.

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304)344-4440
    Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.  2:20-cr-00054**

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

### CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"Defendant Nedeltcho Vladimirov's Submission of Correspondence in Aid of Sentencing"** has been served upon all parties via the Court's electronic filing system on the 19th day of January, 2022:

> Andrew Tessman, Esquire
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon_____
    Timothy J. LaFon (#2123)
    Attorney for Defendant

2