## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF W. V.

## UNITED STATE vs NEDELTCHO VLADIMIROV

## CASE No: 2:20-cr-00054

Timothy Lafon
1219 Virginia Street East Ste 100
Charleston, WV 25301

CC: Court Clerk; Jeffrey D. Gwinn

Honorable Judge Berger,

This letter is to serve as a character reference on behalf of defendant Nedeltcho Vladimirov. I am writing to express my support for him and to hopefully paint a picture of the person I know and with whom I spent 13 years of my life.

First, let me introduce myself: I am Nedeltcho Vladimirov's first ex-wife. Our paths crossed in 1989, we got married in 1990, and we became inseparable until 2002, when we divorced. Nedeltcho has no family in West Virginia. All family Nedeltcho has is in Bulgaria, to include our son Alexander, his parents, his sister, nephew, niece, and he also has a cousin in Canada. I have been living in Utah since 1997.

In 1990, soon after we got married, Nedeltcho and I relocated to Germany. Our decision was based on the political changes in Bulgaria, the fall of the communist era and the subsequent economic disaster accompanied with unemployment rates that reached unprecedented high. To describe the character of Nedeltcho back then, I can say he had enormous strength and was willing to jump in the unknown for our family to have a chance in this world. In July, 1991, our son Alexander (Alex) was born. Nedeltcho have always been a good father and good example for Alex and thought him many things, which Alex still remembers. He thought him how to be a good person, how to communicate politely and have good manners, how to be organized and how to structure his life in a responsible manner. We were employed the entire time we lived in Germany (1990-1994). Although Germany is known for having really good social system and financial help was available for people who couldn't find jobs, we did not take advantage of any financial assistance for the time being there. Our income was gained solely through legal employment. I am noting this to emphasize the fact, that Nedeltcho was always a proud and honorable man, and he would rather be engaged in many hours of tiring labor, than take advantage of the government's financial assistance. I remember this period of our lives as very positive. We had to learn a new language,

and German is not the easiest language, we had to work in a foreign country, and take care of a new-born child. We had so many challenges, mainly because we didn't speak the language at the beginning, but we succeeded and overcame all obstacles. Until this day I am very proud of the determination and strong will Nedeltcho showed back then. In 1994 we relocated back to Bulgaria and started a family business in the real estate field. Nedeltcho built the company from scratch, from deciding on the entity type, registering the business, finding and furnishing an office, developing a marketing strategy, and hiring real estate agents. Nedeltcho proved himself to be a very successful real estate broker and a great employer, he employed a few real estate agents, including my sister, and put long hours and determination to ensure the success of the business. In 1996 we decided to apply for the USA green card, and if selected, to relocate to the USA. At the end of 1996 we were selected from the green card lottery. During the following year, we prepared all documents needed, packed our belongings, said "good bye" to our families, and moved to the USA. It was a difficult decision, especially to leave our families behind, but we were young and were eager to start a new chapter in our lives in the land of democracy and equal opportunities. Today, 25 years later, it is still difficult, mainly because our families are abroad and the only way to see them is to travel there whenever we can. Nedeltcho started to work immediately when we settled in Utah. He was employed with an audio company where he was installing home entertainment systems (I don't remember the name of the company). He was working full time while employed there; he was laid off after a while, because the company didn't have enough work. He immediately started another job as a pizza delivery driver for Domino's Pizza and Pizza Hut. He worked many hours a day, some days 11, 12 hours, just so we could afford to pay our rent and the rest of the bills. Again, we were faced with many challenges, to learn a foreign language, this time English, and to be able to provide for a good life for our son. Needless to say, looking back, I am extremely proud for all we have achieved. We learned the language, we were employed, we were not collecting unemployment benefits, we paid our taxes, we were productive members of the society. Our son was a good student, he graduated high school; he took many advanced classes in high school and was able to graduate Salt Lake Community College in less than a year. After working as a pizza delivery driver, Nedeltcho started an employment with FedEx as an independent contractor and was driving full time.

During the course of our 13-year marriage, Nedeltcho had always been a hard-working person and a devoted husband and father. We did not keep in touch after he remarried and moved to another state. Despite having his new family (his new wife and their two sons), Nedeltcho kept in touch with our son Alex and he has been a good father figure in Alex's life.

Dear Judge Berger, I hope I was able to give you an honest perspective of what I know about my ex-husband, Nedeltcho. The road we took by relocating to the USA, to quote the famous Robert Frost "I took the one less traveled" is for sure the less traveled road for people like us, born in Bulgaria. We are law-abiding citizens and every step of the way was done legally. It was a journey filled with many difficulties and unfortunately led to our divorce. I can honestly tell you that the Nedeltcho I know had never been involved with illegal drugs and with people who use illegal

Case 2:20-cr-00054   Document 165-1   Filed 01/19/22   Page 3 of 8 PageID #: 1257

drugs. We were not exposed to this type of culture in Bulgaria at all. To learn that he was supposedly involved with illegal activities came as a big shock to all of us. His parents are heartbroken, so am I and Alex too. It is hard to comprehend, because the criminal activities he has been charged with and convicted of, are completely out of character. Usually people who have criminal thinking are manifesting these thoughts into actions early in life, not when they are 50 years of age. During my employment with the Utah State Board of Pardons and Parole, where I worked for 11 years, I prepared many pardon hearings and summarized offender's files and I always noticed a certain pattern of behavior spread over many years of the offenders' life. Knowing Nedeltcho and his moral character, I don't see and I am not aware of a pattern of criminal behavior. We are separated for many years and I don't know the person who he is today, but in general, I don't believe that someone can change so much. **I hope the lack of such pattern could be considered as a mitigating circumstance in his case.**

Before my letter turns out to be too long, I am humbly asking you, Honorable Judge Berger, to consider the fact that Nedeltcho has been totally alone since his second divorce. He doesn't have any relatives in USA, as I already mentioned. He has no support, like any other American would have. In normal circumstances, if he had family in West Virginia, he wouldn't even be held in jail with no bail for two years. It is very unfortunate that he had no bail and due to COVID he has been spending all this time incarcerated, even before being convicted. Another fact I would like to make you aware is that Nedeltcho's parents are in their late 70s, early 80s, and they won't have the opportunity to visit him in prison. They might not be even alive to see their son again, if he is incarcerated for a longer period of time. Alex will also not be able to come and visit his father; he lives in Bulgaria. I pray and humbly ask in behalf of his whole family for mercy for him, in terms of the length of his sentence.

Judge Berger, I am extremely grateful for you taking the time to read my letter. There are so many other good things I could say about Nedeltcho, but I was trying to be as factual, as possible.

If you are interested in additional information or have any following questions, please contact me at tkaraivanova@utah.gov, or by phone at (801)-755-4902.

Respectfully,

Tatiana Karaivanova

**Tatiana Karaivanova**

Digitally signed by Tatiana Karaivanov
DN: cn=Tatiana Karaivanova, o=Admi
ou=6901,
email=tkaraivanova@utah.gov, c=US
Date: 2022.01.10 16:33:13 -07'00'








The following snips are from the emails sent from Nedeltcho's sister, Natalia and his cousin, Gabriela.

no subject

**Gabi Vladimirova**
to me

He was a great student. Finished the specialized school for Radio and TV technicians with the best marks.

He was very happy when he won the Green card and left for USA where he worked honestly and hard in order to support his family.

In Bulgaria is all his family- son, mother, father, uncle, sister, nephews and grandchildren.

His first wife lives in Salt Lake Sity- also very god and hard working person.

We all love him very much but we cannot afford to come to the USA to visit and support him.

(no subject)

**Gabi Vladimirova**
to me

Sat, Jan 8, 9:49 PM (2 days ago)

To whom it may concern,

My name is Gabriela Todorovic and I am a first cousin of Nedelco Vladimirov. I am writing to you to express my self what kind of person he is. We grew up together. He was more than a brother to me as I am an only child. He told me the girls value you wich my father could not do it because my parents were divorced. I know him as a smart, kind, happy person who you would love to be around. In 1990 I left my country Bulgaria to look for a better life in Canada. We were keeping in touch and from our conversations I know that he was always working. He even had his truck business. I wish I could support him more, but the long distance is a big factor as financially too.