# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 1/20/2022    Case Number 2:20-cr-00054

Case Style: USA vs. Nedeltcho Vladimirov
Type of hearing: Sentencing
Before the Honorable: 2516-Berger
Court Reporter: Lisa Cook    Courtroom Deputy: Kierstin Tudor
Attorney(s) for the Plaintiff or Government
Andrew Tessman, Erik Goes & Kathleen Robeson
Attorney(s) for the Defendant(s)
Timothy LaFon
Law Clerk: Danny Schwaber
Probation Officer: Jeff Gwinn

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 2:28 PM | 3:44 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:16

## Courtroom Notes

Scheduled Start 2:30 p.m.
Actual Start 2:28 p.m.

Defendant and counsel appearing by video for sentencing.
Counsel note appearances on the record.
Defendant placed under oath.
Court confirms Defendant's consent to video-conference hearing.
Court addresses PSR and remaining objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on his own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
    Custody: 97 months
    Supervised Release: 3 years
    Fine: none imposed
    Assessment: $400
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Mr. LaFon asks to be dismissed as counsel of record; Court directs that he file something accordingly.
Defendant REMANDED.
Court recessed at 3:44 p.m.