Nedeltcho Vladimirov
SCRJ
1001 Centre Way
Charleston, WV 25309

In the U.S. District Court for the Southern District of West Virginia

United States of America
            vs.                    Case No: 2:20-cr-00054
Nedeltcho Vladimirov

Notice Of Appeal

Comes Now the Defendant, Nedeltcho Vladimirov pro se, and hereby gives notice of appeal from the conviction, judgments and sentence imposed by this Court on July 22, 2021 and January 20, 2022. The Defendant also makes a request that a different Lawyer be appointed for the appeal.

Respectfully submitted this 24TH day of January, 2022.

Nedeltcho Vladimirov

Nedeltcho Vladimirov
SCRJ
1001 Centre Way
Charleston, WV 25309

Court Clerk
Robert C. Byrd U.S. Courthouse
300 Virginia St, East
Ste. 2400
Charleston, WV 25301

CHARLESTON WV 250
24 JAN 2022 PM 3 L



South Central Regional Jail
1001 Centre Way
Charleston, WV 25309