# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# AT CHARLESTON

**UNITED STATES OF AMERICA,**

**v.**  Case No. 2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Nedeltcho Vladimirov, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of sentencing entered in this matter on January 21, 2022.

    **NEDELTCHO VLADIMIROV**

    By Counsel.

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304)344-4440
    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**UNITED STATES OF AMERICA,**

v.  Case No. 2:20-cr-00054

**NEDELTCHO VLADIMIROV,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"Notice of Appeal"** has been served upon all parties via the Court's electronic filing system on the 26th day of January, 2022:

> Andrew Tessman, Esquire
> Erik Goes, Esquire
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (#2123)
    Attorney for Defendant