FILED: January 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4049
(2:20-cr-00054-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NEDELTCHO VLADIMIROV

    Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Originating Case Number | 2:20-cr-00054-1 |
| Date notice of appeal filed in originating court: | 01/21/2022 |
| Appellant(s) | Nedeltcho Vladimirov |
| Appellate Case Number | 22-4049 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |