Nedeltcho Vladimirov
01153-509
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

CHARLESTON WV
3 NOV 2023 PM 2

⇦01153-509⇦
Clerk Of Courts
Robert Byrd US Courthouse
300 Virginia ST E
Suite 2400
Charleston, WV 25301
United States

25301-259900